VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI     6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone:   (808) 523-6446
Facsimile     (808) 523-6727

Attorney for Plaintiff
LINDA D. SEKIYA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. SEKIYA, | ) Civ No. 04-00297 DAE/KSC |
| | ) |
| Plaintiff, | ) DECLARATION OF |
| | ) COUNSEL |
| vs. | ) |
| | ) |
| DONALD H. RUMSFELD, | ) |
| officially as secretary of Defense | ) |
| | ) |
| Agency. | ) |
| | ) |

## DECLARATION OF COUNSEL

I, VENETIA K. CARPENTER-ASUI, state that:

1.     I am the attorney for Plaintiff in the above-referenced case.

2.     I make this statement based upon my personal knowledge and information, and submit the same in support of Plaintiff's Memorandum In Opposition to the Defendant's motion for summary judgment.

3.     Attached hereto as Exhibit P is a true and correct copy of excerpts from the transcript of Plaintiff's MSPB hearing dated December 6, 2004.

I, VENETIA K. CARPENTER-ASUI, do declare under penalty of law that the foregoing is true and correct.

Dated:       Honolulu, Hawaii, February 21, 2006.

_____
VENETIA K. CARPENTER-ASUI