STANDARD FORM 50 - Rev. December 1961
U.S. Civil Service Commission
FPM Chap. 296

**NOTIFICATION OF PERSONNEL ACTION**
EMPLOYEE — See General Information on Reverse

NAVY OVERPRINT 10-72 (7C)

(FOR AGENCY USE)

| # | Field | Value |
|---|---|---|
| 1 | NAME (CAPS) LAST-FIRST-MIDDLE | SEKIYA LINDA C |
|   | MR.-MISS-MRS. | MRS. |
| 2 | (FOR AGENCY USE) | F089-01 |
| 3 | BIRTH DATE (Mo., Day, Year) | 09-27-46 |
| 4 | SOCIAL SECURITY NO. | 0 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 |
| 5 | VETERAN PREFERENCE | 1 (1-NO) |
| 5A | (FOR AGENCY USE) | |
| 6 | TENURE GROUP | 1 |
| 7 | SERVICE COMP. DATE | 07-24-67 |
| 8 | FEGI | 3 (2-INELIGIBLE) |
| 10 | RETIREMENT | 1 (1-CS) |
| 11 | (FOR CSC USE) | |
| 12 | CODE / NATURE OF ACTION | 130 TRANSFER CAREER |
| 13 | EFFECTIVE DATE | 07-13-75 |
| 14 | CIVIL SERVICE OR OTHER LEGAL AUTHORITY | REG 315.501 |
| 15 | FROM: POSITION TITLE AND NUMBER | |
| 19 | NAME AND LOCATION OF EMPLOYING OFFICE | NV |
| 20 | TO: POSITION TITLE AND NUMBER | PROPERTY DISPOSAL CLERK (TYP) PD 89-0075 |
| 21 | PAY PLAN AND OCCUPATION CODE | GS 01107 |
| 22 | (a) GRADE OR LEVEL (b) STEP OR RATE | 04  06 |
| 23 | SALARY | PA $6861 * |
| 24 | NAME AND LOCATION OF EMPLOYING OFFICE | DSA DPDS DEFENSE PROP DISP REGION PAC HONOLULU HAWAII |
| 25 | DUTY STATION | PEARL CITY, HONOLULU, HAWAII |
| 26 | LOCATION CODE | 15-6200-003 |
| 28 | POSITION OCCUPIED | 1 (1-COMPETITIVE SERVICE) |

30. REMARKS

[X] A. SUBJECT TO COMPLETION OF 1 YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING  Completed
[X] B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: 07-24-67 to 07-24-70

*PLUS COLA WHICH IS SUBJECT TO CHANGE WITHOUT NOTICE.

MP CERT 75/SBO-96 OF 6/24/75

E. WORK SCHEDULE: F
F. PAY RATE DETERMINANT: NONEXEMPT
G. SPECIAL PROGRAM ID: 00

31. DATE OF APPOINTMENT AFFIDAVIT: 07-13-75
32. OFFICE MAINTAINING PERSONNEL FOLDER: SBO CCPO PEARL

34. SIGNATURE / TITLE: EARL M. AOKI, SUPVY PERS STAFFING SPECIALIST
36. DATE: 07-11-75
35a. SUBMITTING OFFICE NUMBER: 2495

33. CODE / EMPLOYING DEPARTMENT OR AGENCY: DD 07 DEPARTMENT OF THE NAVY

1. EMPLOYEE COPY

EXHIBIT A

001215