| 2. AGENCY USE | | | | | 3. BIRTH DATE (Mo., day, yr.) 9-27-46 | 4. SOCIAL SECURITY NO. 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 |
|---|---|---|---|---|---|---|
| 5. VETERAN PREFERENCE 1—NONE  2—5 PT.  3—10 PT. DISAB.  4—10 PT. COMP.  5—10 PT. OTHER | | | | 6. TENURE GROUP | 7. SERV. COMP. DATE 07-24-67 | 8. PHYS. HANDICAP CODE |
| 9. F.E.G.L.I. 1—COVERED  2—INELIGIBLE  3—WAIVED | | | 10. RETIREMENT 1—CS  2—FICA  3—FS  4—NONE  5—OTHER | | 11. CURRENT RES. (State) | 12. (CSC USE) |

**13. ADDITIONAL INFORMATION AND REMARKS** (Training, skills, education, etc.)

25-27 Jan 77, completed "Climbing the Career Ladder with Confidence & Creativity, 24 hrs, "S"
17-21 Jan 77, completed Writing Effective Letters, Rating "S"
Preparing Women for Management, 9/20/78
Worker's Compensation Workshop: Your Rights & Responsibilities, 12/12/78, 4 hours
The Winner's Circle, 11/14/79, 2 hrs
18 Jan 80 - Fire Protection & Prevention Tng
7 Feb 80- Standards of Conduct Training, 1 hr.
24-27 Mar 80-Sales Contracting Procedure Course, 28 hrs.
30 MAY 80- DLA SAFETY HEALTH TRNG- 40 HRS
19 Aug 80 - Defense Metals ID Course - 16 Hrs
24 Aug 80 - Precious Metals Recovery Program Course - 24 Hrs
6 Mar 80 - Completed Basic Disposal Course

Jul 81 - ADVANCED COURSE
23Jan81 - CPR Class (4 hrs)
6 Mar 81 - Fire Protection & Prev (1
6 Mar 81 - Motor Veh. Oper. Say (2
Mar/81 - MHE Refresher
5Jun81 - IDMS Training
9/11/81 Prev. of Hearing Loss:
Noise & Its Effects
3/82 - Telephone Training
6/82 - Safety Refresher

### 14. PERFORMANCE RATING (satisfactory and unsatisfactory only)

| RATING | DATE | RATING | DATE | RATING | DATE | RATING | DATE | RATING | DATE | RATING | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 3/76 | S | 3/77 | QSI | 10/78 | FA | 10/84 | E | 10/85 | E | 10/86 |

### 15. CURRENT EMPLOYMENT RECORD

| NATURE OF ACTION | EFFECTIVE DATE | POSITION, TITLE AND NUMBER | PAY PLAN OCC. CODE, GRADE AND STEP | SALARY OR PAY RATE | ORGANIZATION, HDQTRS., & LOCATION |
|---|---|---|---|---|---|
| Trans Career | 07-13-75 | Prop Disp Clk (T) 89-0075 | GS 1107-04/6 | $8861+COLA | DPDO-HI |
| FSA 1975 | 10-12-75 | | | $9306+COLA | |
| Reassignment | 07-18-76 | 89-0107 | | | |
| FSA 1976 | 10-10-76 | | | $9701+COLA | |
| TempDromNTE 03-12-78 | 03-13-77 | Prop Disp Clk (t) 89-0074.1 | GS 1107-05/05 | $10543+COLA | Prop Mgmt |
| W/In Gr Inc | 07-17-77 | 89-0107 | GS1107-04/07 | $9978+COLA | |
| FSA 1977 | 10-09-77 | | | $11287 | |
| Cwd to Lower Gr | 12-3-77 | Prop Disp Clk(T) 89-0107 | GS-1107-04/07 | $10684 | |
| Promotion | 02-12-78 | Prop Disp Clk(T) 89-0074 | GS-1107-05/05 | $11287+COLA | |
| LWOP NTE 06-16-78 | 04-10-78 | | | | |
| RTD | 06-19-78 | | | | |

