# PERFORMANCE RATING

NOTE: Read instructions on reverse before completing form.

| EMPLOYEE NAME (Last, First, MI) | PERIOD COVERED FROM: | TO: | DATE DUE |
|---|---|---|---|
| SEKIYA, LINDA D. | 1 JANUARY 1999 | 31 MARCH 1999 | |

| POSITION TITLE AND GRADE | SOCIAL SECURITY NUMBER | OFFICE SYMBOL |
|---|---|---|
| PROPERTY DISPOSAL TECHNICIAN, GS-1107-07 | 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 | ACAP |

## SECTION I - CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 3 | 1. Administer the DRMO Demilitarizationa and Precious Metals Program. Ensures compliance with regulations, policies and procedures. Maintains liason with generators, transportation office to coordinate disposition of sensitive property. |
| 3 | 2. Promotes Demilitarization and Precious Metals Program through customer contact and visitation. Fully explains all services available and procedural and regulatory requirements of the DEMIL and PM program. |
| 3 | 3. Inventory management of sensitive property. |
| 3 | 4. Management of the DEMIL Challenge Program. |
| 3 | 5. Transfer, donation and sales of DEMIL property. |
| 3 | 6. Customer Service: Provides staff/customer assistance and maintains high professional standards in all interpersonal contacts. |
| 3 | 7. Provides administrative support and management of time and attendance for the Property Management Branch. |

| SUMMARY RATING IS: | SUMMARY RATING ("X") | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPRAISING SUPERVISOR | SIGNATURE | DATE |
|---|---|---|---|---|
| FULLY SUCCESSFUL | X | Godfrey Ching, DRMO ACAP | [signed] | 4/1/99 |
| MINIMALLY ACCEPTABLE | | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPROVING OFFICIAL (IF RATING FALLS BELOW FULLY SUCCESSFUL) | SIGNATURE | DATE |
| UNACCEPTABLE | | | | |

IF:
- ALL ELEMENTS RATED 3
- LOWEST ELEMENT RATED 2
- ANY ELEMENT RATED 1

SIGNATURE OF EMPLOYEE [signed]   DATE RATING DISCUSSED WITH EMPLOYEE 4-22-99

DLA FORM 46, AUG 97 (EG)   PREVIOUS EDITION IS OBSOLETE.   PerFORM (DLA)

EXHIBIT C

001162

# PERFORMANCE RATING

NOTE: Read instructions on reverse before completing form.

| EMPLOYEE NAME (Last, First, MI) | PERIOD COVERED FROM: 1 JANUARY 1999 | TO: 31 DECEMBER 1999 | DATE 15 JAN 2000 |
|---|---|---|---|
| SEKIYA, LINDA D. | POSITION TITLE AND GRADE: PROPERTY DISPOSAL TECHNICIAN, GS-1107-07 | SOCIAL SECURITY NUMBER: 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 | OFFICE SYMBOL: ACAP |

## SECTION I - CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 3 | 1. Administer the DRMO Demilitarizationa and Precious Metals Program. Ensures compliance with regulations, policies and procedures. Maintains liason with generators, transportation office to coordinate disposition of sensitive property. |
| 3 | 2. Promotes Demilitarization and Precious Metals Program through customer contact and visitation. Fully explains all services available and procedural and regulatory requirements of the DEMIL and PM program. |
| 3 | 3. Inventory management of sensitive property. |
| 3 | 4. Management of the DEMIL Challenge Program. |
| 3 | 5. Transfer, donation and sales of DEMIL property. |
| 3 | 6. Customer Service: Provides staff/customer assistance and maintains high professional standards in all interpersonal contacts. |
| 3 | 7. Provides administrative support and management of time and attendance for the Property Management Branch. |

| IF: | SUMMARY RATING IS: | SUMMARY RATING ("X") | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPRAISING SUPERVISOR | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ALL ELEMENTS RATED 3 | FULLY SUCCESSFUL | X | Godfrey Ching, DRMO ACAP | [signed] | 1-31-00 |
| LOWEST ELEMENT RATED 2 | MINIMALLY ACCEPTABLE | | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPROVING OFFICIAL (IF RATING FALLS BELOW FULLY SUCCESSFUL) | SIGNATURE | DATE |
| ANY ELEMENT RATED 1 | UNACCEPTABLE | | SIGNATURE OF EMPLOYEE [signed] | DATE RATING DISCUSSED WITH EMPLOYEE 1-31-00 | |

DLA FORM 46, AUG 97 (EG)   PREVIOUS EDITION IS OBSOLETE.   PerFORM (DLA)

001163

# PERFORMANCE RATING

| EMPLOYEE NAME (Last, First, MI) | NOTE: Read instructions on reverse before completing form. | PERIOD COVERED FROM: | TO: | DATE |
|---|---|---|---|---|
| SEKIYA, LINDA D. | | 1 JANUARY 1999 | 31 DECEMBER 1999 | 15 JAN 2000 |

| POSITION TITLE AND GRADE | SOCIAL SECURITY NUMBER | OFFICE SYMBOL |
|---|---|---|
| PROPERTY DISPOSAL TECHNICIAN, GS-1107-07 | 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 | ACAP |

## SECTION I - CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 3 | 1. Administer the DRMO Demilitarizationa and Precious Metals Program. Ensures compliance with regulations, policies and procedures. Maintains liason with generators, transportation office to coordinate disposition of sensitive property. |
| 3 | 2. Promotes Demilitarization and Precious Metals Program through customer contact and visitation. Fully explains all services available and procedural and regulatory requirements of the DEMIL and PM program. |
| 3 | 3. Inventory management of sensitive property. |
| 3 | 4. Management of the DEMIL Challenge Program. |
| 3 | 5. Transfer, donation and sales of DEMIL property. |
| 3 | 6. Customer Service: Provides staff/customer assistance and maintains high professional standards in all interpersonal contacts. |
| 3 | 7. Provides administrative support and management of time and attendance for the Property Management Branch. |

| IF: | SUMMARY RATING IS: | SUMMARY RATING ("X") | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPRAISING SUPERVISOR | SIGNATURE | DATE |
|---|---|---|---|---|---|
| ALL ELEMENTS RATED 3 | FULLY SUCCESSFUL | X | Godfrey Ching   DRMO ACAP | [signed] | 1/16/01 |
| LOWEST ELEMENT RATED 2 | MINIMALLY ACCEPTABLE | | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPROVING OFFICIAL (IF RATING FALLS BELOW FULLY SUCCESSFUL) | [signed] | 1/16/01 |
| ANY ELEMENT RATED 1 | UNACCEPTABLE | | SIGNATURE OF EMPLOYEE [signed] | DATE RATING DISCUSSED WITH EMPLOYEE 1/16/01 |

DLA FORM 46, AUG 97 (EG)   PREVIOUS EDITION IS OBSOLETE.   PerFORM (DLA)