EDUCATION:
McKinley High School, 1964, Completed 12th Grade, H.S. Diploma
Automation Training Center, 1965, Data Processing, Completed A-
Automation Training Center, 1965, Key Punch/Verifier Operation, Completed B+

TRAINING:
Office Management, 16 hours, 3/75
Writing Effective Letters, 8 hours, 1/77
Climbing the Career Ladder with Confidence & Creativity, 8 hours, 1/77
Preparing Women for Management, 8 hours, 9/78
The Winner's Circle, 8 hours, 11/79
Defense Property Disposal Operation (Basic), Correspondence, 3/80
DPDO Contracting Procedures Course, 40 hours, 3/80
Defense Metals Identification Course, 24 hours, 8/80
Defense Precious Metal Recovery Course, 16 hours, 3/80
Defense Integrated Disposal Management System (IDMS), 80 hours, 6/81
Defense Advanced Disposal Management Course, Correspondence, 8/81
Using Time for High Payoff, 8 hours, 12/82
Basic Office Automation, 8 hours, 7/88
Intro to dbase III+, 16 hours, 10/90
Advanced Enable, 16 hours, 11/90
Success Skills for Secretaries/Management Assistants/Staff, 8 hours, 9/91
Managing Multiple Priorities, 8 hours, 1/92
How to Manage Priorities and Meet Deadlines, 8 hours, 2/92
Twelve Steps to Clear Writing, 8 hours, 3/92
Introduction to Computers, 8 hours, 8/92
Evelyn Wood Reading Dynamics for Business Professionals, 8 hours, 3/93
Introduction to MS Windows, 8 hours, 1/95
Introduction to MS Word, 8 hours, 3/95
Forklift Operator Recertification, 4 hours, 10/95
ABC's of Demil, 24 hours, 1/96
Defense Demilitarization Program, 8 hours, 3/96
Beginning Excel, 8 hours, 8/96
Beginning Power Point, 8 hours, 9/96
Precious Metals Seminar, 16 hours, 6/97
Equipment Management and Control Systems (EMACS), 16 hours, 7/97
Various Federal Women's Council Seminars
Demil Workshop, 24 hours, 8/97
AATAPS (Time & Attendance), 4 hours, 2/98
Equipment Management and Control Systems (EMACS), 16 hours, 3/99
Assertive Communication for Women, 8 hours, 5/99
Dealing with Difficult People-Tongue-Fu, 8 hours, 5/00

EXHIBIT D

001075

LICENSES/CERTIFICATES: Forklift Operator License, expires 9/02, 4K Cap/Warehouse Tractor

PERFORMANCE APPRAISALS & AWARDS:
| | |
|---|---|
| Sustained Superior Performance | 04/75 |
| Quality Step Increase | 11/78 |
| Quality Step Increase | 11/79 |
| DPDO of the Year (Member) | 1980 |
| Commendable Service | 04/80 |
| Quality Step Increase | 12/81 |
| Sustained Superior Performance | 10/85 |
| Sustained Superior Performance | 05/89 |
| Sustained Superior Performance | 12/90 |
| Commendable Service | 05/92 |
| Sustained Superior Performance | 06/93 |
| Commendable Service | 03/94 |
| Special Act Award | 03/95 |
| Special Act Award | 04/96 |
| Joint Meritorious Award | 06/96 |

OTHER INFORMATION:
Typing speed: 50 wpm.

Computer Programs: Windows, MS Word, Excel, Outlook, Internet Explorer, Fedlog, Daisy, ATAAPS, AEPS.RIA, EMACS

Reference Manuals/Policies/Regulations:
- Warehousing for DRMS and DRMOs
- Instructions for Reutilization/Transfer/Donation for DRMS
- Policy and Procedures in Disposal Operations for Property Accounting
- Instructions for Marketing for DRMS & the DRMOs
- Policy and Procedures for Demilitarization for DRMS & the DRMOs
- Policy and Procedures for Precious Metals at DRMS & the DRMOs
- Defense Material Disposition Manual
- Ordnance and Explosive Recognition (AEDA)
- Defense Demilitarization Manual
- Equipment Maintenance and Control System
- Environmental Compliance for the DRMS Hazardous Property Program
- Federal Supply Classification Groups and Classes