**MICHAEL J. INADA, M.D.**
98-1079 Moanalua Road, Suite 440
Aiea, Hawaii 96701

Telephone: (808) 487-5115
Fax: (808) 488-8266

July 26, 2001

To:  Whom It May Concern

Re:  Linda D. Sekiya

Dear Sirs,

Mrs. Sekiya has asked me to comment on her health, since it
has been noted that she has had several episodes of illness
within a relatively short time span.  I have seen her for upper
respiratory illness, gastrointestinal problems and tension
headache.  I would also note that she has been under the care
of appropriate specialists for ear and eye problems.

In general, she is in satisfactory health.  I do not anticipate
any deterioration in her health or prolonged disability.  She
continues to be able to work without restriction.  I do not
have any recommendations for treatment at this time.

Please call me if there are any questions.

Sincerely,

Michael Inada, M.D.

**EXHIBIT** _E_

000247                    10

October 1, 2001

Dr. Michael J. Inada
Pali Momi MedicalCenter
98-1079 Moanalua Road
Suite 440
Aiea, Hi  96701

Ph:  487-5115
Fax:  488-8266

Dr. Inada,

I would like to request copies of my records on the dates I was seen by you between the periods of December 1, 2000 through September 30, 2001.  This is proof, which I need to justify my sick leave during that time.

If there are any questions, please feel free to phone/fax me at 945-7864.  Your cooperation on this matter would be sincerely appreciated.

LINDA D. SEKIYA

000239

2

CONTINUATION SHEET

Sekiya Linda

NOV [illegible] 199[illegible]   Wt. 123     BP 132/72 T. 98.0

S   JT   Runny nose, stuffy nose, HA since
yesterday, had vertigo 2 weeks ago. Tx e Sudafed
Kaisuchin [illegible] Saturday, given Antivert
X 10 days, still light headed

Ⓞ  TM's L.   Nose congested.   Throat hyperemic
   Ⓞ nodes.   lung clear.

Ⓐ  Pharyngitis
   Rhinitis

Ⓟ  Amoxicillin 100 #10  BID
   [illegible] DA #10  : 3.0
   Re/o [illegible]
                                M [illegible]

APR 1 1 2000   BP 130/80 P 60   T. 97.6

S   light headed on Friday afternoon driving
on + off since Tues. Xanax
on celebrex 200mg by Dr. Michael Chun for [illegible]
B foot.

Ⓞ  HEENT  OK.  Neck supple.
   Carotid L.  Heart + lung OK.
   Neuro L.

Ⓐ  Labyrinthitis

Ⓟ  Take Xanax prn.
   Re/o [illegible]
                                M [illegible]

JAN 8 0 2001   BP 150/80 T 97.1

S   bodyaches chills HA. Sneezy. Runny nose
since Friday.

Ⓞ  TM's L.   L nasal congestion.   Throat hyperemic
   Ⓞ nodes.  lung clear.  No [illegible] tenderness.

000240   ③

PATIENTS NAME _Sekiya, Linda_

ALLERGIES _PCN, Cumbial_

| DATE | MEDICATION | REFILLS |
|------|------------|---------|
| 4/3/01 | Prilosec 20y #5 ↑qd<br>TX Barebus Denise          NR | |
| 5/29/01 | Diclofenac #14 T BID<br>TX Barebus Mary          NR | |
| 7/24/01 | Ambien 10y #15<br>i at hs pr sleep   NR<br>hyper regular class | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

