'90 MAY 17 P2:16                                                14 May 1990

DEFENSE UTIL Linda Sekiya
& MARKETING OFFICE Chief, DRMO-Hawaii

Via:  Chief, Property Management Branch

Subject:  Performance Appraisal

    I have reviewed the performance appraisal on myself for the period of 1 April 1989 to 31 March 1990.  There are three critical elements listed.  The appraising supervisor had rated two elements at "5" and one element at "4".
    It was submitted to the reviewing supervisor (DRMO Chief).  He then lowered the ratings on the two elements that read "5".  It was changed to "4".  Then it was signed and forwarded to the approving official.
    As stated in DLAR 1434.1 Performance Appraisals it reads, "employees will be kept periodically informed of their performance".
    Also, referring to DLAR 1434.1 Performance Appraisal for the Performance Management System-under Discussing Performance with Employees, it states, "Performance appraisal is a continuing process that must involve periodic discussions between supervisor and the employee".  I have had two supervisors during this rating period.  The supervisor who is well aware of my performance and also discussed my mid-year review with me stated that my performance was still at the level of my last rating and I should keep it up.  That discussion took place in October 1989.
    There has been a major changeover in the office of Property Management Branch.  Over the span of two months (November and December 1989), the Receiving Foreman and the Chief of Property Management Branch both retired which left a void for two key positions.  The two remaining people in this office were the warehousing foreman and myself who serves as the administrator for this branch.  The warehouse foreman had already indicated that he would also be retiring in several months.
    The position of the Receiving Foreman was not filled until January 1990.  The absence of the Chief of Property Management Branch combined with the new Receiving Foreman brought a lot of additional duties to the administrator of the branch.  And even after the position of the PMB Chief was temporarily filled, a lot of the responsibility fell on me due to the fact that he had been out of the DRMO level for over eight years.  He clearly indicated that he had forgotten a lot of the daily working requirements of the DRMO after being away from it for so many years.  He also stated that he would rely on me as the "anchor" for the administrative portion for this branch.
    On numerous occassions, he had made it known that he appreciated the cooperation and assistance that I had rendered even with all the added responsibilities.

EXHIBIT E 000901

2

   At no point did any of my two immediate supervisors state that my performance was falling in any particular category.

   If there was any indication that my performance was deteriorating in any respect, no supervisor apprised me of the situation. If anything, it was completely the opposite. It further states under "discussion" of DLAR 1434.1 that, "every effort should be made to the employee on how their performance meets the standards. This was done by both supervisors--with no negative implication.

   If the individual reviewing this can only realize the impact of the "working horse"-doing what can be done with a shortage of personnel while maintaining an efficient operational flow. It is apparent we will continue to work under these circumstances but I don't feel the ratings I have received are justified for my situation.

   I personally requested a meeting with the reviewing supervisor (DRMO Chief). The meeting took place on 3 May 1990 in his office. I asked him if he lowered my ratings on his own. He said, "Yes, it was my own decision". He continued with, "If you can prove to me that you deserve a higher rating then I'll change it".

   I have been in this position for twelve years and under the leadership of at least five different supervisors. Enclosed are the awards/commendations received during this period. Also, copies of the last two years appraisals plus the one in question. My track record speaks for itself, so I don't feel I need to "prove" my performance to this individual.

   As my former supervisors have stated-so little guidance is needed that they have supported my decisions over the years. My supervisors have worked with me longer than this DRMO Chief.

   Also, enclosed is the Designation that shows this person has been a temporary official only from 4 February 1990. Being in his office 90% of the time he does not know the actual performance of the individuals. He claims he knows what's going on by the paperwork. That alone cannot dictate the daily tasks and work habits of an employee. The supervisors are the ones that have first-hand working knowledge of their people. Apparently, this Chief lacks confidence in his supervisor's judgement and feels he can overrule them.

