FROM :    FAX NO. : 945 7864    Nov. 16 2005 12:52PM P5

# DR. MICHAEL K.Y. CHUN
*Podiatric Medicine and Surgery*

(1/10)

## HISTORY AND PHYSICAL FORM

Patient: Linda Sekiya    Age: 53    Sex: ☐ Male ☑ Female    Date: 1/3/00
Marital Status: M    Occupation: Prep Tech Ex
Activities: ___    Family/Living Situation: ___    Recreation: ___    Shoe Types: ___

## PAST MEDICAL HISTORY

CHILDHOOD DISEASES: ☐ Rheumatic Fever  ☐ Polio  ☐ Congenital Heart Dz  ☐ Other ___

ADULT DISEASES: ☐ HTN  ☐ CVA  ☐ Arthritis  ☐ Leg Cramps  ☐ T.B.  ☐ CA  ☐ Mental Illness
☐ DM  ☐ Heart Dz/MI/Angina  ☐ Ulcers  ☐ Anemia  ☐ Kidney Dz  ☐ Headaches  ☐ Low Back Pain

ALLERGIES: ☐ Penicillin  ☐ Other Antibx  ☐ Local Anesthetics  ☑ Codiene  ☐ Tapes  ☐ Foods
☐ Sulfa  ☐ Medications  ☐ ASA  ☐ Iodine  ☐ Soaps  ☐ Other

Medications: ___
Past Hospitalizations/Surgeries: ___
Injuries: ___    Immunizations-Update Booster: ___
Prosthetic Devices: ___    Pregnancies: ___
Blood Transfusions - Date/Rx: ___

## SOCIAL HISTORY
Tobacco: ___ Yrs. ___ ppd. ___ ETOH ___ Recreational: ___

## REVIEW OF SYSTEMS
☐ Recent Wt. Change  ☐ Hepatitis  ☐ Bronchitis  ☐ Polyuria  ☐ Arthritis  ☐ Syncope
☐ NVD  ☐ Jaundice  ☐ TB  ☐ Polydypsia  ☐ Thyroid Dz  ☐ Nervousness
☐ Hx GI Bleeding  ☐ Asthma  ☐ Kidney Dz  ☐ Polyphagia  ☐ Bleed Disor/Anemia  ☐ Seizures
☐ Color of Stools  ☐ Emphysema  ☐ Hematuria  ☐ Gout  ☐ DVT  ☐ VD/STD/AIDS

## MUSCULOSKELETAL:
### DIGITAL DEFORMITIES
|                        | RIGHT |          |          | LEFT |          |          |
|------------------------|-------|----------|----------|------|----------|----------|
| Hammer toes:           | ☐ R___| ☐ SR___  | ☐ NR___  | ☐ R___| ☐ SR___ | ☐ NR___  |
| Claw toes:             | ☐ R___| ☐ SR___  | ☐ NR___  | ☐ R___| ☐ SR___ | ☐ NR___  |
| Mallet toes:           | ☐ R___| ☐ SR___  | ☐ NR___  | ☐ R___| ☐ SR___ | ☐ NR___  |
| Abductovarus 5th:      | ☐ R___| ☐ SR___  | ☐ NR___  | ☐ R___| ☐ SR___ | ☐ NR___  |

### MET DEFORMITIES: ___

### BUNION DEFORMITIES
1st Ray ROM:    D-flex= ___ cm    P-flex= ___ cm    |    D-flex= ___ cm    P-flex= ___ cm
Manual Reduction:
1st MPJ ROM:    D-flex= ___°    P-flex= ___°    Rest= ___°    |    D-flex= ___°    P-flex= ___°    Rest= ___°
1st MPJ Pain:    ☐ Palpation    ☐ ROM    ☐ Crepitus    |    ☐ Palpation    ☐ ROM    ☐ Crepitus
Sesamoidal Pain:    ☐ Yes    ☐ No    |    ☐ Yes    ☐ No
Axial Deformity:    ☐ Tracking    ☐ Trackbound    |    ☐ Tracking    ☐ Trackbound
Plane Deformity:    ☐ HA  vs    ☐ HAV    |    ☐ HA  vs    ☐ HAV
Hallux Abutment:    ☐ Yes    ☐ No    |    ☐ Yes    ☐ No
Bunion Location: ___    ☐ Erythema    ☐ Bursa    |    ___    ☐ Erythema    ☐ Bursa
                ☐ Yes    ☐ No    |    ☐ Yes    ☐ No
EHL Contracture:    ☐ Yes    ☐ No    
WB Progress Deform:    ☐ Incre IM/EHL/hallux    ☐ No Change    |    ☐ Incre IM/EHL/hallux    ☐ No Change
RCSP --> NCSP:    ☐ Increase MPJ Rom    ☐ No Change    |    ☐ Increase MPJ Rom    ☐ No Change

