1/00 — Since this time on crutches — Mr Godfrey Ching (PMB Chief) has continually made the remark "cut your leg off already". I was totally off my feet per doctor's orders. He would call me at home almost daily and ask a question and make that remark. In all my years of service — I've never had a supervisor "pester" me while on sick leave. He was not genuinely concerned about my foot.

— Just some of the documented issues.

10/17/00
0915
- Status of foot condition
- Seems like light duty for a long time
- Preferential treatment
- Need doctor's note
- When do I anticipate recovery?
- Wants doctor's prognosis
- "Cut your leg off already"

10/19/00
1400
- Repeated remark

10/26/00
0900
- Repeated remark

**EXHIBIT H**

001021