# PRE-RETIREMENT NOTES

| | |
|---|---|
| 6-4-01 | Survey of interested employees / pre-retirement seminar |
| 6-5-01 | Responded by e-mail / my interest in attending |
| 7-26-01 1245 | Godfrey Ching (PMB) informed me that I would work on DEMIL this coming Monday. When I mentioned that was the day of the pre-retirement training – he said four people are on stand-by – I was one of them. I asked why the denial – he has you already attended one. Then he said "That's the way it is." |
| 7-26-01 1300 | Called the secretary (Sandy Murashige) and asked her to check my personnel records to verify the date of the last session that I attended. She said 3/97. |
| 7-26-01 3:30 Branch Meeting | Godfrey Ching conducted branch meeting. I brought up the subject of this seminar. I said the organization is closing down for this 8-hr training – who is not attending? Owen Abe, Allan Viela, Shizuo Yanagi and myself. I asked if there's a maximum on attendance. He said yes – but don't know the exact amount. My question – are you saying that the ones that are eligible for retirement are being denied and non-eligibles are being allowed |

EXHIBIT I

001127

## PRE-RETIREMENT NOTES

**7-26-01 (cont'd)**

TO GO? GODFREY REPLIED - I DON'T MAKE THE DECISIONS. THEN WHO MADE THESE DECISIONS? HE REPLIED - THE CHIEF/ZONE MANAGER. I SAID - THERE HAVE BEEN SO MANY CHANGES AND WE ARE NOT CURRENT ON ALL THESE FACTORS THAT WE NEED TO CONSIDER FOR RETIREMENT. GODFREY - I DON'T KNOW. CLARENCE YADAO SAID WITH ALL THE DIFFERENT CHANGES - WE NEED TO WEIGH THESE TO MAKE OUR DECISION. SHIZUO YANAGI SPOKE UP AND SAID WITH ALL THE CHANGES AND NEW ISSUES - WE NEED TO BE UPDATED.

I ASKED HIM - WHEN WERE YOU INFORMED ABOUT THE 4 ON STANDBY. GODFREY - NO ANSWER JUST LOOKING THROUGH HIS NOTES. (THE OTHER 3 KNEW ABOUT THE DENIAL 3 WEEKS AGO. I WAS THE LAST TO BE INFORMED). MY QUESTION - WHEN WILL THE STAND-BYS BE INFORMED. HIS REPLY - STANDBYS NOT ATTENDING.

MY QUESTION - WHY WAS I INFORMED ONLY TODAY? GODFREY REPLIED - I MENTIONED IT EARLIER AT ONE OF OUR MEETINGS. I ASKED WHEN? NO ANSWER. I SAID I WANT THIS IN WRITING. PMB SAID "OK".

I ASKED IF THIS IS A PRE-RETIREMENT OR MID-CAREER SEMINAR. AT FIRST HE SAID PRE-RETIREMENT, THEN CHANGED HIS MIND & SAID MID CAREER

001128

PRE-RETIREMENT NOTES

7-26-01 (cont'd)   Asked him to clarify is it mid or pre. Said he'll check. No reply.

Ron Camara spoke up and said he doesn't have to go and he's willing to give up his slot in this training. (He was hired less than a year ago). PMB said he would check into it. No response.

PRE-RETIREMENT NOTES

7-26-01
1400

Called Lisa Ota (Navy HROC - Pearl Harbor) Employee Relations Specialist. Said policies vary by activity. There have been a lot of changes in this area. (She was speaker at seminar I attended).

7-26-01
1420

Called Jackie Maruyama (Navy Personnel Specialist). Knows of no restriction for not allowing eligibles to attend more than one. Good to attend one 5 years prior to retiring to plan and ensure continuation of medical coverage. Also, one just prior to retiring so updates could be brought to your attention.

7-27-01
1020

Contacted NARFE - knows of no policy that restricts the number of pre-retirement seminars that an employee can attend. Said there's been a lot of changes since 1997. Can't see why employees would be denied.

001130

PRE-RETIREMENT NOTES

7-27-01
1035

PMB called me at home. Said e-mail or fax a hard copy of your request to have denial in writing.

PMB asked "Why do you let a little thing like that bother you?" I said it might seem little to you but it's not only the principle - it's a decision that affects my income for the rest of my life! He made no comment about substituting for the employee who voluntarily would give up his position. PMB was the cause of a major tension headache and I told him that.

7-27-01
1040

Called DLA-HROC. Representative could not understand such a reasonable request. He also stated changes are happening almost every month. Knew of no policy that would restrict attendance for eligibles.

7-27-01
1120

Spoke w/ instructor who was going to conduct the seminar (American Express Financial Services). He said he would be covering both mid-career and pre-retiring issues. Will be covering the calculator for those retiring - especially if it's right down the road. Lots of info to cover.

001131

PRE-RETIREMENT NOTES

7-30-01    SAW CHIEF/ZM IN PARKING LOT. DIDN'T
           GET OUT OF HIS CAR OR LOOK AT ME.
0715       WAITED TILL I WENT INTO MY BLDG.

001132

PRE-RETIREMENT NOTES

7-30-01
1410

CLARENCE YADAO SAID HE WAS THE ONE WHO PICKED-UP MY FAX TO GODFREY ON 7/27/01. (REQUEST DENIAL IN WRITING). SANDY (THE SECRETARY) SAID GODFREY WENT OVER TO OFFICE OF THE CHIEF AFTER OUR BRANCH MEETING AND MENTIONED THAT I WANTED DENIAL IN WRITING. SHE ALSO MENTIONED SHE SAW THE FAX THAT I SENT.

8-1-01
1220

DANILO TING SAID HE WASN'T BEING NOSY — BUT SAW MY REQUEST FOR JUSTIFICATION IN WRITING ON PMB'S DESK. HE THINKS IT'S A VALID REQUEST.

001133