**Sekiya, Linda**

| | |
|---|---|
| **From:** | Sekiya, Linda |
| **Sent:** | Tuesday, June 05, 2001 10:42 AM |
| **To:** | Ching, Godfrey |
| **Subject:** | Pre-Retirement Workshop |

Godfrey,

I am interested in attending the pre-retirement workshop on 7-30-01.

Custy

EXHIBIT K

001087

ENCL (2)