July 27, 2001

Godfrey,

I was informed on 7/26/01 (by you) that I've been denied the opportunity to attend the pre-retirement seminar to be held on site Monday, July 30, 2001.

Please reply in writing your justification for restricting my attendance. Fax to 945-7864.

*[signature]*
L. Custy Sekiya

cc Shirley Saki

**EXHIBIT L**

001088

ENCL (3)