# LINDA SEKIYA'S LEAVE RECORD 1998-2001

|              | 1998 | 1999 | 2000 | 2001 |
|--------------|------|------|------|------|
| Annual Leave | 234  | 226  | 252  | 145  |
| Sick Leave   | 64   | 98   | 106  | 56   |
| LWOP         | 0    | 0    | 0    | 36   |



EXHIBIT "N"

# DEPARTMENT OF DEFENSE
# CIVILIAN LEAVE AND EARNINGS STATEMENT

| Field | Value |
|---|---|
| 1. PAY PERIOD END | 12/19/98 |
| 2. PAY DATE | 12/24/98 |
| 3. NAME | SEKIYA LINDA D |
| 4. PAY PLAN/GRADE/STEP | GS 07 08 |
| 5. HOURLY/DAILY RATE | 14.62 |
| 6. BASIC OT RATE | 21.93 |
| 7. BASIC PAY + LOCALITY ADJ = ADJUSTED BASIC PAY | 30502.00 |
| 8. SOC SEC NO | 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 |
| 9. LOCALITY % | |
| 10. FLSA CATEGORY | N |
| 11. SCD LEAVE | 07/24/67 |
| 12. MAX LEAVE CARRY OVER | 240 |
| 13. LEAVE YEAR END | 01/02/99 |
| 14. FINANCIAL INSTITUTION - NET PAY | FIRST HAWAIIAN BANK |
| 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | HAWAII STATE FEDERAL CREDIT |
| 16. FINANCIAL INSTITUTION - ALLOTMENT #2 | |

| 17 TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18 TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMULATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 5 | | | | | | | CSRS: 1637.40 | |
| HI | M | 16 | | | | | | | | |

| 21. | CURRENT | YEAR TO DATE | 22. | |
|---|---|---|---|---|
| GROSS PAY | 1461.60 | 28758.40 | | |
| TAXABLE WAGES | 1169.60 | 23275.04 | EARNINGS FOR TSP CALC (CURRENT) | 1169.60 |
| NONTAXABLE WAGES | 292.00 | 5366.40 | | |
| TAX DEFERRED WAGES | | 116.96 | | |
| DEDUCTIONS | 317.21 | 6396.32 | EARNINGS FOR TSP CALC (YTD) | 23392.00 |
| AEIC | | | | |
| NET PAY | 1144.39 | 22362.08 | | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1169.60 | COLA | | 292.00 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT, SV | #1 | 50.00 | 1000.00 | MEDICARE | | 16.96 | 339.18 |
| RETIRE, CSRS | 1 | 81.87 | 1637.40 | TAX, FEDERAL | | 60.34 | 1189.26 |
| TAX, STATE | HI | 53.04 | 1013.52 | TSP LOANS | | 55.00 | 1100.00 |
| TSP SAVINGS | | | 116.96 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 179.00 | 8.00 | 160.00 | 20.75 | 234.00 | | 105.00 | |
| SICK | | 4.00 | 80.00 | | 64.00 | | 16.00 | |
| HOLIDAY | | | | | 53.00 | | | |

## REMARKS

FOR ASSISTANCE REGARDING THE NATIONSBANK VISA GOVERNMENT TRAVEL CARD,
YOU MAY CALL 1-800-472-1424. FOR OCONUS MEMBERS, CALL COLLECT, 1-757-441-4124
ENROLL IN TSP - DEADLINE 31 JAN
NAME, SSN, DOB, OR MAILING ADDRESS CHANGED

EXHIBIT N

001068

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED    DFAS FORM 11 (REV 3/95)

