6-18-03

## NOTE

More than forty (40) people have left the DRMO. That is a very high turnover. It should have raised a flag that work conditions are far from ideal. Lost a lot of excellent workers due to MGMT.

EXHIBIT 2

000445

12-21-98 (99)

E. CORREA

---

ERNIE PASSED AWAY OF MASSIVE HEART ATTACK ON THE JOB. (VICTIM OF STRESS ON THE JOB)

000446  2

8/99

DRMO EMPLOYEE LEFT

DUE TO WORKING

CONDITIONS

(STRESS ON THE JOB)

VERNESSA LUM

(ADMIN)

7/01

DRMO EMPLOYEE

LEFT DUE TO

WORKING CONDITIONS

(STRESS ON THE JOB)

CAROLE AH HEE

(ADMIN)

000448

4

12/01

DRMO-H/ employee suffered massive stroke. Never went back to work. Partially paralyzed and in private nursing home. (Stress on the job)

Shirley Saki
Admin - Deputy

12/01

DRMO-HI EMPLOYEE SUFFERED ANEURISM OF THE BRAIN. NEVER RETURNED TO WORK. RETIRED (SUFFERED STRESS ON THE JOB).

LILLINOE MIYAMOTO
(REUTILIZATION BRANCH CHIEF)

000450

6

10/02

DRMO HI EMPLOYEE LEFT DUE TO WORKING CONDITIONS.

(STRESS ON THE JOB)

RONNIE ~~ONEHA-MATSU~~ MATSUURA-ONEHA

(ADMIN)

000451

7

11/26/02

Leo Putoak

in Hospital for

Stress / Depression.

( JOB - RELATED )

000452
8

People Who Left

1. Carole Ah Hee
2. Ronnie Matsuura-Oneha
3. Christine Gasper
4. Leo Putorak
5. Lilinoe Miyamoto
6. Shirley Saki
7. Ernie Correa
8. Ed Keranan
9. Celeste ?
10. Diane Marumoto
11. George Noda
12. Paul Brown
13. Dennis Baxter
14. Vernessa Lum
15. Leighton Ogata
16. Mel Willing
17. Barbara Yoshino
18. Scott Cooke
19. Tammy Andaya
20. Daisy Garcia
21. Jessie Dela Cruz
22. Sharon McIntyre
23. Lynn Nakamoto
24. Fred Ramento
25. Ricky Fortuno
26. Frank Lizama
27. Marilyn Hennegan
28. Cathy Conception
29. Terri Muraoka
30. Paul Ortiz
31. Jon Mitsuyasu
32. Henry Antone
33. Bill Blair
34. Paul Labor Jr.
35. Kim Mun
36. Bernard Camacho
37. Bessie Ramos
38. Bonnie Hart
39. Emmett Murphy
40. Chris Simbahon
41. Danny Caguiat
42. Ted Bautista
43. Nelson Calimlim

44. Patti Shinto
45. Allan Ho
46. Richard Reyes
47. Glenn Cottrell
48. Rhonda Horner
49. Sonny Palaita
50. Mel Temblor
51. Edie Van Gieson
52. Michie Smith
53. Leonard Nuuhiwa
54. Lori Kim
55. Randy Correa
56. Dot Johnson
57. Jan Morris
58. Amy Monma
59. Estra Higa
60. Custy
61. Ed Cubarrubias (soon)
62. Larry Arakaki
63. Peggy Taylor


Many contract workers

000454   /0