IMPRINT | STRAUB CLINIC & HOSPITAL
SUB-CLINICAL NOTE SHEET

SEKIYA, LINDA DALE   02-14-25-33
V#: 64923436
Doctor: MARK H BERNSTEIN, MD

DATE: 08/21/2001   AGE: 54 Y   T:   Pulse:   LMP:
Ht:   Wt:   BP:   Resp:   DOI:
Allergies: 304.2? PCN/[illegible] [illegible]   Current meds:

CC: 2.5 Very upset over work situation. Feels she has been harassed & plans to retire next month. Feels unable to perform properly at work since placed on [absence control?].

ORDERS: Taking more Xanax to help [illegible]
Rx - Xanax 0.5, i-ī TiPRN #60 #180 x 2
Side effects discussed & warned of dependency  MB

---

IMPRINT | STRAUB CLINIC & HOSPITAL
SUB-CLINICAL NOTE SHEET

SEKIYA, LINDA DALE   02-14-25-33
V#: 65567141
Doctor: MARK H BERNSTEIN, MD

DATE: 09/10/2001   AGE: 54 Y   T:   Pulse:   LMP:
Ht:   Wt:   BP:   Resp:   DOI:
Allergies: PCN/[illegible]/[illegible]   Current meds:

CC: 2.5 Off work until end of month & then retiring. Concerns about mother's health.
CT meds: effect OK but stressed re [illegible] mother's health issues.   MB

ORDERS:

Physician's Signature:   Date:
EDUCATION-Learning Needs:   Instructions: ☐ verbal  ☐ other (specify):
Person(s) Instructed: ☐ patient  ☐ other (specify):   Response: ☐ understood  ☐ unable to understand  ☐ refused
Comments:   Instructor's Signature:
☐ Check box if no dictation to follow
82209 (06/01/98)

EXHIBIT L
000316
(10)

Imprint

Linda Sekiya

**Straub**
CLINIC & HOSPITAL
888 South King Street • Honolulu, Hawaii 96813

**Medical Certificate**

This is to certify that the above patient ☒ is ☐ has been under my professional care and
☐ was unable to perform his/her usual duties from _____ to _____
☐ may return to work/school on _____
☐ may continue to work/in school until _____

Remarks: Patient was under significant work stress which led me to advise her to retire and take time off from work

11/1/01
Current Date

_____ M.D.
Physician

73025 (01/00/95)

001037

# MARK H. BERNSTEIN M.D., INC

599 Farrington Highway
Suite 100
Kapolei, Hawaii 96707
Phone: 808 674-2930
Fax: 808 674-2950

## Facsimile transmittal

Date: SEP 2 3 2004
Total # of pages (including this page) 9
To: Linda Sekiya
Fax: 945 7864
From: Norlyn
Subject: Medical records
Comments:

This communication may contain information that is privileged, confidential and/or prohibited from disclosure, and any unauthorized dissemination, distribution or copying of the communication is prohibited. If the communication has been received in error, please call to notify us immediately and return the fax copies including this transmission sheet to us at the address above.

000307

9-23-04;10:24AM;Kapolei Family                                      ;808 674 2930                # 2/ 9
FROM :                          FAX NO. :945 7864              Sep. 21 2004 01:15PM P1
9-21-04;12:37PM;Kapolei Family                                      ;808 674 2930                # 1/

# Kapolei Family Medical Center

PLEASE FAX
FILE TO
945-7864

## Provider Request for health Information

*Date: __9-21-04__

*Name of requesting Physician / Clinic / Facility: __DR. MARK BERNSTEIN__

*Address: __599 FARRINGTON HWY #100, KAPOLEI, HI 96707__

*Contact Name: __LINDA D. SEKIYA__  Phone: __945-7864__  Fax __945-7864__

I am requesting protected health information from: __ENTIRE FILE__

*Regarding the following patient:

Patient Name: __LINDA SEKIYA__  Birth date: __9-27-46__ SS#: __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__

*Purpose of Request: __HEARING W/ MSPB + FEDERAL COURT__
___ Treatment: patient has appointment on __/__/__ at _____  ___ Payment/Billing

***Records being requested for the following dates of service: __BEGINNING__ to __PRESENT__

**Specific Information Requested:*
- X  Billing Information
- ___ Discharge Summary
- ___ Laboratory tests results
- ___ Pathology reports
- ___ Other (please specify) _____
- X  Progress Notes
- X  Clinic Visit Notes
- ___ ER Records
- ___ Surgery reports
- ___ History & Physical Exam
- ___ Consultation Reports
- ___ Photographs, videotapes digital or other images

### Imaging Reports or Films Requested:

- ___ X-ray
- ___ MRI
- ___ CT
- ___ Ultrasound
- ___ Mammogram
- ___ Other: _____

*Requesting party assures that:
Request is submitted on behalf of a licensed health care provider, licensed in the state of _____.
The information requested above is related to this provider's involvement in the patient's
Or payment for that treatment.

