1060 Young Street, Suite 312
Honolulu, Hawaii 96814
Tel: (808) 585-8455 / Fax: (808) 585-8458



Pacific Maxillofacial Center
Oral & Maxillofacial Surgery
Todd K. Haruki, D.D.S., M.D.

## FACSIMILE TRANSMITTAL SHEET

To: Linda Sekiya                    Fax: 945-7864

Company:                            Phone:

From: Susan                         Date: June 24, 2003

Subject: Your Patient File

This transmittal consists of ~~12~~ 15 page(s), including this cover sheet.
If you do not receive all of the pages, please call us at (808) 585-8455.

***NOTICE***

This communication is intended only for the use of the individual to whom or the entity to which it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

Linda,
     Please let us know if we may be of further assistance to you.
                    Take care,
                         Susan

**EXHIBIT** S

000290

TICS;            808 533 4906;        Dec·9·02  3:02PM;

 Pacific Maxillofacial Center
Oral and Maxillofacial Surgery

**Todd K. Haruki** D.D.S.,M.D.

**Main Office  Hours** MWF 8am-5pm Sat. 8am-12pm
1060 Young Street Suite 312  Honolulu, Hawaii 96814  **Tel. (808) 585-6465**

**Mililani Office  Hours** Tues 8am-5pm
95-390 Kuahelani Ave. Suite 1A Mililani, Hawaii 96789  **Tel. (808) 585-6465**

**Patient** LINDA SEKIYA

**Referring Dr.** TERRY MATSUMOTO

**Reason for referral:**

  X   extraction tooth # 31

       implant consult _____

       cosmetic surgery consult

       other: _____

       treatment/evaluation in the following areas:

_____

_____

_____

_____

**Patient has:**

       scheduled with Pacific Maxillofacial Center ·
       on: _____ / _____ / _____
       been advised to call office ASAP

**Comments:** _____

_____

_____ __ _____

_____

_____

Map of locations located on opposite side

000291

2



**Pacific Maxillofacial Center**
Oral and Maxillofacial Surgery

Todd K. Harada D.D.S., M.D.

**Main Office** *Hours M-F 8am-5pm Sat. 8am-12pm*
1060 Young Street Suite 312 Honolulu, Hawaii 96814  Tel. (808) 955-0455

**Mililani Office**  *Hours Tues 9am-5pm*
95-390 Kuahelani Ave. Suite 1A Mililani, Hawaii 96789  Tel. (808) 625-0455

**Patient** Linda Sekiya

**Referring Dr.** Terry Matsumoto

**Reason for referral:**

✓ extraction teeth # 3 1

___ implant consult

___ cosmetic surgery consult

___ other:

___ treatment/evaluation in the following areas:

_____

_____

_____

_____

**Patient has:**

___ scheduled with Pacific Maxillofacial Center

on  /  /

___ been advised to call office ASAP

**Comments:** pt doesn't have a
General Dentist and asked
us to refer.

_____

_____

*Map of locations located on opposite side*

000292

3

**Pacific Maxillofacial Center, Inc.**
Todd K. Haruki, D.D.S., M.D.

# PATIENT INFORMATION

## Welcome to Our Practice!

*Thank you for selecting the Pacific Maxillofacial Center. We are committed to providing you with excellent care and will strive to make your visit as pleasant and comfortable as possible. So that we may meet all your healthcare needs, kindly complete this form. If you have any questions or need assistance, please ask us -- we will be happy to help.*

### Patient Information

Patient: (Miss Ms (Mrs) Mr. Dr.)  _LINDA_  _D._  _SEKIYA_
First Name / Middle Name / Last Name

Birthdate: _9/27/46_  Nickname or name you prefer to be called by: _CUSTY_

Sex: ( Male (Female) )    Marital Status: ( Single (Married) Legally-Separated Divorced Widowed )

Social Security #: _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_  Driver's License #: _SAME_  ( _HI_ )
If Different from Social Security #    State

Mailing Address: _____
Street or P.O. Box / Apt. # / City / State / Zipcode

Residence Address: _1517 MARIKI ST_  _1201_  _HONOLULU,_  _HI_  _96822_
Street / Apt. # / City / State / Zipcode

