**HUGH N. HAZENFIELD, M.D., F.A.C.S**
*Otolaryngology - Head and Neck Surgery*

| | | |
|---|---|---|
| 98-1079 Moanalua Road, Suite 660<br>Aiea, Hawaii 96701 | 302 California Avenue, Suite 216<br>Wahiawa, Hawaii 96786 | 91-2139 Fort Weaver Road, Suite 108<br>Ewa Beach, Hawaii 96706 |

Telephone (808) 622-2626
FAX (808) 622-0066

Website: www.dochazenfield.com

## FACSIMILE COVER

TO: Linda D. Sekiya
COMPANY:
CITY:
FAX NO.: 945-X(6?)

FROM: M. Hara
DATE: 7/16/03

NO. of PAGES (Including this page): 12

Please respond by   [ ] Fax   [ ] Telephone   [ ] Letter

Protected Health Information (PHI) is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and/or state law.

**WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential.

If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information is **strictly prohibited.** If you have received this message by error, please notify the sender immediately to arrange for the return or destruction of these documents.

COMMENTS:

FAXED
JUL 1 - 2003
BY:

**EXHIBIT I**

000262

## HUGH N. HAZENFIELD, M.D., F.A.C.S.
*Otolaryngology - Head and Neck Surgery*

| 98-1079 Moanalua Road, Suite 350 | 302 California Avenue, Suite 216 | 91-2139 Fort Weaver Road, Suite 108 |
| --- | --- | --- |
| Aiea, Hawaii 96701 | Wahiawa, Hawaii 96786 | Ewa Beach, Hawaii 96706 |
|  | (808) 622-2626 |  |

| [X] Follow-up Visit | [ ] Post-operative Visit | [ ] New Problem or New Visit |
| --- | --- | --- |

**ALLERGIES:** PCN; Combid

**HISTORY:**
12 days ago, developed severe right otalgia after using Q-tips (which she uses frequently)
Rx: Cortisporin gtts. (improved)

| REVIEW OF SYSTEMS | Reviewed with Patient |
| --- | --- |
| Constitutional | [ ] |
| Eyes | [ ] |
| Ear, Nose, Throat | [X] |
| Cardiovascular | [ ] |
| Respiratory | [ ] |
| Gastrointestinal | [ ] |
| Genitourinary | [ ] |
| Musculoskeletal | [ ] |
| Integumentary | [ ] |
| Neurological | [ ] |
| Psychiatric | [ ] |
| Endocrine | [ ] |
| Hematologic/Lymphatic | [ ] |
| Allergic/Immunologic | [X] |

**EXAMINATION:**
General:
Ears: AU: cerumen (debrided). Slightly tender posterior wall right EAC. TM's normal
Nose:
Mouth:
Pharynx:

Nasopharynx:
Hypopharynx:
Larynx:
Neck:
Other:

**DIAGNOSIS(ES):**
Cerumen impactions
Resolving otitis externa AD

**TESTS/THERAPY:**
Cortisporin for 3 more days AD
D/C Q-tips!

**RETURN:** PRN          **CALL:** PRN

**COPY TO REFERRING PHYSICIAN:**   [ ] Yes: M. Inada, M.D.   [X] No

*Hugh N. Hazenfield, M.D., F.A.C.S.*

**PATIENT NAME:** Sekiya, Linda          **DATE:** May 30, 1997

000263

2

**JGH N. HAZENFIELD, M.D., F.A.C.S.**
*Otolaryngology - Head and Neck Surgery*

98-1079 Moanalua Road, Suite 350
Aiea, Hawaii 96701

302 California Avenue, Suite 216
Wahiawa, Hawaii 96786

Telephone (808) 622-2626
FAX (808) 622-0066

91-2139 Fort Weaver Road, Suite 108
Ewa Beach, Hawaii 96706

Website: www.doctor-ent.com

September 22, 2000

Michael Inada, M.D.
98-1079 Moanalua Road
Suite 600
Aiea, HI 96701

RE: Linda Sekiya

Dear Dr. Inada:

Thank you for referring Linda Sekiya to me; I saw her in consultation today.

