September 25, 2001

Honorable Neil Abercrombie
U.S. Congressman
1502 Longworth House Office Building
Washington, D.C. 20515

Dear Congressman Abercrombie,

I am shocked and appalled at the unfair and unprofessional treatment to which I have been subjected to by Defense Reutilization and Marketing Office-Hawaii's (DRMO-HI) Chief/Zone Manager, Deputy and Property Management Branch Chief.

There are two problems involved and I have been unsuccessful in getting it resolved. This is a little background information regarding me. I am fifty-four (54) years old and have been working for the federal government over thirty-four (34) years-of which twenty-six (26) years has been with this organization. I have no notable negatives in my personnel records. My mid-year and annual performance appraisals were good. Mr. Ching (my supervisor) said he has no complaints about my work.

The first problem is that I was denied the right to attend a pre-retirement seminar. On 6/4/01, I received an e-mail (see encl 1) requesting a survey of employees who would be interested in attending this seminar. It would be held on site at $35.00 per person. I responded to my supervisor (Godfrey Ching-PMB Chief) by e-mail (see encl 2) that I was interested. I was informed on 7/26/01 that I was one of four (out of the whole organization) that was not authorized to attend. When I questioned Mr. Ching about the reason for prohibiting me—he replied it was because all of us had previously attended one. I attended one back in March 1997. Since then there has been a lot of changes and new topics like long term care, 529 savings plan, Roth IRA's, etc. The four employees range in ages 54-70. Three each have thirty (30) or more years of service and one has almost twenty (20) years of service. Mr. Shizuo Yanagi has given me permission to disclose information about him and he also questioned management's decision. He is 70 years old and has over thirty (30) years of service. All four are either qualified or extremely close to becoming eligible for retirement.

According to my supervisor, the Chief/ZM (Edwin Domdoma) made the final decision. There are about forty-eight (48) employees and they also extended 4-6 invitations to Camp Smith employees to attend. Not all the attendees were eligible for retirement or even close to it. Some are newly hired with less than three (3) years of service, some are in their forties and others came straight out and said they are not ready or cannot afford to retire. Yet, they were all authorized for this training.

I would like to know what factors were considered in determining who was eligible to attend. My written request dated 7/27/01 (see encl 3) to Mr. Godfrey Ching and Deputy Mrs. Shirley Saki has gone unanswered. In my opinion, I felt discriminated against.

**EXHIBIT U**

001082

When an employee is contemplating a major decision such as retirement, they need to be informed of the many issues necessary to make an intelligent decision. Everyone has different circumstances and all of these elements must be weighed to maximize their benefits. I have since put in my retirement papers and it will be effective 10/1/01. At this point a seminar would not benefit me but I would like a written response to this issue and hopefully improve the quality of personal concern for other employees who will retire in the future.

The organization will spend exorbitant amounts of money for office furniture, palm pilots, color printers, travel and training (for a selected few). Yet, employees who have been loyal for 20-30 years are barred from a seminar, which affects their livelihood. Money that was spent on sending non-eligibles to this (in my opinion) could be construed as abuse of government funds.

My second problem has to do with the amount of leave that I have taken from January to August 2001. Granted, I have never been a healthy person throughout my life. I have suffered with migraines/tension headaches from the age of ten. In addition to this-I have had a number of problems with my right foot and have been on crutches since December 1999. I possess a handicap placard.

In November 2000, my father had been diagnosed with cancer and his condition was rapidly deteriorating. He lived alone and while I am not the only child, I am the only one living here that could assist him with his needs. The burden of responsibility of going to work and attending to him was extremely stressful. In early February, he was placed in Hospice and passed away at the end of March. During this time I managed his bills, disposed of his property, met with social workers, hospice personnel, arranged for a funeral plan and everything conceivably associated with this type of situation. After the passing, it was handling the estate and the grieving period.

During this time frame I had the flu four times and the stomach flu on another occasion. My immune system was down and I was susceptible to almost everything I came in contact with. My doctor said it was probably due to the stress and constantly being on the go. (I have never had the flu that many times in one season).

Well, again the three previously mentioned thought that the leave I was using was excessive. Therefore, I had been informally notified that I needed to save my leave. Two weeks after I requested my pre-retirement denial to be in writing-I was called into my supervisor's office and told that I would be issued a letter of requirement because they suspect me of abusing my leave. On 8/22/01 at approximately 11:50 A.M., Mr. Ching called me into his office. I asked him if it was going to take long—He said, "No, but you might shit when you see this!" At that time he issued me the letter (see encl 4), which I initialed and dated.

Enclosed is a calendar of my leave and other necessary appointments-a lot of which I arranged to do other than working hours. All leave slips have been approved (see encl 5).

001083

I used all of my vacation leave while I was sick—so I have not taken any vacation this year. As previously stated, I have worked there for 26 years and at this time in my career and personal hardship; they are inferring that I am abusing my leave. I feel a tremendous amount of insensitivity that was displayed in this situation. They're so called Pacific Zone Commitments (see encl 6) like understanding and fairness are merely words because management's action are not consistent with organizational values. They lack family friendly policies and are not genuinely concerned about employees. They instill fear in their employees saying threatening things like "your job is on the line". Also, saying things like-"If you don't like it--there's the door". There have been rapid changes for workers who are unprepared for an assignment. (Example: Since 9/12/01 (after threatcon Delta) they have assigned employees to monitor the gate to the compound. No training given. I am on that list and being on crutches—what protection would I be capable of if anyone were to barge into the entrance). They turn-up the pressure on workers and set aside health concerns to remain productive and profitable. There is increased absenteeism, low morale and a large number of workers who would like to quit their jobs. It is quite evident that there is a major lack of support from the supervisors.

To further compound this situation, I was informed on 9/8/01, that my mother (who is 79) does not have much life expectancy—but she has not been told of this. After much discussion, my brother who lives in Los Angeles is now in the process of relocating to Hawaii. There are many things that we need to get in order before her passing. I have been under the care of my psychiatrist and he has doubled the dosage of my tranquilizer since the July incident. He has been treating me for anxiety and depression for a number of years. I had been improving until now. I have not been to work since 9/10/01. However, when I call in daily, my supervisor has been asking for a doctor's paper. I told him the letter states upon my return I need to furnish you with a certificate from my physician. I then asked him "What is the greatest concern?" he replied, "I don't know". Their primary concern (in my opinion) is retaliation.

Due to working under these stressfully conditions my health has continually declined. I have been plagued with aching muscles, headaches, insomnia, impaired immune system, shortness of breath, exhaustion, ulcers and feeling of being "burnt-out". My doctor bills, the physical, emotional and mental anguish that I have endured should be compensated. No employee should have to work under these conditions. Every attempt should be made to investigate the problems and allow the employee the privilege of expressing their concerns as if it were an "exit interview" with no repercussion.

If there are any questions or other documents that you would like me to provide, you can reach me at (808) 945-7864, which is both a phone and fax.

Your cooperation on this matter would be sincerely appreciated.

Linda D. Sekiya

001084

Cc: Vice Admiral Keith W. Lippert
DLA Headquarters
8725 John J. Kingman Road
Fort Belvoir, VA 22060-6221

Col. John A. Marx
Defense Reutilization and Marketing Service
Federal Center
Battle Creek, MI 49017-3092

Honorable Alexis M. Herman
Secretary, U.S. Department of Labor
200 Constitution Avenue, NW
Washington, D.C. 20210

Office of Communications and Legislative Affairs
Equal Employment Opportunity Commission
1801 L. Street NW
Washington, D.C. 20507