Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| SEKIYA, LINDA D. | 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 | 09-27-1946 | 10-01-2001 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 302 | Retirement-Voluntary |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| SQM | 5 U.S.C. 8336 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
|  |  |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
|  |  |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
|  |  |

**7. FROM: Position Title and Number**
PROPERTY DISPOSAL TECHNICIAN
R1224 - 13021

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| GS | 1107 | 07 | 09 | $34,433.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $34,433.00 | $0 | $34,433.00 | $0 |

**14. Name and Location of Position's Organization**
DRMS INTERNATIONAL
EUROPE REGION DRMOS
PACIFIC ZONE
DRMO HAWAII
HAWAII PROP MGMT BR     JA ACAP

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
|  |  |  |  |

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 1 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | N | YES __  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Waived | 9 Not Applicable | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 07-24-1967 | F Full-Time |  |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N — E-Exempt, N-Nonexempt | 582011000 | 070416 |

| 38. Duty Station Code | 39. Duty Station (City – County – State or Overseas Location) |
|---|---|
| 150250003 | BARBERS POINT / HONOLULU / HAWAII |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| CMP-LV:053( | POS-SNVY: 1 | ACQ-POS-CAR-C | PAY-TBL 0000 | ED-LVL 04 INST-HI DEG-YR |

**45. Remarks**

Forwarding address: 1517 Makiki Street Apt 1201 Honolulu, HI 96822-4522.

SF-8 issued to employee 01-OCT-2001.

SF-293 issued.

Lump-sum payment to be made for any unused annual leave.

Reason for retirement: to obtain retirement benefits.

EXHIBIT V

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| Defense Logistics Agency (DD07) | Joyce A. Skoczen |
|  | Employee Relations Specialist |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DD07 | 2972 | 10-01-2001 |

001073

5-Part 50-316                          TURN OVER FOR IMPORTANT INFORMATION

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238