| 16. HOME ADDRESS (Complete in pencil) 98-1600 Nahele ST Aiea HI 96701 | 17. HOME PHONE 487-7035 19. MARITAL STAT. M | 18. EMERGENCY ADDRESSEE (Name, address, phone) Lawrence N. Sekiya [illegible] |
|---|---|---|
| NAME MR. MISS MRS. LAST: SEKIYA  FIRST: Linda  MIDDLE INITIAL: D. | 7-301 EMPLOYEE RECORD | STANDARD FORM 7-B (MAY 1964) U.S. CIVIL SERVICE COMMISSION F.P.M. CHAPTER 295 |

DPDO-HI
PERSONNEL HISTORY
(7B CARD)


EXHIBIT B
001077

12/82 Using Time for High Payoff
1/83 MHE Refresher
8/83 CPR Trng
2/84 MV Refresher
7/85 MV Refresher
12/86 Hearing Conservation Trng
1/86 MV Refresher
2/87 Safety trng
2/87 - Counterintelligence/Counterterrorism Briefing
4/88 - Hearing Conservation
4/90 - Hearing Conservation
11 - Mid year review sn
11/21/90 - Refused to follow instructions, not attending class, Pugnacious & contentious behavior towards authority. Refused to take any courses in the future. (Note to remain for one year).
50/9/91 Mid year review N/C End
9/23/91 Success skills for secretaries
3/25/92 MHE refresher

3/24 - 3/27/92 2 step clean wents
5/5/92 Annual Perf Rating
9/3/92 SIGHT CONSERVATION
11/10/92 SUP Harassment
4/22/92 Annual Perf Rating - HS
7/22/93 Ethics training
10/14/94 Changes Block 37 from 0035 to 0416

| 15. CURRENT EMPLOYMENT RECORD (Continued) | | | | | |
|---|---|---|---|---|---|
| NATURE OF ACTION | EFFECTIVE DATE | POSITION, TITLE AND NUMBER | PAY PLAN, OCC. CODE, GRADE AND STEP | SALARY OR PAY RATE | ORGANIZATION, HDQTRS. & LOCATION |
| FSA 1978 | 10/08/78 | | | $11,907 | COLA |
| QUALITY INC | 1/14/79 | Property Disposal Clerk (Typ) | GS-1107/05/06 | $12,257 | |
| Detail NTE 6 Sep 79 | 7/9/79 | Property Marketing Specl 5427N | GS 1104/07 | | |
| Prom-Temp NTE 11/05/79 | 10/07/79 | Prop Disp Specl 5605NA | GS 1104/7/01 | 13,925 | |
| FSA 1979 | 10/07/79 | | GS 05/06 | 13,118 | |
| Chg in title | 10/30/79 | Property Disposal Clerk 5605NA | GS1107/05/06 | 13,118 | |
| to lower grade | 11/06/79 | Property Disp Clerk 89-0074 | GS 1107/05/06 | 13,118 | |
| Prom-Temp NTE 3/27 | 1/28/80 | Prop Disp Specl 5605N | GS 1104/07/01 | 13,925 | |
| GI | 2/10/80 | Prop Disp Clk (Typ) 89-0074 | GS 1107/05/07 | 13,493 | |
| Chg to lower gr. | 03/28/80 | Prop.Disp.Clk (Typ)89-0074 | GS1107/05/07 | 13,493 | |