000241

4

PATIENTS NAME _Sekiya, Anda_

ALLERGIES _PCN, Combid_

| DATE | MEDICATION | REFILLS |
|------|------------|---------|
| 1/6/95 | Dyprine 250g #8 sple $\div$ QD | |
| 3/23/96 | I mitin 25g #6 sple ; at onst of HA | 10/5/98 Nasal Spry 20g #6 sple |
| 3/23/96 | *Times Warn* Summit DA #14 ;B.D | 7/23/96 #14   *Times Warn* |
| 7/23/96 | *Times Warn* doxycyclin 100g #14 ;B.D | 9/17/99 #14 |
| 4/20/99 | Ultin 50g #28 s 1-2 Q4' p.n | |
| 5/9/99 | Xoron #30 $\div$ Q10 gm/puude pin  Tk Berehin Rose            NC | |
| 3/25/00 | Otli Bonebron plotin 2g bugm/oli tab 5x/2            NC | |
| 2/1/01 | allegra 180 mg #14 $\div$ gd  pin congestion  Tk Berehin Rerine            NC | 2/26/01 #5 s |
| 2/26/01 | Amlox 400g #5 s ; OD | |
| 4/27/01 | Panter #30 $\div$ Q10  Tk Berehin Rerine            NC | |

PATIENTS NAME _Sekiya, Linda_

ALLERGIES _PCN, Combid_

| DATE | MEDICATION | REFILLS |
|---|---|---|
| 10/5/96 | Lysate #14<br>i B.i.D | 10/17/17 #10 sople |
| 11/14/96 | Durrent DA #14<br>i.B.i.D | |
| 2/8/97 | Imitrex 25j #12<br>i at onset of HA    R×2<br>Tire _____ | |
| 5/19/97 | Cortisporin otic 10cc<br>4-5 gtts T.i.D | |
| 8/1/17 | Claritn D 24hr #10<br>sople | 10/21/97 #15    R×2    TX Waimea knij<br>2/16/18 # 7  24hr<br>4/3/13  12°  #14<br>6/23/18  # 14  TX Waimea Cottage<br>4/18/18 #14 Sople<br>4/2/11  60cc 3gtt TID NR  TX Berch<br>8/14/00  60cc  U3gtts T.i.D |
| 8/7/97 | Domboro otic solution 60cc<br>5 gtts    i~6×12 | |
| 2/9/98 | Prednisone 10j #10<br>.B.i.D | 2/13/99  10j #10<br>4/23/18 10j # 10 TY Waimea christo<br>6/23/18  # 14  10j  TX Waimea Cottage<br>12/28/18 #14  10mg Large Peli Red |
| 3/10/98 | Prevacid 30j = 8 sople<br>i.D | 11/5/88  # 30  R×pin  Trullda Cing×<br>3/2/10  #30 R×pin<br>4/3/01  # 30    R×P×N  TX Kapet: min |
| 4/6/98 | Bic~ 2.50 g<br>i.C×i.D | 10/5/98  #8 500j    1/2 B.i.D<br>4/30/01  250j  #14  i.B.i.D  TX Kacher Pen |
| 10/5/98 | Claritn D 120 #14 sople<br>i.B.i.D | 1/26/99  120 #14<br>9/17/99  12°  # 14<br>8/1/00  # 30  long Marca Donald Rxby<br>2/26/01  # 30  R×PPN |

000243    6

PATIENTS NAME _Sekiya, Linda_

ALLERGIES _Penicillin, Combid_

| DATE | MEDICATION | REFILLS |
|------|-----------|---------|
| 3/10/92 | erythromycin 250g #30 QID NR | 1/15/96 #20<br>11/8/96 #20<br>3/3/97 #20 |
| 6/10 | Tavist D #14 BID 2x1 | 4/30/01 #14 |
| 8/20/92 | medigine 12.5g #15 1 at hs | |
| 8/20 | Seldane 60g #14 BID | 10/3/92 #14 |
| 10/3/92 | TCN 250g #28 QID | 2/2/98 #40<br>4/3/18 #30 |
| 3/1/93 | erythromycin 100g #10 BID | 1/3/94 #14<br>6/3/94 #14    Times Waimalu<br>12/1/94 #10    "    "<br>10/20/95 #10    "    "<br>3/23/96 #14 |
| 3/1 | procardia y #10 BID pc | 12/6/94 #12  TID pc  Times Hiwailani<br>10/28/95 #15  TID        "       "<br>6/16/98 #15 |
| 4/13 | phenergan c codeine 4g 1 tsp QID | |
| 4/15/94 | Seldane D #14 BID | 12/6/94 #14  BID  Times Waimalu<br>10/20/95 #10<br>10/28/95 #30    Times Waimalu |
| 8/16/94 | Naprosyn 375 #12 sample BID | |