   This DRMO Chief has told employees that the appraising supervisor did not know what he was doing. Nothing could be further from the truth. If that's the case, all the previous supervisors were of poor judgement also. The DRMO Chief implied that the appraising supervisor was incompetent. I felt it was of poor ethical character on his part to criticize someone when he has not been around long enough to know (2 months) and make fair judgement. Someone in his capacity should not make statements of that nature to the employee. I found it highly undesirable as a professional.

   Morale is already low. Now it has killed any desire or motivation to do anymore than is expected of the individual.

   One last point is under "Review of Performance Ratings" it states in DLAR 1434.1 enclosure 5 that, "when considering a change to a rating the supervisor/official making the change must be familiar enough with the employee's performance to be able to make a



valid judgement". Also, "ratings should not be lowered for the purpose of improving rating distribution figures or meeting budget goals".

I hereby acknowledge that I have seen my ratings but am <u>not</u> in agreement with it.

LINDA SEKIYA

cc
CCPO-Labor Relations
DRMR-PAC-Capt. Edgerton

Enclosures

000003

4

# Inter-Office Memorandum

DEFENSE LOGISTICS AGENCY

IN REPLY REFER TO: DRMO-WHA (D. Johnson/474-6873)

26 January 1990

SUBJECT: Acting Chief, DRMO Hawaii

TO: All Employees, DRMO Hawaii

Effective 4 February 1990, Mr. Ed Domdoma from DRMR-PHP will be detailed to the position of acting Chief, DRMO Hawaii until the position is filled on a permanent basis. He will report to the DRMO on Monday, 29 January 1990 to work with me for a smooth transition.

JAMES T. KOTTKE
Chief

000004

DLA FORM 111   PREVIOUS EDITION MAY BE

5

# PERFORMANCE RATING

NOTE: Read instructions on before completing form.

| PERIOD COVERED | |
|---|---|
| FROM: 1 Apr 1987 | TO: 31 Mar 1988 |

DUE DATE: 

OFFICE SYMBOL: DRMO-WHAP

EMPLOYEE NAME (Last, First, MI): SEKIYA, Linda D.

POSITION TITLE AND GRADE: Property Disposal Clerk GS-05

## SECTION I - CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 4 | 1. Serves as Demilitarization Monitor. Coordinates implementation and application of demil policy with generating activities and if necessary, obtain from generating activity the technical instructions for the proper and safe methods of accomplishing demil and instructs DRMO personnel in these methods. |
| 5 | 2. Serves as administrator for Property Management Branch. |
| 1 | 3. Serves as equipment monitor: Maintains trouble log and file jacket for each piece of equipment. Arranges for preventive maintenance. |
| | 4. |
| | 5. |
| | 6. |
| | 7. |
| | 8. |

| NUMBER OF CRITICAL ELEMENTS | RAW SCORE |
|---|---|
| 3 | 4.6 |

| IF RAW SCORE IS: | SUMMARY RATING IS: |
|---|---|
| 4.8 - 4.7 | EXCEPTIONAL |
| 4.6 - 3.8 | HIGHLY SUCCESSFUL |
| 3.7 - 3.0 | FULLY SUCCESSFUL |
| ANY ELEMENT RATED 2 | MINIMALLY ACCEPTABLE |
| ANY ELEMENT RATED 1 | UNACCEPTABLE |

LEVELS: 14

SUMMARY RATING: (Highly Successful)

| TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPRAISING SUPERVISOR | SIGNATURE | DATE |
|---|---|---|
| HARRY K. HIGA, DRMO-WHAP | [signed] | 4/28/88 |
| TYPED OR PRINTED NAME AND OFFICE SYMBOL OF REVIEWING SUPERVISOR | SIGNATURE | DATE |
| BETTY R. CAIN, DRMO-WHA | [signed] | 28 APR 1988 |
| TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPROVING OFFICIAL | SIGNATURE | DATE |
| WAYNE R. WOOSLEY, DRMR-PDD | [signed] | 5/2/88 |

SIGNATURE OF EMPLOYEE: [signed]

DATE APPRAISAL DISCUSSED WITH EMPLOYEE: 

FORM 46 — PREVIOUS EDITION IS OBSOLETE.