### BIOMECHANICAL
Hip Flexed:    Int= ___°    Ext= ___°    N.P.= ___°    |    Int= ___°    Ext= ___°    N.P.= ___°
Hip Extended:    Int= ___°    Ext= ___°    N.P.= ___°    |    Int= ___°    Ext= ___°    N.P.= ___°
Malleolar Position:    Int= ___    Ext= ___    |    Int= ___°    Ext= ___°
AJ - Knee Ext:    D-flex= ___°    P-flex= ___°    |    D-flex= ___°    P-flex= ___°
AJ - Knee Flex:    D-flex= ___°    P-flex= ___°    |    D-flex= ___°    P-flex= ___°
STJ:    Sup= ___°    Pron= ___°    N.P.= ___°    |    Sup= ___°    Pron= ___°    N.P.= ___°
MTJ:    Varus= ___    Valgus= ___    |    Varus= ___°    Valgus= ___°
Angle & Base Gait:___
RCSP:    ☐ Everted ___°    ☐ Inverted ___°    |    ☐ Everted ___°    ☐ Inverted ___°
NCSP:    ☐ Everted ___°    ☐ Inverted ___°    |    ☐ Everted ___°    ☐ Inverted ___°
Tibial Frontal Plane:    ☐ Varum ___°    ☐ Valgum ___°    |    ☐ Varum ___°    ☐ Valgum ___°
LLD: ___

### GAIT EVALUATION
Heel Contact:    ☐ Inv    ☐ Ever    ☐ Pron    ☐ Exc Shock    |    ☐ Inv    ☐ Ever    ☐ Pron    ☐ Exc Shock
Mid Stance:    ☐ Inv    ☐ Ever    ☐ Pron    ☐ Sup    ☐ Early HO    |    ☐ Inv    ☐ Ever    ☐ Pron    ☐ Sup    ☐ Early HO
Heel Off:    ☐ Adb Twist    ☐ Pronated    ☐ Supinated    |    ☐ Adb Twist    ☐ Pronated    ☐ Supinated
Toe Off:    ☐ Appropulsive ___    |    ☐ Appropulsive ___

**EXHIBIT G**

X-RAY FINDINGS:
Soft Tissue
Cartilage
Bone — irregular cortical surface
Alignment — [illegible]

IM =
HA =
PASA =
MA =
TSP =

Sekiya, Linda 1/5/nn
2/10

IMPRESSIONS:
1) S/s cal heel pain → R/o fasciitis / [illegible]
   → Clin Δ, dloc c̄ pt [illegible]
     [illegible]

PLAN:

| | |
|---|---|
| Electrical nail debridement 1 - 5 | Nail Matrixectomy |
| Electrical nail debridement 1 - 10 | Medial |
| Simple debridement w/ currettage of keratomas x ___ lesions | Lateral |
| Accommodative padding | Total |
| Cortisone Injection | Local Anesthesia |
| Stretching and strengthening regimen | 1% Lidocaine Plain |
| Low dye strapping | .5% Marcaine Plain |
| Consider Orthoses | 1% Lidocaine with Epinephrine |
| Prefab Orthoses - Size ___ | Cryosurgical x ___ lesions |
| Modification of shoes | Local wound care regimen prescribed |
| Diabetic Foot Education | Written Post-op Instructions given |
| Diabetic Written Materials | |

PT/[illegible]

## HISTORY OF PRESENT ILLNESS

Saleyn, Linda 1/3/01   3/10

Chief Complaint: Ft Pain
Location: (R) ft
Quality of Pain: tender
Onset/Duration: 12/99
Alleviated By: ∅
Aggrevated By: wt / direct pressure
Associated Manifestation: ⊕ blisters – occas. tender
Previous Tx:  Physician: ∅ Metcal pad
     Self: customs

Started when she was using massager on sting pmt.