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
Visit the DFAS Web Site at www.dfas.mil

| Field | Value |
|---|---|
| 1. PAY PERIOD END | 12/04/99 |
| 2. PAY DATE | 12/10/99 |
| 3. NAME | SEKIYA LINDA D |
| 4. PAY PLAN/GRADE/STEP | GS 07 08 |
| 5. HOURLY/DAILY RATE | 15.07 |
| 6. BASIC OT RATE | 22.61 |
| 7. BASIC PAY | 31451.00 |
| 8. SOC SEC NO | 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 |
| 10. FLSA CATEGORY | N |
| 11. SCD LEAVE | 07/24/67 |
| 12. MAX LEAVE CARRY OVER | 240 |
| 13. LEAVE YEAR END | 01/01/00 |
| 14. FINANCIAL INSTITUTION - NET PAY | FIRST HAWAIIAN BANK |
| 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | HAWAII STATE FEDERAL CREDIT |
| 19. CUMULATIVE RETIREMENT | CSRS: 3817.11 |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 5 | |
| HI | M | 16 | |

| 21. | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 1507.20 | 37634.40 |
| TAXABLE WAGES | 1145.32 | 29440.92 |
| NONTAXABLE WAGES | 301.60 | 7530.40 |
| TAX DEFERRED WAGES | 60.28 | 663.08 |
| DEDUCTIONS | 532.61 | 12515.93 |
| AEIC | | |
| NET PAY | 974.59 | 25118.47 |

22. TSP DATA  
5%  
G FUND: 0%  
F FUND: 0%  
C FUND: 100%  
EARNINGS FOR TSP CALC (CURRENT) 1205.60  
EARNINGS FOR TSP CALC (YTD) 30104.00

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1205.60 | COLA | | 301.60 |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | #1 | 150.00 | 3750.00 | MEDICARE | | 17.48 | 436.51 |
| RETIRE, CSRS | 1 | 87.41 | 2179.71 | TAX, FEDERAL | | 55.26 | 1502.66 |
| TAX, STATE | HI | 43.18 | 1136.97 | TSP LOANS | | 119.00 | 2847.00 |
| TSP SAVINGS | | 60.28 | 663.08 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 105.00 | 8.00 | 192.00 | 8.00 | 226.75 | | 70.25 | |
| SICK | 12.00 | 4.00 | 96.00 | 1.25 | 98.00 | | 10.00 | |
| TIME OFF AWD | | | 8.00 | | | | 8.00 | |
| HOLIDAY | | | | 8.00 | 64.00 | | | |

## REMARKS

ENROLL IN TSP - DEADLINE 31 JAN  
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON  
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER  
DFAS IS Y2K READY. ARE YOU? BE PREPARED BY CHECKING HTTP://WWW.DEFENSELINK.MIL/SPECIALS/Y2K.  
SEND YOUR EMPLOYMENT/LOAN VERIFICATIONS TO YOUR HUMAN RESOURCES OFFICE.

001069

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AT AMENDED

DFAS FORM 11 REV 11/99

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
Visit the DFAS Web Site at www.dfas.mil

| Field | Value |
|---|---|
| 1. PAY PERIOD END | 12/16/00 |
| 2. PAY DATE | 12/22/00 |
| 3. NAME | SEKIYA LINDA D |
| 4. PAY PLAN/GRADE/STEP | GS 07 08 |
| 5. HOURLY/DAILY RATE | 15.64 |
| 6. BASIC OT RATE | 23.46 |
| 7. BASIC PAY | 32644.00 |
| 8. SOC SEC NO | 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 |
| 10. FLSA CATEGORY | N |
| 11. SCD LEAVE | 07/24/67 |
| 12. MAX LEAVE CARRY OVER | 240 |
| 13. LEAVE YEAR END | 01/13/01 |
| 14. FINANCIAL INSTITUTION - NET PAY | FIRST HAWAIIAN BANK |
| 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | HAWAII STATE FEDERAL CREDIT |
| 19. CUMULATIVE RETIREMENT | CSRS: 6306.68 |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L |
|---|---|---|---|
| FED | M | 5 | |
| HI | M | 16 | |

| 21. | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 1564.00 | 40607.20 |
| TAXABLE WAGES | 1228.39 | 31560.55 |
| NONTAXABLE WAGES | 335.61 | 8235.65 |
| TAX DEFERRED WAGES | | 811.00 |
| DEDUCTIONS | 518.45 | 13979.23 |
| AEIC | | |
| NET PAY | 1045.55 | 26627.97 |