*Signature: __[signed]__   Date: __9-21-04__

*Print Name: __LINDA D. SEKIYA__   Title: __SELF__

000308

2

Name: Sekiya, Linda           DOB: 09 27 40    Date: 10 23 2003
H:_____ W:_____ T:_____ P:_____ BP:_____ R:_____ Allergies:_____
CC:_____

| ROS | n | Sev/Insig |
|---|---|---|
| Const | ☐ | ☐ |
| Eyes | ☐ | ☐ |
| ENT/mouth | ☐ | ☐ |
| CV | ☐ | ☐ |
| Resp | ☐ | ☐ |
| GI | ☐ | ☐ |
| GU | ☐ | ☐ |
| Musc | ☐ | ☐ |
| Skin/breasts | ☐ | ☐ |
| Neuro | ☐ | ☐ |
| Psych | ☐ | ☐ |
| Endo | ☐ | ☐ |
| Hem/lymph | ☐ | ☐ |
| Allerg/imunol | ☐ | ☐ |

patient cancelled on 10/22 @ 1301 hrs - Office will call pt to resc. Q

OCT 2 2 2003 @ 1411 - called pt @ 945-7864, resc 2 pt appt on 11/26 Wed @ 10:30 1/2°. Q

Diagnosis:

Plan:

Nurse Orders:

F/U date:_____

Reviewed PFSH _____
                    Date
☐ Instruction/Education give

Signature:_____

000309

9-23-04;10:24AM;Kapolei Family    ;808 674 2930    # 8/ 9

Name: Sekiya, Linda    DOB: 09-27-1946    Date: NOV 26 2003

CC: _____

Visit notes:

2.5 Appeals
EEO decision in DC
Unsettled about
this. Health OK.
Discussed.
Affect OK but
tired + some stress

Diagnosis:
309.0 Adj c
    depress

Plan:
Wk —
resolving legal
issues

Prescription:
Alprazolam 0.
#30 12

F/U date: 2/__

☐ Instruction/Education given
Signature: ___

Reminder call: LM on ans machine c̄ appt day/time & to call to confirm
TM 1442  NOV 25 2003

000310

# Clinical Notes

Name: Sekiya, Linda               Date of Service: JAN 1 4 2004

Acct #: B00242      DOB: 09-27-1946      Age: 57

Physician: Dr Mark H Bernstein/Psychiatrist

| Diagnosis: | Prescription: |
|---|---|
| 309.0 Adj c̄ depression | ct meds (Zoloft) |

Notes:

2.5 Continued stress ā legal issues. Maintains good attitude. Discussed Zoloft Tabs ½ - ¾ /d. less anxious today.

Plan: Discussed Relaxation techniques

Next visit scheduled on: 1/12

☐ Instruction/Education given    Physician Signature: MB

☑ Reminder Call: ~~Msg on~~ confirmed c̄ pt @ 1154 01/13 nA

000311

# Clinical Notes

Name: __Sekiya, Linda__   Date of Service: __02·19·2004__

Acct #: __800242__   DOB: __09·27·1946__   Age: __57__

Physician: Dr Mark H. Bernstein/Psychiatrist

---

**Diagnosis:**

309.0

**Prescription:**

Ambien 10 HS x 30 t
Alprazolam 0.5 q 12° q 60 t2
q tab 1/2 - 3/4

**Notes:**

Z.S Very stressed + frustrated over leg of
issues. My appeal to higher L&I & C rumor
down appeal) - S_ to trial.
Discussed + counselled
↑ Xanax to 0.5 q 12° +60 t2

---

**Plan:** Not allow case to consume life

Next visit scheduled on: __1/1?__

☐ Instruction/Education given    Physician Signature: _____

☒ Reminder Call: confirmed c pt @ 104 02.18.04 nn.