Home Phone: _945-7864_  Work Phone: _____  Pager/Cellular: _223-0096_

Employer: _____  Occupation: _____

Employer's Address: _____
Street / Suite / City / State / Zipcode

If Student, School or College: _____  Status: ( Full-Time  Part-Time )

Person to Contact in Case of Emergency: _LAWRENCE_  _SEKIYA_  ( _HUSBAND_ )
First Name / Last Name / Person's Relation to You

Emergency Contact's Home Phone: _945-7864_  Emergency Contact's Work Phone: _____

Dentist: _____  Physician/PCP: _DR. MICHAEL J. INADA_

Referred by: _DR. TERRY MATSUMOTO_  Are you insured by Kaiser or another HMO? ( Yes (No) )

### Guarantor Information

Person responsible for paying this account: ( (Self) Spouse Mother Father Other: _____ )

Method of payment: ( Cash Check Visa Mastercard ) *If self, please skip the following questions in this section.*

Guarantor: (Miss Ms. Mrs. Mr. Dr.) _____
First Name / Middle Name / Last Name

Birthdate: / /  Social Security #: _____  D.License #: _____  ( )
If Different from Social Security #    State

Mailing Address: _____
Street or P.O. Box / Apt. # / City / State / Zipcode

Residence Address: _____
Street / Apt. # / City / State / Zipcode

Home Phone: _____  Work Phone: _____  Pager/Cellular: _____

Employer: _____  Occupation: _____

Employer's Address: _____
Street / Suite / City / State / Zipcode

### Agreement of Financial Responsibility

*I agree to pay in full for all services provided to me (or the named patient). I understand that full payment is required at the time of treatment and any payment plan agreement must be made in writing prior to treatment. If an insurance claim is filed for services, I am responsible for all fees regardless of insurance coverage and will pay any deductible, estimated co-insurance, or fee for non-covered services at the time of treatment. For any balance, a statement will be sent by the 5th of the month and is due before the end of the month. I agree to pay finance charges of 18% per annum (1.5% per month, minimum charge of $2.00) on any past due balance until the account has been paid in full. If collection action is taken, I agree to pay all collection expenses, court costs, and attorney's fees. I will also pay $15.00 for any returned check, and $50.00 for any appointment cancelled without 24 hours notice.*

000293

_[signature]_  _12/9/02_
Guarantor's Signature    Date

4

# HEALTH INSURANCE INFORMATION

**Pacific Maxillofacial Center, Inc.**
**Todd K. Haruki, D.D.S., M.D.**

---

**Primary Dental Insurance**

Insurance Co. & Plan: HMSA   Plan  F          I.D.: F 0057548266441
<span style="font-size:smaller">Member or Policy # on Insurance Card</span>

Subscriber of Insurance Plan: (Self) Spouse Mother Father Other: _____ )
*If the subscriber of this plan is either the patient or the guarantor, please skip the following questions in this section:*

Subscriber: (Miss Ms. Mrs. Mr. Dr.) _____
First Name        Middle Initial        Last Name

Mailing Address: _____
Street or P.O. Box      Apt. #      City      State      Zipcode

Home Phone: _____ Work Phone: _____ Employer: _____

Social Security #: _____ Birthdate: ___ / ___ / ___

---

**Secondary Dental Insurance**

Insurance Co. & Plan: _____    I.D.: _____
<span style="font-size:smaller">Member or Policy # on Insurance Card</span>

Subscriber of Insurance Plan: ( Self  Spouse  Mother  Father  Other: _____ )
*If the subscriber of this plan is either the patient or the guarantor, please skip the following questions in this section:*

Subscriber: (Miss Ms. Mrs. Mr. Dr.) _____
First Name        Middle Initial        Last Name

Mailing Address: _____
Street or P.O. Box      Apt. #      City      State      Zipcode

Home Phone: _____ Work Phone: _____ Employer: _____

Social Security #: _____ Birthdate: ___ / ___ / ___

---

**Primary Medical Insurance**

Insurance Co. & Plan: _____    I.D.: _____
<span style="font-size:smaller">Member or Policy # on Insurance Card</span>

Subscriber of Insurance Plan: ( Self  Spouse  Mother  Father  Other: _____ )
*If the subscriber of this plan is either the patient or the guarantor, please skip the following questions in this section:*