Mrs. Sekiya is a 53-year-old lady who presents with either wax or pus in the left ear for approximately one month. She states it now feels better. Past history is otherwise noncontributory.

Physical examination demonstrated a well-developed, well-nourished female in no acute distress. Cerumen was debrided from both external auditory canals, and there was a small amount of exudate in the right. The tympanic membranes were normal. There was nasoseptal deviation. The rest of the head and neck examination was normal.

My diagnoses include **cerumen impactions and otitis externa.**

I provided her with samples of Tobradex drops for the right ear to be used t.i.d. for three days. She is to return if necessary.

Thank you, again, for your confidence in referring this patient to me.

Yours truly,

Hugh N. Hazenfield, M.D., F.A.C.S.

HNH/lmc
Dictated but not read.

000264

3

**HUGH N. HAZENFIELD, M.D., F.A.C.S.**
**TIMOTHY J. McLAUGHLIN, D.O.**
Otolaryngology Head and Neck Surgery Facial Plastic & Reconstructive Surgery

| | | |
|---|---|---|
| 1079 Moanalua Road, Suite 350<br>Aiea, Hawaii 96701 | 302 California Avenue, Suite 216<br>Wahiawa, Hawaii 96786 | 91-2139 Fort Weaver Road, Suite 108<br>Ewa Beach, Hawaii 96706 |

Telephone (808) 622-2626   FAX (808) 622-0066
Website: www.doctor-ent.com

---

**Type of Visit:** Follow-up visit

**ALLERGIES:** Codeine; Combid; Penicillins

**HISTORY:** The patient has a one-month history of a plugged right ear.

**REVIEW OF SYSTEMS:** The review of systems is unchanged.

**EXAMINATION:**
**General:** Well-developed, well-nourished female in no acute distress. Oriented X 3. Normal communication.
**Ears:** Massive cerumen impactions were debrided from both ear canals. Both canals and tympanic membranes were normal with normal tympanic membrane mobility.
**Nose:** There was mild nasal septal deviation, and the nasal mucosa was pale and edematous.
**Mouth:** Normal oral mucosa.
**Nasopharynx:** Exam deferred
**Pharynx:** Lymphoid hyperplasia.
**Hypopharynx:** Exam deferred
**Larynx:** Exam deferred
**Neck:** No palpable cervical lymphadenopathy nor masses.
**Other:**

**DIAGNOSIS(ES):** 380.4-Impacted Cerumen;

**TESTS/THERAPY:** None

---

**RETURN:** PRN                    **CALL:** PRN

**REFERRING PHYSICIAN:** Michael Inada, M.D.   Copy: Yes

Hugh N. Hazenfield, M.D., F.A.C.S.

---

**PATIENT NAME:** Linda Sekiya         **DATE:** 01/11/02

000265

**HUGH N. HAZENFIELD, M.D., F.A.C.S.**
Otolaryngology - Head and Neck Surgery

| 98-1079 Moanalua Road, Suite 660 | 302 California Avenue, Suite 216 | 91-2139 Fort Weaver Road, Suite 108 |
| --- | --- | --- |
| Aiea, Hawaii 96701 | Wahiawa, Hawaii 96786 | Ewa Beach, Hawaii 96706 |

Telephone (808) 622-2626
FAX (808) 622-0066

Website: www.dochazenfield.com

---

**Type of Visit:** Follow-up Visit

**ALLERGIES:** Codeine; Combid; Penicillins

**HISTORY:** The patient has cerumen impactions again.

**REVIEW OF SYSTEMS:** The review of systems is unchanged.

**EXAMINATION:**
**General:** Well-developed, well-nourished female in no acute distress. Oriented X 3. Normal communication.
**Ears:** Cerumen was debrided from both external auditory canals. Both canals and tympanic membranes were otherwise normal with normal tympanic membrane mobility.
**Nose:** Exam deferred
**Mouth:** Exam deferred
**Nasopharynx:** Exam deferred
**Pharynx:** Exam deferred
**Hypopharynx:** Exam deferred
**Larynx:** Exam deferred
**Neck:** Exam deferred
**Other:**

**DIAGNOSIS(ES):** 380.4-Impacted cerumen

**TESTS/THERAPY:** None at present. Do not use Q-tips.

---

**RETURN:** 6 months          **CALL:** PRN

**COPY to REFERRING PHYSICIAN:** Michael Inada, M.D.   **BY FACSIMILE**

Hugh N. Hazenfield, M.D., F.A.C.S.