| Nature of Action | Effective Date | Position/Title/Number | Pay Plan Grade/Step | Salary | |
|---|---|---|---|---|---|
| BSI | 12/28/81 | Prop. Disp. Clerk, 89-0074 | GS-1107-5/8 | 15,850 | + COLA |
| Chg in P.D. # | 9/19/82 | Prop. Disp. Clerk, 89-0185 | GS-1107-5/8 | | |
| FSA 1982 | 10/3/82 | Prop. Disp. Clerk, 89-0185 | GS-1107-5/8 | 16,491 | + COLA |
| WGI | 2/6/80 | Prop. Disp. Clerk, 89-0185 | GS-1107-5/9 | 16,935 | + COLA |
| FEGLI Change | 8/4/85 | " | GS-1107-5/9 | 18,230 | + COLA |
| Incentive Award | 10/28/85 | " | GS-1107-5/9 | | |
| WGI | 2/2/86 | Prop. Disp. Clerk, 89-0185 | GS-1107-9/10 | 18,710 | + COLA |
| Performance Award | 5/18/89 | Property Disposal Clerk (Typing), 4389112 | $275 | | |
| Performance Award | 12/13/90 | Property Disposal Clerk (Typing), 4089112 | $325 | | |
| Pay Adj. | 1/13/91 | " " " | GS-1107-5/10 | 22,067 | |
| FEHLI Chg | 11/2/91 | " " " " | " | " | |
| Realignment | 7/19/92 | Prop Disp Clk (OA) R0038N240 | | 22,996 | |
| Revise PD Performance | 10/16/92 | | | | |
| Performance Award | 06/06/93 | Prop Disp Tech (OA) R0038N240 | | $300.00 | 10/1/92-9/30/93 |
| Promotion | 08/15/93 | Prop Disp Tech RR52N | GS-1107-6/8 | 26,210 | YAOP |
| " | 12/18/94 | " R1224N | " 7/7 | 27,259 | YAOP |
| Pay Adj. 2% Increase | 1/1/95 | " " " " | " | 27,803 | YAOP |
| Special Act or Service Award 10/93-9/94 | 2/12/95 | " " " " | " | $126.00 | " |

12/12/78, 4 hours
Jul 81 – ADVANCED COURSE
23Jan81 – CPR Class (4 hrs)
6 Mar 81 – Fire Protection & Floor (1½)
3/27/81 – Water the Officer Tag (2½)
5Jun81 – IDMS Training
/81 Prev. Of Noise & Hearing Loss;
Its Effects

ence & Creativity, 24 hrs, "S"

BIRTH DATE: 9-27-46
SERV. COMP. DATE: 7-24-67
SOCIAL SECURITY NO.: 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
PHYS. HANDICAP CODE:
CURRENT RES. (State):
(CSC USE):

RATING: E  DATE: 10/85  RATING: E  DATE: 10/91

001079

| 1. Date of birth | 2. Social Security Number | 3. Tenure group | 4. Service comp. | 5. Veteran preference |
|---|---|---|---|---|
| | | | | 1. None  3. 10 Pt. Disab.  5. 10 Pt. Other<br>2. 5 Pt.  4. 10 Pt. Comp.  6. 10 Pt./30% Comp. |

| 6. FEGLI | 7. Retirement | 7-A. Annuitant indicator | 8. Current performance rating and date (USE PENCIL) |
|---|---|---|---|
| | 1. CS  3. FS  5. Other<br>2. FICA  4. None  6. CS Special | 1. RETO  3. RETM<br>2. Reempl. annuitant | |

**9. Additional information and remarks** (training, skills, education, etc.)

9/13/94 - HIV/AIDS Education
10/27/94 - Mid Year Performance Review
3/20 to 3/21/95 - Intro to MS Word for Windows v2.0
3/23/95 - Prevention of Sexual Harassment
1/31/95 - Intro to MS Windows v3.1
5/4/95 - Midyear Performance Review
9/30/95 - Annual Performance Rating
10/11/95 - Forklift Training Refresher
11/29/95 - Computer Security Briefing
01/09 to 01/11/96 - ABC's of Demil 1556 ✓
3/11 to 3/15/96 - Defense Demilitarization Program (ALMC-BD) cert 1556 ✓