000214    7

CONTINUATION SHEET

Sekiya, Linda

MAY 1 7 2001    W#118        BP 120/72    T 97.1

S   Coughing, phlegm yellow, fatigue,
    Nausea good, since yesterday, Tok promethazine
    Co-worker c similar sx's.

○   TM's d.   Sl nasal congestion. Throat hyperemic.
    ⊖ nodes - lg clear.

Ⓐ   Pharyngitis
    Cough

◇   Amelix 400g    # 5 s    : Q D
    No ↑ pm.

                                    M Ju___

_.2001    W# 116        BP 110/60    T 97.4

S   Vomiting, HA body ache, diarrhea, upset
    Stomach X 6 days, diarrhea this am

○   TM's , nose , throat OK .
    ⊖ nodes.   lgs clear.
    No flu taken .    Abd soft . ⊕ BS

Ⓐ   Gastroenteritis

◇   Cipro 500g    # 6 s    : B I D
    SC   8/14 — 8/17
    ↑ pm

                                    M Ju___

SEP 1 4 2001    W#116        BP 128/80    T 97.4

S   S T , Head cold, yesterday Vasitijo

○   TM's d.   Nose congested. Throat hyperemic.
    ⊖ nodes.   lg clear.

Ⓐ   1. Rhinitis       2. Pharyngitis

◇   Allegra D    # 14 s    : B I D

                                    000245

                                              8

Sekiya, Chloe

**FEB 9 2001**
(cont)

℞    S-    1/30 - 1/31
Allegra 60g  #10 s  : BID
Rx prn

M [signature]

**FEB 2001**  Extend SL 1/30/01 - 2/2/01 . Rtw 2/5/01

due ms

**FEB 2 6 2001**    BP 112/70    T  97.7

S. HA since last wed, fever bodyache vomiting
HA last night ē diarrhea . Took Tylenol

○  TM's d.    Nose ē congested. Throat fullness
typeremic - ⊖ nodes.  Lg clear.
Abd soft.    Neuro d.

Ⓐ  Pharyngitis
Gastroenteritis

℞  SL  2/21 - 2/27
Motrin 400g   #5 s  : WD
Allegra D 180 5 s  : WD
Rx prn

M [signature]

**APR 2 4 2001**  Wt 117    BP 114/80    T 98.4

S. bodyache, vomiting, diarrhea, HA, feverish this am.

○  TM's d.    Nose clear.    Throat hyperemic.
⊖ nodes.    Lg clear.    Abd ⊕ BS

Ⓐ  Gastroenteritis
Pharyngitis

℞  SL  4/24 - 4/27
Tamiflu 75g  #10 s  : BID
Discard shot .

M [signature]

000246    9

24 July 2001

Dr. Inada,

My employer has requested that I obtain something in writing from the doctor regarding sick leave that I have taken.   I had the flu/flu-like symptoms four times in the last eight months.  If I remember correctly it was in December, February, March and April. (I was seen by Dr. Kobayashi in March since you were on vacation).  My father was diagnosed with cancer in November and being the only one doing everything for him and putting him into hospice, etc., my immune system was down and I was extremely exhausted.  I was so stressed and was getting tension headaches quite often.  (I have a history of migraine and tension headaches from ten years old).  Over the years I have taken sick leave primarily due to headaches.  They are requesting verification of my condition and would like to know if there is any cure.

Could you please address this issue and mail it to me.  Your cooperation on this matter would be sincerely appreciated.