000005

# PERFORMANCE RATING

NOTE: Read instructions on reverse before completing form.

**EMPLOYEE NAME** (Last, First, MI): SEKIYA, Linda D.

**PERIOD COVERED**
FROM: 1 Apr 1988
TO: 31 Mar 1989

**OFFICE SYMBOL:** DRMO-WHAP

**POSITION TITLE AND GRADE:** Property Disposal Clerk GS-05

## SECTION I – CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 5 | 1. Serves as Demilitarization Monitor. Coordinates implementation and application of demil policy with generating activities and if necessary, obtain from generating activity the technical instructions for the proper and safe methods of accomplishing demil and instructs DRMO personnel in these methods. |
| 5 | 2. Serves as administrator for Property Management Branch. |
| 5 | 3. Serves as equipment monitor: Maintains trouble log and file jacket for each piece of equipment. Arranges for preventive maintenance. |
| | 4. |
| | 5. |
| | 6. |
| | 7. |
| | 8. |

| TOTAL OF LEVELS | NUMBER OF CRITICAL ELEMENTS | RAW SCORE | SUMMARY RATING |
|---|---|---|---|
| 15 | 3 | 5.0 | |

**IF RAW SCORE IS:**
- 5.0 – 4.7 EXCEPTIONAL — X
- 4.6 – 3.8 HIGHLY SUCCESSFUL
- 3.7 – 3.0 FULLY SUCCESSFUL

ANY ELEMENT RATED 2 MINIMALLY ACCEPTABLE
ANY ELEMENT RATED 1 UNACCEPTABLE

| | TYPED OR PRINTED NAME AND OFFICE SYMBOL | SIGNATURE | DATE |
|---|---|---|---|
| OF APPRAISING SUPERVISOR | HARRY K. HIGA, DRMO-WHAP | | |
| OF REVIEWING SUPERVISOR | JAMES T. KOTTKE, DRMO-WHA | | 4-22-89 |
| OF APPROVING OFFICIAL | WAYNE R. WOOSLEY, DRMR-PDD | | 5/5 |

SIGNATURE OF EMPLOYEE | DATE APPRAISAL DISCUSSED WITH EMPLOYEE: 5-10-89

DLA FORM 46, JUN 86 — PREVIOUS EDITION IS OBSOLETE.

000005

# PERFORMANCE RATING

| | | PERIOD COVERED | | DUE DATE |
|---|---|---|---|---|
| | NOTE: Read instructions on reverse before completing form. | FROM: 1 Apr 1989 | TO: 31 Mar 1990 | 15 Apr 1990 |
| EMPLOYEE NAME (Last, First, MI) SEKIYA, Linda D. | POSITION TITLE AND GRADE Property Disposal Clerk, GS-05 | | SOCIAL SECURITY NUMBER 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 | OFFICE SYMBOL DRMO-WHAP |

## SECTION I – CRITICAL JOB ELEMENTS AND ANNUAL RATING

| RATING LEVEL | CRITICAL JOB ELEMENT |
|---|---|
| 3+ | 1. Serves as Demilitarization Monitor. Coordinates implementation and application of demil policy with generating activities and if necessary, obtain from generating activity the technical instructions for the proper and safe methods of accomplishing demil and instructs DRMO personnel in these methods. |
| 3+ | 2. Serves as administrator for Property Management Branch. |
| 4 | 3. Serves as Equipment Monitor: Maintains trouble log and file jacket for each piece of equipment. Arranges for preventative maintenance. |

| TOTAL OF LEVELS | NUMBER OF CRITICAL ELEMENTS | RAW SCORE | | SUMMARY RATING IS: | SUMMARY RATING |
|---|---|---|---|---|---|
| 10+ | 3 | 4.6 | | EXCEPTIONAL | |
| | | | 5.0 – 4.7 | HIGHLY SUCCESSFUL | X |
| IF RAW SCORE IS: | | | 4.6 – 3.8 | FULLY SUCCESSFUL | |
| | | | 3.7 – 3.0 | MINIMALLY ACCEPTABLE | |
| Y ELEMENT RATED 2 | | | | UNACCEPTABLE | |
| Y ELEMENT RATED 1 | | | | | |

| | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPRAISING SUPERVISOR | SIGNATURE | DATE |
|---|---|---|---|
| | JAMES F. MCKITTRICK, DRMO-WHAP | | 16 Apr 90 |
| | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF REVIEWING SUPERVISOR | SIGNATURE | DATE |
| | EDWIN M. DOMDOMA, DRMO-WHA | | 2 Apr 90 |
| | TYPED OR PRINTED NAME AND OFFICE SYMBOL OF APPROVING OFFICIAL | SIGNATURE | DATE |
| | WAYNE R. WOOSLEY, DRMR-PDD | | 4/3/90 |
| | SIGNATURE OF EMPLOYEE | | DATE APPRAISAL DISCUSSED WITH EMPLOYEE |

FORM 46 SEP 85

JUN 86 & NOV 87 EDITIONS MAY BE USED UNTIL EXHAUSTED.

000007

## SECTION II – EMPLOYEE COMMENTS

I am not in agreement with the ratings that have been changed. Initialed signature block indicates I have seen the appraisal.

## INSTRUCTIONS

Enter in Section I each critical element (or a summary) from DLA Form 46a, Position Performance Plan, for the position to which the employee was assigned. In those rare cases where more than 8 critical elements exist, enter the remaining ones on an additional copy of DLA Form 46 and attach it hereto.

Carefully review the employee's performance against the performance standards for each critical element. Performance that surpasses the Fully Successful level, but does not completely meet the Exceptional level should be rated as Highly Successful. Performance that does not completely meet the Minimally Acceptable level should be rated Unacceptable. Select the Level number listed below for the performance level the employee has met for each critical element and enter that number in the Level column at the left of Section I. If there has been insufficient opportunity to demonstrate performance on any critical element, that element should be marked "unratable". The following are the performance levels:

```
LEVEL 5:  Exceptional
LEVEL 4:  Highly Successful
LEVEL 3:  Fully Successful
LEVEL 2:  Minimally Successful
LEVEL 1:  Unacceptable
```

When the critical elements have been rated, a summary adjective rating must be assigned. The summary rating is determined by adding the rating Level numbers given for all rated critical elements and dividing this sum by the number of rated critical elements. This will result in a raw score. If any critical element is rated Minimally Acceptable, the summary rating assigned must be Minimally Acceptable. If any critical element is rated Unacceptable, the summary rating assigned must be Unacceptable. (NOTE: Ratings of Unacceptable should be preceded by formal opportunity period to demonstrate performance above Unacceptable. See DLAR 1434.1, enclosure 4, and DLAR 1434.3, enclosure 5.) Otherwise, the summary rating is determined according to the table on the front of this form. Place an "X" in the appropriate box to indicate the employee's rating. (NOTE: Decimal figures in the raw score may not be rounded upward.)

The appraising supervisor will rate each critical element, determine the summary rating, sign and date the form, attach a copy of the performance plan (DLA Form 46a) on which the rating is based if that plan was revised since the last rating was prepared, and submit it to the reviewing supervisor. Upon approval, the reviewing supervisor will sign and date the form and forward to the approving official. Upon approval, the official will sign and date the form and return it to the appraising supervisor. The performance rating may not be shown to the employee before it has been approved by the reviewing supervisor and the approving official.

The appraising supervisor will provide a copy of the completed rating to the employee and discuss it. A copy of the performance plan (DLA Form 46a) for the coming appraisal period will be furnished to the employee at this time. After discussing the rating, the supervisor will ask the employee to sign and date the form. The employee's signature does not imply agreement with the rating. Space is provided above in Section II for the employee to enter any comments, if desired.

A copy of the completed rating and a performance plan will be forwarded to the servicing civilian personnel office. Another copy will be kept by the supervisor with appropriate backup data as an official rating of record. The copy forwarded to the civilian personnel office will become the rating of record in the employee's Employee Performance Folder.

DLA Form 46 (Reverse)

000003