## LOWER EXTREMITY EXAM

VITALS: B.P. ____/____   Pulse ____ reg/irreg   Respirations ____   Temp ____

VASCULAR:   RIGHT        LEFT
Femoral    _____    _____
Popliteal  _____    _____
DP         3/4         _____
PT         3/4         _____
SPVPFT     _____    _____

Pallor Elev. _____    Telang _____
Depend Rubor _____    Varicosities _____
Temperature _____    Petechiae _____
Cyanosis _____       Edema _____

NEURO:   RIGHT        LEFT
Vibratory  _____   (↑)
Sharp/Dull _____   _____
Light Touch _____  _____
Proprio _____      _____
DTR - Ach/Pat _____ _____
Protective Thres _____ _____

MUSCULAR TESTING (All Grps WNL w/foll excep)
Try to get a cushion
_____
_____
_____
_____
_____

DERMATOLOGICAL:
Nails _____
Hair Distribution _____
Hydration _____
Color/Pigment _____

Fascia ↑ to
(?) the side
in the ___

vesicular les
located on
L ft

R   L

NAME: SEKIYA, LINDA D
BD: 09/27/1946
MR #: 15-86-81
ACCOUNT #: 410378707
PHYSICIAN: MICHAEL CHUN DPM
LOCATION: OP

KAPIOLANI MEDICAL CENTER
at Pali Momi
98-1079 MOANALUA ROAD, AIEA, HI 96701
TEL: (808) 485-4222 FAX: (808) 485-4233

## Imaging Department

12/06/2000

NM BONE SCAN MULTIPLE

**REASON FOR EXAM:** RIGHT HEEL PAIN, RULE OUT FRACTURE

**RESULT:** Images of the feet were obtained in multiple projections 3 hours following the intravenous injection of 25 mCi Tc-99m methylene diphosphonate. No focal increase in activity is seen at the right heel or calcaneus. In fact, it may appear slightly photopenic when compared to the left calcaneus. No other significant bony abnormalities are seen.

**IMPRESSION:**
1) No evidence for acute fracture involving the right calcaneus.
2) Slightly asymmetric uptake is noted in the heels with perhaps decreased uptake in the right calcaneus when compared to the left. This is of uncertain clinical significance.

Michael C. Ling, M.D.
(Interpreting physician)

Michael C. Ling, M.D.
(signing physician)

Date Dictated:     12/06/2000
Date Transcribed:  12/06/00 by JCK

MICHAEL CHUN DPM
98-1078 MOANAULA RD 400
AIEA, HI 96701

*Rx. Celebrex 200mg #30 1po PRN w/o Rx Samples given*

**LINDA D SEKIYA (7361)**  01/10/2000

- S: F/U fasciitis/sub calcaneal bursitis with skin changes - right foot. S/P conservative care and relates 75% better. Relates no side effect of GI upset. Pt has not bought shoes, using an OTC arch, icing and is doing their stretching exercises.
- O: Palpable tenderness minimal to the fascial insertion. Hubscher manuever negative. Ankle ROM as previously noted.
  X-Rays were deferred.
- A: Fasciitis/sub calcaneal bursitis with skin changes - right foot.
- P: 1) Reviewed biomechanical nature and stressed s/s, shoe changes, contrast soaks.
  2) Celebrex 200mg X #30 tabs X no refills. D/C if GI upset/allergic response and call ASAP.
  3) Defer injection
  4) RTC 4 wks for a re-check.

**LINDA D SEKIYA (7361)**  01/24/2000

- S: F/U fasciitis/sub calcaneal bursitis with skin changes - right foot. S/P conservative care and sxs are much improved - she is still using the crutches.
- O: Palpable tenderness minimal to none to the fascial insertion. Hubscher manuever negative. Ankle ROM as previously noted.
  X-Rays were deferred.
- A: Fasciitis/sub calcaneal bursitis with skin changes - right foot.
- P: 1) Reviewed biomechanical nature and stressed s/s, shoe changes, contrast soaks.
  2) Celebrex 200mg X #30 tabs X no refills. D/C if GI upset/allergic response and call ASAP.
  3) RTC PRN

*1/24/00 Pt asked if she can get a revised doctors note dated 1/10/2000 Mail to her home*
*Rx. Celebrex 200mg #30 PRN 1refill*

**LINDA D SEKIYA (7361)**  02/09/2000

- S: F/U fasciitis/sub calcaneal bursitis with skin changes - right foot. She is dong beter - wanted to come back to check on how much she is to use her foot.
- O: As previously noted: Palpable tenderness minimal to none to the fascial insertion. Hubscher manuever negative. Ankle ROM as previously noted.
  X-Rays were deferred.
- A: Fasciitis/sub calcaneal bursitis with skin changes - right foot.
- P: 1) Reviewed biomechanical nature and stressed s/s, shoe changes, contrast soaks.
  2) Celebrex 200mg X #30 tabs X no refills. D/C if GI upset/allergic response and call ASAP.
  3) RTC PRN. She is able to bear 75-100% weight on her foot.