EARNINGS FOR TSP CALC (CURRENT)  1251.20

EARNINGS FOR TSP CALC (YTD)  32485.60

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1251.20 | COLA | | 312.80 | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | #1 | 150.00 | 3900.00 | FEHB | 871 | 22.81 | 364.96 |
| MEDICARE | | 17.81 | 469.39 | RETIRE, CSRS | 1 | 92.59 | 2402.16 |
| TAX, FEDERAL | | 66.28 | 1666.66 | TAX, STATE | HI | 49.96 | 1271.06 |
| TSP LOANS | 482664X | 119.00 | 3094.00 | TSP SAVINGS | | | 811.00 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 83.25 | 8.00 | 200.00 | 25.00 | 252.75 | | 30.50 | |
| SICK | 6.50 | 4.00 | 100.00 | 4.00 | 106.50 | | | |
| HOLIDAY | | | | | 64.00 | | | |

## REMARKS

ENROLL IN TSP - DEADLINE 31 JAN
YOU CAN NOW VIEW/PRINT YOUR LES USING E/MSS. QUESTIONS? CALL 800-390-2348.
PRETAX FEHB EXCLUSION $ 22.81

001070

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED          DFAS FORM 1 REV 11/99

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
Visit the DFAS Web Site at www.dfas.mil

| Field | Value |
|---|---|
| 1. PAY PERIOD END | 08/11/01 |
| 2. PAY DATE | 08/17/01 |
| 3. NAME | SEKIYA LINDA D |
| 4. PAY PLAN/GRADE/STEP | GS 07 09 |
| 5. HOURLY/DAILY RATE | 16.50 |
| 6. BASIC OT RATE | 24.75 |
| 7. BASIC PAY | 34433.00 |
| 8. SOC SEC NO | 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 |
| 10. FLSA CATEGORY | N |
| 11. SCD LEAVE | 07/24/67 |
| 12. MAX LEAVE CARRY OVER | 240 |
| 13. LEAVE YEAR END | 01/12/02 |
| 14. FINANCIAL INSTITUTION - NET PAY | FIRST HAWAIIAN BANK |
| 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | HAWAII STATE FEDERAL CREDIT |
| 17. TAX FED | M 5 |
| 17. TAX HI | M 16 |
| 19. CUMULATIVE RETIREMENT | CSRS: 7841.26 |

### 21.
| | CURRENT | YEAR TO DATE |
|---|---|---|
| GROSS PAY | 1649.60 | 27214.49 |
| TAXABLE WAGES | 1216.13 | 21122.34 |
| NONTAXABLE WAGES | 354.27 | 5854.55 |
| TAX DEFERRED WAGES | 79.20 | 237.60 |
| DEDUCTIONS | 593.33 | 9017.56 |
| AEIC | | |
| NET PAY | 1056.27 | 18196.93 |

### 22. TSP DATA
6%

## CURRENT EARNINGS
| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 1320.00 | COLA | | 329.60 |

## DEDUCTIONS
| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | #1 | 150.00 | 2550.00 | FEHB | 871 | 24.67 | 415.67 |
| MEDICARE | | 18.78 | 309.72 | RETIRE, CSRS | 1 | 92.40 | 1534.58 |
| TAX, FEDERAL | | 61.55 | 1113.58 | TAX, STATE | HI | 47.73 | 833.41 |
| TSP LOANS | 482664X | 119.00 | 2023.00 | TSP SAVINGS | | 79.20 | 237.60 |

## LEAVE
| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.25 | 8.00 | 120.00 | 8.00 | 145.25 | | 9.00 | |
| SICK | | 4.00 | 60.00 | | 56.00 | | 4.00 | |
| HOLIDAY | | | | | 32.00 | | | |
| LWOP | | | | | 36.00 | | | |