000312

# Clinical Notes

Name: Sekiya, Linda     Date of Service: 05·19·2004

Acct #: B00242   DOB: 09·27·1946   Age: 58

Physician: Dr Mark H. Bernstein/Psychiatrist

| Diagnosis: | Prescription: |
|---|---|
| 309.0 | Zoloft 100, 5/q 1t5 #90r2 |
|  | Ambien 10 1t5 #90r2 |
|  | Alprzl 0.5 BID #180c2 |

Notes:

2.5 Concerned over legal issues, past appeal. Discussed having new attorney or pro se. No new issues. Financial concern. Holding own emotionally. Appropriately depressed. Non clinical. Some anxiety requiring more Xan.

Plan: Wait — being s/o of legal issues if need be.

Next visit scheduled on: 1/1 ?

☐ Instruction/Education given     Physician Signature: MHB

☐ Reminder Call: _____

000313

7

## Clinical Notes

Name: Sekiya, Linda                    Date of Service: 06.30.2004

Acct #: B00242    DOB: 09.27.1946    Age: 57 y.o. ♀

Physician: Dr Mark H. Bernstein/Psychiatrist

| Diagnosis: | Prescription: |
|---|---|
| 309.0 | CT meds |

Notes:

2.5 Decidg todos — which allows [illegible] — [illegible]. Patient ready to move on.

Affect OK. less focused — legal issue. considerg part time work

Plan: Work — moving — c life + letty allowing deal c cases

Next visit scheduled on: 1/12

☐ Instruction/Education given    Physician Signature: [signature]

☒ Reminder Call: Confirmed c̄ pt @ 1728 6/29 nm

000314

# Clinical Notes

Name: Sekiya, Linda                             Date of service: 09.09.2004
Account #: B00242        DOB: 09.27.1946        Age: 57 y.o.
Physician: Mark H. Bernstein, M.D./Psychiatrist

| Diagnosis: | Prescription: |
|---|---|
| 309.0 | Ambien 10 q5 #90 12 Alprazolam, B12 #[illegible] |

Notes:

2.5 Continues to feel angry & upset at employer (US Army) for treating her unfairly.
Has some hearings & trial in Mock coming up.
Stressed but coping — more in control now sees light as end of tunnel
Supportive Therapy given

Plan:
Wts ~ conclude legal case & move on [in] life

Next visit scheduled on: _____      ☐ Instruction/Education given

Physician Signature: _____

☒ Reminder call: Confirmed c̄ pt · RA · 9/8/04 1658

Created on 07/2004

000315

9

IMPRINT  SUB-CLINICAL NOTE SHEET

SEKIYA, LINDA DALE  02-14-25-33

V#: 64923436  Doctor: MARK H BERNSTEIN, MD

DATE: 08/21/2001  AGE: 54 Y  T:  Pulse:  LMP:

Ht:  Wt:  BP:  Resp:  DOI:

Allergies: 309.25 PCN/Codeine/Reserpine  Current meds:

CC: 2.5 Very upset over work situation. Feels she has been harassed & plans to retire next month. Feels unable to perform properly at work since placed on absence control.

ORDERS: Taking more Xanax to help typical Rx - Xanax 0.5, i-ii PRN #60 +f 180x > side effects discussed & warned of dependency. — MB

---

IMPRINT  **STRAUB CLINIC & HOSPITAL**
SUB-CLINICAL NOTE SHEET

SEKIYA, LINDA DALE  02-14-25-33

V#: 65567141  Doctor: MARK H BERNSTEIN, MD

DATE: 09/10/2001  AGE: 54 Y  T:  Pulse:  LMP:

Ht:  Wt:  BP:  Resp:  DOI:

Allergies: PCN/Codeine/Compazine  Current meds:

CC: 2.5 off work until end of month & then retiring. Concerns about mother's health. Ct meds: effect OK but stressed & having health issues. — MB

ORDERS:

---

Physician's Signature:  Date:

EDUCATION-Learning Needs:  Instructions: ☐ verbal  ☐ other (specify):

Person(s) Instructed: ☐ patient  ☐ other (specify):  Response: ☐ understood  ☐ unable to understand  ☐ refused

Comments:  Instructor's Signature:

☐ Check box if no dictation to follow  82209 (06/01/98)

000316

(10)