Subscriber: (Miss Ms. Mrs. Mr. Dr.) _____
First Name        Middle Initial        Last Name

Mailing Address: _____
Street or P.O. Box      Apt. #      City      State      Zipcode

Home Phone: _____ Work Phone: _____ Employer: _____

Social Security #: _____ Birthdate: ___ / ___ / ___

---

**Secondary Medical Insurance**

Insurance Co. & Plan: _____    I.D.: _____
<span style="font-size:smaller">Member or Policy # on Insurance Card</span>

Subscriber of Insurance Plan: ( Self  Spouse  Mother  Father  Other: _____ )
*If the subscriber of this plan is either the patient or the guarantor, please skip the following questions in this section:*

Subscriber: (Miss Ms. Mrs. Mr. Dr.) _____
First Name        Middle Initial        Last Name

Mailing Address: _____
Street or P.O. Box      Apt. #      City      State      Zipcode

Home Phone: _____ Work Phone: _____ Employer: _____

000294

Social Security #: _____ Birthdate: ___ / ___ / ___

---

**Release of Records for Insurance**

*This signature on file is my authorization for the release of my health information, including copies of my dental and medical records, to any health insurance plan or company that provides coverage for me, for the purpose of securing benefits.*

X _____   12/9/02
<span style="font-size:smaller">Patient's (or Legal Guardian's) Signature      Date</span>

**Assignment of Insurance Benefits**

*This signature on file is my authorization for the payment of medical and dental benefits, otherwise payable to me, to the Pacific Maxillofacial Center directly.*

X _____   12/9/02
<span style="font-size:smaller">Patient's (or Legal Guardian's) Signature      Date</span>

5

Pacific Maxillofacial Center
Todd K. Haruki, D.D.S., M.D.

# HEALTH HISTORY

**Instructions for Completing this Health History**
*Although oral & maxillofacial surgeons primarily treat the mouth and head, they consider the mutual relationship between the health of these areas and that of the entire body. In order to determine your specific needs and provide you with the best treatment possible, it is important that you complete this health history truthfully and to the best of your ability. Please answer all of the questions below. Your responses will remain confidential.*

Patient: (Miss Ms. Mrs. Mr. Dr.)  LINDA  First Name  D  Middle Name  SEKIYA  Last Name

Nickname or name you prefer to be called by:  CUSTY

Age: 56  Birthdate: 9 / 27 / 46  Sex: (Male / Female)  Height: 5'2"  Weight: 118

Name of referring dentist or physician:  DR. TERRY MATSUMOTO

A. Are you in good health? Yes / No     When was your last physical examination?  9/01
B. Has there been any change in your health over the past year? Yes / No
C. Are you now under the care of a physician? If so, please describe your condition and list your physician's name:
   YES - ANXIETY + DEPRESSION / DR. MARK BERNSTEIN
   FOOT CONDITION / DR. PORTNER
D. Have you had any serious illnesses, operations, or hospitalizations? If so, describe:  NO