---

**PATIENT NAME:** Linda Sekiya          **DATE:** 12/11/02

000266

**HUGH N. HAZENFIELD, M.D., F.A.C.S.**
Otolaryngology - Head and Neck Surgery

| | | |
|---|---|---|
| 98-1079 Moanalua Road, Suite 660<br>Aiea, Hawaii 96701 | 302 California Avenue, Suite 216<br>Wahiawa, Hawaii 96786 | 91-2139 Fort Weaver Road, Suite 108<br>Ewa Beach, Hawaii 96706 |

Telephone (808) 622-2626
FAX (808) 622-0066

Website: www.dochazenfield.com

---

**Type of Visit:** Follow-up Visit

**ALLERGIES:** Codeine; Combid; Penicillins

**HISTORY:** The patient has cerumen in both ears again. She also has had right otalgia for four days. She uses rolled-up tissue in her ears for showering.

**REVIEW OF SYSTEMS:** The review of systems is unchanged.

**EXAMINATION:**
**General:** Well-developed, well-nourished female in no acute distress. Oriented X 3. Normal communication.
**Ears:** Cerumen was debrided from both external auditory canals. There was a purulent exudate in the right canal. Both tympanic membranes were intact.
**Nose:** Exam deferred
**Mouth:** Exam deferred
**Nasopharynx:** Exam deferred
**Pharynx:** Exam deferred
**Hypopharynx:** Exam deferred
**rynx:** Exam deferred
**ck:** Exam deferred
**Other:**

**DIAGNOSIS(ES):** 380.10-Otitis externa;380.4-Impacted cerumen

**TESTS/THERAPY:** Do not use tissue in ears. Use cotton with Vaseline to seal for showers.

**PRESCRIPTION:** Cipro HC Otic (Dosage: NA SIG: 6 drops affected ear Dispense: 10 ml. Refills: 0)

---

**RETURN:** 6 months                    **CALL:** PRN

**COPY to REFERRING PHYSICIAN:** Michael Inada, M.D. BY FACSIMILE

Hugh N. Hazenfield, M.D., F.A.C.S.

---

**PATIENT NAME:** Linda Sekiya        **DATE:** 05/14/03

000267

**EARS:**
Rinne:
Weber:
Canals:
AD: sm at cerumen (debrided)
AS: nl

**NOSE:** Pale mucosa

**TRANS:**

**NASOPHARYNX:** —

**ORAL CAVITY:** nl
Tender (2+) both TMJ's ō crepitus

**HYPOPHARYX/LARYNX:** —

**NECK:** nl

**OTHER:**

**DX:**
1. Allergic rhinitis
2. Cerumen
3. TMJ - pds
4.

**TESTS:**
[ ] Audio (A/B/Sp)
[ ] C&S (___) (B/F)
[ ] Sinus Series
[ ] C.T. (___)
[ ]
[ ]

**RX:**
1. TMJ instructions
2.
3.

Call:     Return:
Signed: Hugh N. Hazenfield, M.D., F.A.C.S.

000268

**PATIENT NAME:** Linda D. Sekiya

(7)

| | |
|---|---|
| **EARS:**<br>Rinne:<br>Weber: | **Canals:** Cerum<br>AU<br>(debrided)<br>Erythema, crust AD |

**NOSE:** NSD

**TRANS:**

**NASOPHARYNX:**

**ORAL CAVITY:** nl

**HYPOPHARYX/LARYNX:**

**NECK:** nl

**OTHER:**

**DX:**
1. Cerumen
2. OE
3.
4.

**RX:**
1. Cortisporin gtts AD
   TID
2.
3.

**TESTS:**
[ ] Audio (A/B/Sp)
[ ] C&S (____) (B/F)
[ ] Sinus Series
[ ] C.T. (____)
[ ] ____
[ ] ____

Call: ____  Return: ____
Signed: _____
Hugh N. Hazenfield, M.D., F.A.C.S.