9/23/96 - Power Point 4.0 for Windows 3.1 ✓ 1556
8/23/96 - Beg. Excel 5.0 for Windows 3.1
11/4/96 - Ethics Trng (B to B)
12/2/96 - Fraud Trng (B to B)
10-02-96 FY96 Performance Rating
10-30-96 Position Performance Plan
10-30-96 Individual Development Plan
03/04/97 - Pre-Retirement Planning
06/24-06/25/97 - Precious Metals Seminar
06/12/96 - 30-yr Service Award (6/2
7/14-7/16/97 - EMACS 1556 ✓
9/25/97 - DRMS Ds. Ed. Program
8/12-8/14/97 - Annual OPSW45+ Demil Workshop 1556

**10. Current Employment Record**

| Nature of action | Effective date | Position, title and number | Pay plan, occupation code, grade, and step | Salary or pay rate | Organization headquarters and location |
|---|---|---|---|---|---|
| Special Act or Service Award 10/93-9/94 | 3/26/95 | Property Disposal Tech. R1224N600 | | $126.— | YAOP |
| Realignment | 10/1/95 | " " " | GS-1107-7/7 | 27,803 | UAGP |
| Realignment | 1/02/96 | " " " | " | " | UCAP |
| Pay Adj. | 1/14/96 | " " " | " | 28,362 | UCAP |
| Sp. Act or Svc Awd | 4/21/96 | " " | " | 584.— | " |
| Pay Adj. | 1/5/97 | " " " | " | 29,014 | UCAP |
| WIGI | 12/21/97 | " " " | GS-1107-7/8 | 29,820 | " |
| Pay Adj. | 1/4/98 | " " " | " | 30,502 | " |
| Chg in Duty Station | 1/18/98 | " " " | " | " | " |
| Realignment | 9/27/98 | " H7R122460O " | " | " | JA-ACAP |
| Pay Adj. | 1/3/99 | " " | " | 31,451 | " |

| 11. Home address | Home phone | 12a. Blood group & type | 13. Special instructions (name of physician or clergy to be notified, hospital preference, drug allergies, etc.) |
|---|---|---|---|
| 725 Kapiolani Blvd, #2301<br>Honolulu, HI 96813<br>12/98 | 945-7864<br>Work phone (opt.) | 12b. Willing to donate blood in emergency? Yes / No | |

| 14. Emergency notification—First person (Name and address) | Home phone | 14a. Second person (Name and address) | Home phone |
|---|---|---|---|
| | Work phone | | Work phone |

| 15. Name (CAPS) (Last, first, middle) | 16. Sex | EMPLOYEE RECORD | Standard Form 7-B (Rev 12-80)<br>U.S. Office of Personnel Management<br>FPM Supp. 293-31 |
|---|---|---|---|
| SEKIYA, LINDA D. (CONTINUED) | | 7-305 | |

001080

Current Employment Record (continued)

| Nature of action | Effective date | Position, title and number | Pay plan, occupation code, grade, and step | Salary or pay rate | Organization head-quarters and location |
|---|---|---|---|---|---|
| Pay Adj | 1/2/00 | Prop. Disp. Tech. HZR/224600 | GS-1107-7/8 | 32,644 | JA ACAP |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

2/27/98 - ATAARS Trng 1556 ✓
5/12/98 - Federal Women's Council Seminar 1556 ✓
1/29/99 - Annual Perf Rating (FS)
3/8-3/9/99 - Bs. Ed. Diamond Svc
3/23-3/25/99 - EMACS 1556 ✓
4/23/99 - Midyear eval
5/27/99 - Assertive Comm Skills for women cert ✓ 1556
10/8/99 - Quarterly Eval
5/16/00 - Dealing w/ Difficult People - Tongue Fu! ✓ 1556

☆U.S. GPO: 1990—255-110
…vious Edition Usable NSN 7540-00-965-2398

TEAR OFF AFTER TYPING