LINDA SEKIYA

000248

11

# Carlos A. Omphroy, M.D., Inc.

Ophthalmology

December 21, 2000

Michael Inada, M.D.
Kapiolani Medical Center at Pali Momi
98-1079 Moanalua Road, Suite 440
Aiea, HI  96701

RE:  MRS. LINDA SEKIYA

Dear Frank:

This is an ophthalmic update on your patient, **Mrs. Linda Sekiya**, the pleasant 54-year-old woman who returned for a full eye exam recently.  Her medical history is pertinent for asthma, anxiety, "tension headaches", and allergies to Penicillin, Combid, and Codeine.  There is a family history of diabetes, hypertension, heart disease, and gastric cancer.  Present medications include Xanax, Ambien, Excedrin Migraine, Prevacid, Ecotrin, and Celebrex.

Pertinent findings on exam dated 12/8/00 include:

1.  Visual acuity with correction 20/20 OU both in the distance and at near.
2.  Pupils, motility, and visual fields were all normal.
3.  Slit lamp exam showed 1+ nuclear sclerotic cataracts with 1+ cortical spokes OU, and intraocular pressures were 15 mm Hg OU at 2:30 PM.
4.  Dilated fundus exam was normal, with a 0.1 cup OU, and normal maculas and vessels OU. She had a small area of lattice degeneration inferotemporally in the right eye, but the peripheral retinal exams were otherwise normal.

It is my impression that Mrs. Sekiya is doing well with her **early cataracts OU**.  I have given her a prescription for new glasses, and asked her to return in one year for a dilated exam.  Thank you very much again for allowing me to participate in your patient's management.  Please don't hesitate to contact me with any questions or suggestions regarding her care.

Sincerely,

Carlos A. Omphroy, M.D.

mg

000249

November 25, 2002

Dr. Michael J. Inada
Pali Momi Medical Center
98-1079 Moanalua Road
Suite 440
Aiea, Hi  96701

Ph: 487-5115
Fax: 488-8266

Dr. Inada,

I would like to request copies of my records from October 1, 2001 till the present.  It will be used in the litigation against my former employer.

If there are any questions, please feel free to phone/fax me at 945-7864.  Your cooperation on this matter would be sincerely appreciated.

LINDA D. SEKIYA

**HUGH N. HAZENFIELD, M.D., F.A.C.S.**
**TIMOTHY J. McLAUGHLIN, D.O.**
Otolaryngology Head and Neck Surgery Facial Plastic & Reconstructive Surgery

079 Moanalua Road, Suite 350
Aiea, Hawaii 96701

302 California Avenue, Suite 216
Wahiawa, Hawaii 96786

91-2139 Fort Weaver Road, Suite 108
Ewa Beach, Hawaii 96706

Telephone (808) 622-2626   FAX (808) 622-0066
Website: www.doctor-ent.com

---

**Type of Visit:** Follow-up visit

**ALLERGIES:** Codeine; Combid; Penicillins

**HISTORY:** The patient has a one-month history of a plugged right ear.

**REVIEW OF SYSTEMS:** The review of systems is unchanged.

**EXAMINATION:**

**General:** Well-developed, well-nourished female in no acute distress.  Oriented X 3.  Normal communication.

**Ears:** Massive cerumen impactions were debrided from both ear canals.  Both canals and tympanic membranes were normal with normal tympanic membrane mobility.

**Nose:** There was mild nasal septal deviation, and the nasal mucosa was pale and edematous.

**Mouth:** Normal oral mucosa.

**Nasopharynx:** Exam deferred

**Pharynx:** Lymphoid hyperplasia.

**Hypopharynx:** Exam deferred

**Larynx:** Exam deferred

**Neck:** No palpable cervical lymphadenopathy nor masses.

**Other:**

**DIAGNOSIS(ES):** 380.4-Impacted Cerumen;

**TESTS/THERAPY:** None

---

**RETURN:** PRN                    **CALL:** PRN

**REFERRING PHYSICIAN:** Michael Inada, M.D.  **Copy:** Yes

Hugh N. Hazenfield, M.D., F.A.C.S.