## REMARKS
VERIFY/UPDATE YOUR MAILING ADDRESS TO ENSURE PROPER DISTRIBUTION OF YOUR
IRS W-2. USE E/MSS OR SEE YOUR CUSTOMER SERVICE REPRESENTATIVE.
PRETAX FEHB EXCLUSION $    24.67

001071

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AT AMENDED

DFAS FORM 1 REV 11/98

Case 1:04-cv-00297-DAE-KSC   Document 36-18   Filed 02/21/2006   Page 6 of 6

# DEPARTMENT OF DEFENSE
## CIVILIAN LEAVE AND EARNINGS STATEMENT
Visit the DFAS Web Site at www.dfas.mil

| | | |
|---|---|---|
| 1. PAY PERIOD END | | 09/22/01 |
| 2. PAY DATE | | 09/28/01 |

| 3. NAME | 4. PAY PLAN/GRADE/STEP | 5. HOURLY/DAILY RATE | 6. BASIC OT RATE | 7. BASIC PAY • LOCALITY ADJ • ADJUSTED BASIC PAY |
|---|---|---|---|---|
| SEKIYA LINDA D | GS 07 09 | 16.50 | 24.75 | 34433.00 |

| 8. SOC SEC NO | 9. LOCALITY % | 10. FLSA CATEGORY | 11. SCD LEAVE | 12. MAX LEAVE CARRY OVER | 13. LEAVE YEAR END |
|---|---|---|---|---|---|
| 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 | | N | 07/24/67 | 240 | 01/12/02 |

| 14. FINANCIAL INSTITUTION - NET PAY | 15. FINANCIAL INSTITUTION - ALLOTMENT #1 | 16. FINANCIAL INSTITUTION - ALLOTMENT #2 |
|---|---|---|
| FIRST HAWAIIAN BANK | HAWAII STATE FEDERAL CREDIT | |

| 17. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | 18. TAX | MARITAL STATUS | EXEMPTIONS | ADD'L | TAXING AUTHORITY | 19. CUMLATIVE RETIREMENT | 20. MILITARY DEPOSIT |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | M | 5 | | | | | | | CSRS: | |
| HI | M | 16 | | | | | | | 8028.38 | |

| 21. | CURRENT | YEAR TO DATE | 22. | |
|---|---|---|---|---|
| GROSS PAY | 350.54 | 30554.93 | TSP DATA | |
| TAXABLE WAGES | 239.00 | 23560.95 | 6% | |
| NONTAXABLE WAGES | 94.71 | 6596.00 | | |
| TAX DEFERRED WAGES | 16.83 | 397.98 | | |
| DEDUCTIONS | 333.85 | 10447.12 | | |
| AEIC | | | | |
| NET PAY | 16.69 | 20107.81 | | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 17.00 | 280.50 | COLA | | 70.04 | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | #1 | 150.00 | 3000.00 | FEHB | 871 | 24.67 | 489.68 |
| MEDICARE | | 3.71 | 347.40 | RETIRE, CSRS | 1 | 19.64 | 1721.70 |
| TAX, FEDERAL | | | 1201.79 | TAX, STATE | HI | | 908.57 |
| TSP LOANS | 482664X | 119.00 | 2380.00 | TSP SAVINGS | | 16.83 | 397.98 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 34.25 | | 136.00 | 8.00 | 170.25 | | | |
| SICK | | | 68.00 | 4.00 | 68.00 | | | |
| HOLIDAY | | | | | 40.00 | | | |
| LWOP | | | | 63.00 | 114.00 | | | |

### REMARKS

SHARE YOUR LIFE - CHOOSE ORGAN AND TISSUE DONATION - SHARE YOUR DECISION
EFFECTIVE 1 OCT 2001 DELINQUENT DOD TRAVEL CARD DEBTS MAY BE WITHHELD FROM YOUR PAY.
PRETAX FEHB EXCLUSION $   24.67

000104   4

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AT AMENDED    DFAS FORM 1 ( REV 11/99 )