E. Do you have or have you had any of the following:

| # | | Yes/No | # | | Yes/No |
|---|---|---|---|---|---|
| 1 | Congenital heart disease? | Yes (No) | 24 | Kidney disease? | Yes (No) |
| 2 | Damaged heart valves, artificial valves, or heart murmur? | Yes (No) | 25 | Stomach ulcers or hyperacidity? | (Yes) No |
| | | | 26 | Diabetes? | Yes (No) |
| 3 | Mitral valve prolapse? | Yes (No) | 27 | Hepatitis, jaundice, or liver disease? | Yes (No) |
| 4 | Rheumatic fever or rheumatic heart disease? | Yes (No) | 28 | Epilepsy or seizures? | Yes (No) |
| | | | 29 | Psychiatric treatment? | (Yes) No |
| 5 | Heart attack, angina (chest pain), or any other heart condition? | Yes (No) | 30 | Nervousness or anxiety disorder? | (Yes) No |
| 6 | Heart surgery or pacemaker? | Yes (No) | 31 | Abnormal or excessive bleeding? | Yes (No) |
| 7 | Arteriosclerosis? | Yes (No) | 32 | Blood transfusion? | Yes (No) |
| 8 | High cholesterol? | Yes (No) | 33 | Blood disorder such as anemia or hemophilia? | Yes (No) |
| 9 | High / Low blood pressure? | (Yes) No | 34 | Cancer or tumors? | Yes (No) |
| 10 | Shortness of breath? | (Yes) No | 35 | Radiation treatment? | Yes (No) |
| 11 | Stroke? | Yes (No) | 36 | Chemotherapy? | Yes (No) |
| 12 | Arthritis or painful, swollen joints? | (Yes) No | 37 | Artificial joints or joint replacement surgery? | Yes (No) |
| 13 | Asthma or bronchitis? | (Yes) No | 38 | Organ transplant? | Yes (No) |
| 14 | Emphysema? | Yes (No) | 39 | Any disease, drugs, or operation that has depressed your immune system? | Yes (No) |
| 15 | Pneumonia? | (Yes) No | | | |
| 16 | Tuberculosis? | Yes (No) | 40 | Any other disease or condition not listed above that you think the doctor should know about? | Yes (No) |
| 17 | Persistent cough or cough producing blood? | Yes (No) | | | |
| 18 | Chronic sinus problems? | Yes (No) | 41 | Do you wish to talk with the doctor privately about anything? | Yes (No) |
| 19 | Thyroid disease? | Yes (No) | | | |
| 20 | Allergies? | (Yes) No | K. | For Women Only: | |
| 21 | Contact lenses? | Yes (No) | 1. | Are you pregnant? | Yes (No) |
| 22 | Glaucoma? | Yes (No) | 2. | Are you nursing? | Yes (No) |
| 23 | Stiff or sore jaw, clicking or popping of jaw, pain near ear, or difficulty opening mouth? | (Yes) No | 3. | Are you taking birth control pills? | Yes (No) |

000295

**Please complete the other side of this health history**

6

# HEALTH HISTORY



Pacific Maxillofacial Center
Todd K. Haruki, D.D.S., M.D.

L. Are you presently using or taking:

1. Antibiotics or sulfa drugs? — Yes **No**
2. Anticoagulants (blood thinners)? — Yes **No**
3. High blood pressure medicine? — Yes **No**
a. Steroids (Cortisone, etc.)? — Yes **No**
5. Tranquilizers (Valium, etc.)? — **Yes** No
6. Insulin, Diabenese, or similar drug? — Yes **No**
7. Heart Medication (Digitalis, Inderal, Nitroglycerin, Procardia, etc.)? — Yes **No**
8. Marijuana or other recreational drugs? — Yes **No**
9. Diet pills (Fen-Phen, Redux, etc.) — **Yes** No
c. Aspirin or ibuprofen? — **Yes** No
d. Do you smoke or chew tobacco? — Yes **No**
e. Do you drink alcohol? — Yes **No**

M. Are you allergic or have you had a reaction to:

1. Local anesthetics? — Yes **No**
2. Penicillin or other antibiotics? — **Yes** No
3. Sulfa drugs? — ? Yes No
4. Barbiturates, sedatives or sleeping pills? — **Yes** No
5. Aspirin or ibuprofen? — Yes **No**
6. Iodine? — Yes **No**
7. Codeine or other painkillers? — **Yes** No
8. Latex or rubber products? — Yes **No**
9. Other allergies or reactions? — Yes No
   If so, describe: _____
   _____
   _____
   _____

N. Please list the names of all medication you are now taking: *XANAX, AMBIEN ; PREVACID  CLARITIN*
_____

## Signature

*I understand the importance of an accurate and complete health history, and agree to inform this office of any change in my health status as soon as possible. I certify that the above answers are true to the best of my knowledge.*

X _____    10/9/02    JH
Patient's (or Legal Guardian's) Signature        Date        Doctor's Initials

## Health History Update (to be completed at later visit)

A. Has there been any change in your health since your last office visit?  Yes  No
   If so, please describe: _____
   _____

B. Are you taking any new medication?  Yes  No
   If so, please list: _____

C. *I have read this health history and confirm that it adequately states my present health condition.*

_____         _____    _____
Patient's (or Legal Guardian's) Signature        Date        Doctor's Initials

## Health History Update (to be completed at later visit)

A. Has there been any change in your health since your last office visit?  Yes  No
   If so, please describe: _____
   _____