000269

**PATIENT NAME:** Sekiya, Linda

9/7/00
(8)

NAME: Linda D. Sekiya  MR.[ ] MISS [ ] MRS.[X] DATE: 1/31/97
ADDRESS: 98-1620 Nahele Street  CITY: Aiea  STATE: HI  ZIP: 96701
HOME PHONE: 487-7035  BIRTHDATE: 9/27/46  AGE: 50  SSN: 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
REFERRING DOCTOR OR OTHER:
(Michael Inada, M.D.)  ADDRESS: _____  PHONE: 487-5115
_____  ADDRESS: _____  PHONE: _____
GUARANTOR: Lawrence N. Sekiya  RELATIONSHIP: Husband
EMPLOYER OF GUARANTOR: Pearl Harbor Naval Shipyard (x99)
ADDRESS: Box 300 Pearl Harbor, HI 96860  PHONE: 474-7693
INSURANCE CO.: HMSA (med 087) Maj. V  NUMBER: F77147742
INSURANCE CO.: _____  NUMBER: _____

**DOCTOR'S NOTES**

OCCUPATION: Fed Govt - Bu Admin  ALLERGIES: PCN; COMBID
CHIEF COMPLAINT: Otalgia AD
SINCE WHEN: 1/24/97
PRESENT ILLNESS:

Sudden onset
Used Q-tip → worse
left Abn, pain
& dental work
s/p update
Hx
Tinitus

000270

(9)

NAME: Linda Sekiya          MR.[ ] MISS [ ] MRS. [X] DATE: 9/22/00
ADDRESS: 1517 Makiki St. #1201  CITY: Honolulu  STATE: HI  ZIP: 96822
HOME PHONE: 945-7864     BIRTHDATE: 9/27/46  AGE: ~~50~~ 53  SSN: 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
REFERRING DOCTOR OR OTHER:
_M. Inada_ ADDRESS: _____ PHONE: _____
ADDRESS: _____ PHONE: _____
GUARANTOR: Mr. Sekiya, Lawrence  RELATIONSHIP: Husband
EMPLOYER OF GUARANTOR:
ADDRESS: sss
INSURANCE CO.: HMSA (Med 087)   NUMBER: F771477 ?
INSURANCE CO.: _____           NUMBER: F070826641

### DOCTOR'S NOTES

OCCUPATION: Fed gov't
CHIEF COMPLAINT: Cd___ ~ pres AS       ALLERGIES: ~~NKDA~~
SINCE WHEN: c 8/22/00                   PCN COMPD
PRESENT ILLNESS:                        Codeine (9/22/00)

Cer___ or evaluate AS x/ ___

000271

(10)



June 24, 2003

Hugh Hazenfield, M.D.
302 California Avenue
Suite 216
Wahiawa, HI 96786

Ph 622-2626
Fax 622-0066

Dear Dr. Hazenfield,

I am requesting a copy of my entire file to be mailed or faxed to my attorney (per his request) at the following:

    Mr. Elbridge W. Smith
    Smith Himmelmann
    Attorneys at Law
    Davies Pacific Center
    Suite 909
    841 Bishop Street
    Honolulu, HI 96813

    Ph. 523-5050
    Fax 538-1382

Also, I would appreciate one copy faxed to me at 945-7864.

Your cooperation on this matter would be sincerely appreciated.

                         /s/
                     LINDA D. SEKIYA
                     Ph/fax 945-7864

000272

11

July 9, 2003

Hugh Hazenfield, M.D.

Attn: Paul

Per our conversation, I am enclosing a check for $20.83 for a copy of my files. I notified the attorney's office and you will be getting a direct request from them.

Thank you.

LINDA D. SEKIYA

000273

12