**PATIENT NAME:** Linda Sekiya          **DATE:** 01/11/02

000251   (14)

## TIMOTHY H. HAGINO M.D.
## DERMATOLOGY
Kapiolani Medical Center at Pali Momi
98-1079 Moanalua Road, Suite 360
Aiea, Hawaii 96701
486-4144

November 9, 2001

RE: Sekiya, Linda D.

Dear Dr. Inada,

Thank you for allowing me to evaluate Linda D. Sekiya. As you recall, she has history of a rash present for 2 months primarily on the forehead. The patient claims that her forehead is itchy and flaky. The patient claims that she has a rash on the neck that started 3 weeks ago which is dry and itchy. She also has itchy bumps on the neck.

**PHYSICAL EXAM:**
**GENERAL:** Well developed, well nourished female in no acute distress.
**HEENT:** No conjunctivitis.
**LYMPH:** Not evaluated.
**SKIN:** Erythematous hyperpigmented plaques on the left neck and right forehead. The neck had multiple brown papules.

**IMPRESSION:**
1.    Psoriasis Vulgaris.
2.    Fibrous Papilloma.

**RECOMMENDATIONS:**
1.    The above diagnosis was thoroughly explained to the patient.
2.    Elocon 0.1% cream qday.
3.    Cetaphil gentle cleansing bar was recommended.
4.    Psoriasis brochure was given.
5.    The patient may return for removal of the lesions on the neck.

Once again, thank you for allowing me to assist in this patient's care.

Sincerely,

Timothy H. Hagino, M.D.
TH/fcc

ID: _Sekiya_____
37     03-15-02 10:18AM

CLARITY: _Clear_____
COLOR: LT. YELLOW
GLU     NEGATIVE
BIL     NEGATIVE
KET     NEGATIVE
SG      <=1.005
BLO*    TRACE-INTACT
PH      6.0
PRO     NEGATIVE
URO     0.2 E.U./dL
NIT     NEGATIVE
LEU     NEGATIVE

ID: _Sekiya_____
139    03-18-02 10:33AM

CLARITY: _Clear_____
COLOR: LT. YELLOW
GLU     NEGATIVE
BIL     NEGATIVE
KET     NEGATIVE
SG      <=1.005
BLO*    MODERATE
PH      5.0
        NEGATIVE
        0.2 E.U./dL
NIT     NEGATIVE
LEU     NEGATIVE

000253

16

INADA, MICHAEL, MD (11-13)
98-1079 MOANALUA RD STE 440
AIEA, HI  96701
808-487-5115

**Clinical Laboratories**
**of Hawaii, INC.**

(808) 677-7999 (SC)

Ordering Phys: INADA, MICHAEL

| PATIENT NAME | PATIENT ID | AGE | SEX | REPORT DATE | TIME |
|---|---|---|---|---|---|
| SEKIYA, LINDA D | 77404906 | 55 | F | 03/03/2002 | 6:04 AM |

REMARKS

Patient Tel No: 18089457864    SSN:    BD: 09/27/1946    YOP

Collected: 03/02/2002                    Accession: I130193

|  | RESULTS | UNITS | REFERENCE RANGE | LOC |
|---|---|---|---|---|
| Collect time: 11:50   SQ Accn: 82514 |  |  |  | A |
| Automated Bld Cnt |  |  |  |  |
| WBC | 6.6 | 10(9)/L | (3.5-10.0) |  |
| RBC | 4.14 | 10(12)/L | (3.9-5.2) |  |
| Hemoglobin | 13.3 | g/dL | (12-16) |  |
| Hematocrit | 38.8 | % | (35-46) |  |
| MCV | 93.6 | fL | (80-100) |  |
| MCH | 32.2 | pg | (27-33) |  |
| MCHC | 34.3 | g/dL | (32-36) |  |
| RDW | 11.7 | % | (11-15) |  |
| Platelet Count | 336 | 10(9)/L | (150-450) |  |

**FINAL REPORT**

Testing Locations:
A: St Francis West

000254

17

NOV 6 8 2001

S: Rash to forehead x 1½ mos, & R side
neck x 2 wks c/o itchy

O: 2 cm scaand, fine scaly patch on forehead.
3 cm red, sl scaly patch L neck.
⊖ nodes,
multiple skin tags on neck.