B. Are you taking any new medication?  Yes  No
   If so, please list: _____

C. *I have read this health history and confirm that it adequately states my present health condition.*

000296

_____         _____    _____
Patient's (or Legal Guardian's) Signature        Date        Doctor's Initials

⑦

## LIST OF ABBREVIATIONS

| | |
|---|---|
| ∅ | no |
| 1° | primary |
| 2° | secondary |
| A/B | arch bars |
| A/P | assessment and plan |
| adj | adjacent |
| appt | appointment |
| Ⓑ | bilateral |
| bg/BG | bone graft |
| bid | twice a day |
| bx | biopsy |
| c̄ | with |
| c/o | complains of |
| Ca | cancer/carcinoma |
| CAD | coronary artery disease |
| CABG | coronary artery bypass graft |
| carbo | carbocaine |
| carp | carpule |
| CGS | chromic gut suture |
| CHF | congestive heart failure |
| comp | complications |
| cont | continue |
| COPD | chronic obstructive pulmonary disease |
| CVA | cerebrovascular vascular accident a.k.a. stroke |
| D — spell out | day |
| d/w | discussed with |
| d/w Pt RBA | discussed with patient risks, benefits, and alternatives |
| diff. | difficult/different |
| DO | disorder |
| Dx | diagnosis |
| EO | extraoral |
| epi | epinephrine |
| Etoh | ethanol/alcohol |
| ext | extract/extraction |
| F/U | follow up |
| FOM | floor of mouth |
| GA | general anesthesia |
| GERD | gastroesophageal reflux disease a.k.a. heartburn |
| H&P | history and physical |
| HA | headache |
| HBP | high blood pressure |
| Hep | hepatitis |
| HTN | hypertension |
| Hx | histroy |
| Hyperchol. | hypercholesterolemia |
| I&D | incision and drainage |
| IAN | inferior alveolar nerve |
| IDDM | insulin dependent diabetes mellitus |
| IMF | intermaxillary fixation |
| Infxn | infection |

| | |
|---|---|
| IO | intraoral |
| IV | intravenous |
| Ⓛ | left |
| lido | lidocaine |
| Ⓜ | heart murmur |
| Med | medication |
| MI | myocardial infarction a.k.a. heart attack |
| min | minimal |
| MIO | maximal incisal opening |
| MN | midnight |
| mod | moderate |
| MPF | mucoperiosteal flap |
| MVA | motor vehicle accident |
| MVP | mitral valve prolapse |
| N2O | nitrous oxide |
| NaCl H2O | salt water |
| NIDDM | non-insulin dependent diabetes mellitus |
| NKDA | no known drug allergies |
| nl | normal |
| NPO | nothing by mouth (*nil per os*) |
| NS | normal saline |
| NSF | no significant findings |
| O/P | oropharynx |
| OAC | oroantral communication |
| OH | oral hygiene |
| op | operation/operative |
| p̄ | after |
| p-cor | pericoronitis |
| PA | periapical (film) |
| pano | panorex film |
| PARL | periapical radiolucency |
| Path | pathology |
| PCN | penicillin |
| PE | physical exam |
| Pen VK | penicillin VK |
| PMHx | past medical history |
| PO | by mouth (*per os*) |
| POIG | pre-operative instructions given |
| POPPDA | partial or permanent paresthesia, dysesthesia, anesthesia |
| PPD | packs of per day |
| prn | as often as needed (*pro re nata*) |
| Proc | procedure |
| Pt | patient |
| Pt understands RBAs | patient understands risks, benefits, and alternatives |
| PUD | peptic ulcer disease |
| q | every |
| qD | once a day |
| qid | four times per day |
| Ⓡ | right |
| R&B | risks and benefits |
| RBA | risks, benefit, and alternatives |
| ROS | review of systems |

| | |
|---|---|
| RTO | returns to office |
| Rx | prescription |
| s̄ | without |
| S/Sx | signs and/or symptoms |
| S/P | after (*status post*) |
| SBE | subacute bacterial endocarditis |
| SCCa | squamous cell carcinoma |
| SL | sublingual |
| SM | submandibular |
| SOB | shortness of breath |
| surg | surgical |
| T3 | Tylenol #3 |
| TB | tuberculosis |
| TIA | transient ischemic attack (mini-stroke) |
| tid | three times per day |
| TMJ | temporomandibular joint |
| TOB | tobacco |
| TOPHDA | temporary or permanent hypesthesia, dysesthesia, anesthesia |
| TTP | tender to palpation |
| Tx | treatment |
| wk | week |
| WNL | within normal limits |
| y/o | years old |

Pacific Maxillofacial Center, Inc.
Todd K. Haruki, D.D.S., M.D.