A: Atypic dermatitis

P: Refer to Derm    Dr Hegins 11/9/01 10:45

---

NOV 2 1 2001    wt 120    BP 130/76  T 97.0

S: Scratchy throat, PND since yesterday

O: TM's cl.  Nose sl congested.  No clear tenderness
Throat hyperemic.  ⊖ nodes — lungs clear.

A: Pharyngitis
Rhinitis

P: Allegra 180 × 7s  'OS

---

DEC 2 2 2001    wt 120    BP 118/74   T 97.1

S: HA vomiting since Thursday night
Also had chills.

O: HEENT — sl throat hyperemic.  ⊖ nodes
lungs clear.  Abd soft.  ⊖ CVA RS.
No abd or back tenderness.

A: Gastroenteritis
Diarrhea

P: Discussed diet
Parin  #8 s  : OS

000255

JAN 2 2 2002    Wt 120  BP 114/80  T. 98.5

S.   HA  Sat — mon. Vertigo Sunday
— today

Neck feels sore.
Hx migraine (usually responds to Imitrex) but this
HA feels different.

O   Tight posterior neck & trapezius m.
Full neck ROM.    KEENT: l.    ⊖ nodes.
Heart & lung Ok.    Neuro exam l.

A   Neck pain
Tension HA

P   Thermelin Forte  ⅹ 12's  : Q4° prn
Neck stretches / exercises.
re prn

FEB 2 2 2002    Wt 121  BP 110/70  T. 97.4

S.   ST. mucus yel X 3 days

O   TM's l.   Nose & congested. Throat erythema
⊖ nodes.  Lungs clear.  No edema.

A   Pharyngitis
Rhinitis

P   Omnicef 400 ⅹ 5 : QD
Allegra 60 ⅹ 10's  : BID
re prn —

MAR 0 2 2002    Wt 122  BP 106/64  T. 97.4

S   mucus yel. Coughing
fatigue

No fever.     Hx anemia — ? type .     000256

(cont)   O   TM's l.   Nose & congested. Throat & erythema

(19)

3/2/02
(Cont)    Minimal mucus ratters c̄ cough.
Heart rg. s̄ ℗.

(+)  Bronchitis
     Anemia, unspecified

(P)  Bivi XL 500y #10, ℗ ID
     ✓ CBC
                                        [signature]

MAR 15 2002  Wt 118    BP 100/60    T 98.2
S̄ never abdominal pain since yesterday
gassy, pressure on urination    fever 101 this am

Had of nausea c̄ emesis.
No diarrhea or constipation.

(O)  HEENT.  OK.    lung clear.
     Heart reg.    Abd active B.S.
     Very sl ↑ gas.    No tenderness.
     UA ⊕ - tr blood

(A)  RLQ pain - ? cystitis

(P)  ✓ UA
     Cipro 500y # 14  ℗ ID
     call pm

                                        [signature]

MAR 18 2002  Wt 116    BP 128/80    T 96.7
S.  Re/ pain lower abdomen
                                        [note]
     Feels better.  No fever.
     Some diarrhea c̄ blood.

(O)  No back tenderness.  Abd soft.
     ⊕ B.S.
          UA ⊕ blood

(A)  RLQ pain - improved
     Abdomen.

(Cont)                              000257        20

Ikiya, Linda

MAR 1 8 2002
(Cont)   1 UA
         Cont Cipro
         Per UA later

MAY 2 3 2002   Wt 118   BP. 150/90   T. 96.6
S. HA chills bodyach, stomachach, Tengng
Teasdy, mucus yellow
Now retired.