# RECORD OF TREATMENT

Patient's Name: Linda D. Sekiya "Custy"

| Date | Treatment Notes |
|------|-----------------|
| DEC - 9 2002 | 56 y/o F referred by Dr T. Masumoto for expt #31 |
| | Pt c/o pain fr #31 c̄ temp (crown) — no chewing; Pt request N₂O |
| | PMHx: ROS ATN; hyperlipidemia, asthma, irritable |
| | anxiety D/o |
| | Meds: Xanax; Ambien, Prevacid, Claritin |
| | Allergies: PCN - N/V; edema, SOB |
| | Codeine - creates mucous |
| | OTOB |
| | PO: #31 TW: large filling |
| | PA: #31 δ PCT |
| | Planned, RLAs disc pt re study TOP/OK; only tooth |
| | damage; retained soft tips, etc Pt understands RLAs |
| | Proc 4% art c̄ 1:1 epi x 2 carps; 50% N₂0 @ 6 LPM |
| | Not uptbrated around #31; buccal bone removed; |
| | #31 LRD3 surg |
| | w/bone @ #LPM x 5 min ⊤ proc completed |
| | Rx ∅ |
| | Flu Tak                    D Haruki |
| DEC 16 2002 | Hello |
| | To expt site granulating in — No surface |
| | S/P healing add? |
| | Flu p |
| | D Haruki |

000300

(11)

Todd K. Haruki, DDS, MD
Pacific Maxillofacial Center, Inc.
1060 Young Street, Suite 312, Honolulu, HI 96814

---

Name: Linda Sekiya

Please return film to:        Date: 12-9-02

Pacific Maxillofacial Center
1060 Young Street, Suite 312
Honolulu, Hawaii 96814



SekiyaLinda

Pacific Maxillofacial Center, Inc.
Todd K. Haruki, DDS, MD

 **Informed Consent Discussion for Oral & Maxillofacial Surgery**

I am being provided this information and consent form so that I may better understand my condition and the treatment recommended for me. Before beginning, I want to be provided with enough information, in a way I can understand, to make a well and informed and confident decision regarding my proposed treatment.

1.    My condition has been explained to me as:

      *Nonrestorable teeth #31*

2.    This is my consent for Dr. Todd K. Haruki and his assistant(s) to treat my condition with the following procedure(s):

      *Removal of tooth #31*

3.    I understand that there may be alternate forms of treatment including no treatment at all. The risks and benefits of these choices have been presented to me.

4.    I understand that there are inherent and potential risks and side effects associated with my proposed treatment plan including, but not limited to:

      A.   Post-operative swelling, bruising, and discomfort in the surgery area(s) that may require several days of at-home recovery.
      B.   Prolonged or heavy bleeding that may require additional treatment.
      C.   Injury to adjacent teeth or dental restorations (i.e. fillings, crowns, etc.).
      D.   Post-operative infection that may require additional treatment.
      E.   Stretching of the corners of the mouth that may cause cracking or bruising, and may heal slowly.
      F.   Restricted mouth opening during healing; sometimes related to swelling and muscle soreness, and sometimes related to stress on the jaw joints (TMJ), especially when TMJ problems already exist.
      G.   A decision to leave a small piece of root in the jaw when its removal would require extensive surgery or risk other complications.
      H.   Fracture of the jaw.
      I.   Injury to the nerve underlying lower teeth, resulting in pain, numbness, tingling or other sensory disturbances in the chin, lip, cheek, gums or tongue and may persist for several weeks, months or, in rare instances, permanently.
      J.   Opening of the sinus (a normal chamber situated above the upper teeth) requiring additional surgery or treatment.
      K.   Dry socket (loss of blood clot from the extraction site).
      L.   Allergic reactions (previously unknown) to any medications used treatment.
      M.   Sharp ridges or bone splinters may form later at the edge of the socket. These usually require another surgery to smooth or remove.