O   This ā. Now congested, Teeth personal areas.
    Throat & pharynx, ⊝ nodes, Lg clear.

R   Maxillary Sinusitis
    Rhinitis

P   Cipro 500g #14   IBID
    RTC Check Δ 12°
    Re/ pm.

JUN 2 1 2002   Wt 120   BP 120/60   T. 97.Y
S. ST HA bodyache, Runnynose, Sneezy
yellow mucus since yesterday
O   This ā. Now congested. No sinus tenderness clear.
    Throat pharynx. ⊝ nodes. Lg clear.

R   Pharyngitis
    Rhinitis

P   Zyrtec 250g #12 s ñ WOP~
    Claritin Δ 12° #12 s   IBID
    Re/ p.

JUL 0 2 2002   Wt 118   V2   BP. 134/76   T. 97.0
S. loose BM, yellow mucus HA since
last week
(Cont)

000258
21

'JUL 0 2 2002 ①    HBSN — *illegible*

(Cont)    *illegible*

② *illegible*

③ *illegible*

PATIENTS NAME _Ekiya, Linda_

ALLERGIES _PCN, Cambria_

| DATE | MEDICATION | REFILLS |
|------|-----------|---------|
| 4/27/01 | Prilosec 20mg #5 ī qd<br>TX Barahine Donie     NR | |
| 5/28/01 | Desithan #14 ī BID<br>TX Barahine mary     NR | 4/22/02 #15    NR Longe memor Dr<br>7/26/02 #15  NR  Longe memor Kim |
| 7/24/01 | Ambien 10mg #15<br>Longe regular iaths pn sleep   NR | |
| 1/24/02 | meclizone 20mg #30 ī TID<br>TX Barahine mary     Rely | |
| 1/30/02 | Phrenilin Forte #40<br>ī Q4° pm HA   Rx 2<br>Longe manor īalso | 1/31/02 Phrenilin #30 Styler<br>5/1/02 #40 50(ci) Longe manor Jim NR<br>6/1/02 #100 NR<br>8/7/02 #100 NR Longe manor Victo<br>10/21/02 #100 Longe manor NR Okiya |
| 4/28/02 | Tussi 12 #30<br>ī BID pm cough<br>TX Barahine mary     NR | |
| 4/4/02 | Claritin D 12° #30<br>ī BID   RXPRN<br>ī time Barahine – Denie | |
| 6/25/02 | Lyrintal #20<br>ī ac TID pm<br>TX Barahine mary     NR | |
| | | |
| | | |

PATIENTS NAME _Sekiya, Linda_

ALLERGIES _Pen, Combid_

| DATE | MEDICATION | REFILLS |
|------|-----------|---------|
| 4/6/95 | Synalar 250g # 8 apple ½ Q0 | |
| 3/23/96 | I water 25g #6 apple : at out of HA | 10/5/92 Nasal Spry 20g #6 apple |
| 7/23/96 | Times Warm Summit DA #14 : BID | 7/23/96 #14 Times Warm |
| 7/22/96 | Times Warm doxycycline 100g #14 : BID | 9/17/97 #14 |
| 4/30/99 | Ultra 50g #28 1-2 QV pm | |
| 7/7/99 | Elona #30 ÷ QID pm puede pm Tx Benadryl Ropa NC | 15ml |
| 3/25/00 | Otli Somebrow elution 2g Yqtt's Tat 5 x1Q HR | 10/2/00 2g HR Long Messa Weza |
| 2/1/01 | allegra 180mg #14 ÷ qd pm Tx Benadryl Denise NC | 2/26/01 #5 a |
| 2/26/01 | Avelox 400g #5s : UD | 12/4/01 ABC pack 1 HR Tx Benadryl |
| 4/27/01 | Panixe #20 ÷ Q10 Tx Benadryl Denise NC | |

000261

24