5.    I understand that, during the course of my treatment, unforeseen conditions may be revealed that may require changes in the procedure(s) noted in paragraph 2 above. I authorize Dr. Haruki and his staff to use professional judgment to perform such additional procedures that are necessary and desirable to complete my surgery.

000302    *13*

Pacific Maxillofacial Center, Inc.
Todd K. Haruki, DDS, MD

6.  The anesthetic I have chosen for my surgery is:
    ___ Local anesthesia;
    ✓ Local anesthesia with nitrous oxide/oxygen inhalation sedation;
    ___ Local anesthesia with intravenous sedation;
    ___ Local anesthesia with general anesthesia.

7.  I understand that anesthetic risks include: discomfort, swelling, bruising, infection, prolonged numbness and allergic reactions. There may be inflammation at the site of an intravenous injection (phlebitis) that may cause prolonged discomfort and/or disability and may require special care. Nausea and vomiting, although uncommon, may be unfortunate side effects of IV anesthesia. I understand that intravenous anesthesia is a serious medical procedure and although considered very safe, does carry with it rare risks of heart attack, brain damage or even death.

8.  My obligations if intravenous sedation or general anesthesia is used:
    A. Because anesthetic medications cause prolonged drowsiness, a responsible escort must bring me to the office, take me home, and stay with me until I have sufficiently recovered to care for myself. This may take up to 24 hours.
    B. **I may not have anything to eat or drink for eight (8) hours prior to my anesthestic. I understand that *to do otherwise may be life-threatening*.**
    C. It is important, however, that I take any regular medications (high blood pressure medicine, antibiotics, etc.) using only a small sip of water.
    D. During my recovery period (24 hours after surgery), I must not drive a car or operate machinery or power tools. I should avoid making important decisions such as signing legal documents, etc.

9.  No guarantee or assurance has been given to me that my proposed treatment will be curative and/or successful to my complete satisfaction. I understand that due to individual patient differences, there exists a risk of failure, relapse, selective retreatment, or worsening of my present condition despite the care I have been provided.

10. I have had an opportunity to discuss with Dr. Haruki my past medical and health history including any serious problem and/or injuries.

11. I agree to cooperate completely with the recommendations of Dr. Haruki while I am under his care, realizing that failure to follow recommendations and post-operative instructions could result in a less than optimal outcome.

I have received information about my proposed treatment. I have discussed my treatment with Dr. Haruki and have been given an opportunity to ask questions and have them fully answered. I understand the nature of the recommended treatment, alternate treatment options, and the risks of my recommended treatment. **I wish to proceed with the recommended treatment.**

X _____     12/9/02
Patient's (or Legal Guardian's) Signature          Date

_____     12/9/02
Witness' Signature                                 Date

_____     12/9/02
Doctor's Signature                                 Date

000303

14



**Pacific Maxillofacial Center, Inc.**

Oral & Maxillofacial Surgery
Todd K. Haruki, D.D.S., M.D.

December 9, 2002

Terry S. Matsumoto, DMD
848 S. Beretania Street, Suite 301
Honolulu, HI 96813

Regarding: Linda D. Sekiya

Dear Dr. Matsumoto:

Thank you for your referral of Mrs. Linda Sekiya. I had the pleasure of seeing her on December 9, 2002. The following procedure was performed:

        Removal of tooth #31

Linda was a very nervous, but cooperative patient who did very well with local anesthesia and nitrous oxide/ oxygen inhalation sedation. She will be in touch with us for normal post-operative care.

Thank you again, Terry, for the opportunity to participate in Linda Sekiya's care. My staff and I consider it a privilege to care for your patients, and we appreciate your confidence.

Sincerely,

Todd K. Haruki, DDS, MD

Enc.: 1 PA

Main Office: 1060 Young Street, Suite 312, Honolulu, Hawaii 96814
Mililani Office: 95-390 Kuahelani Avenue, Suite 1A, Mililani, Hawaii 96789
Tel. (808) 735-0455 Fax. (808) 585 8458

000304

15