UC-268
(Rev. 7/87)

STATE OF HAWAII
Department of Labor and Industrial Relations
Unemployment Insurance Division
VERIFICATION OF RETIREMENT, PENSION, OR SIMILAR INCOME

NOTICE TO CLAIMANT: Since you are eligible to receive retirement or pension payments, we need to verify the amount and source of such payments. Please have this form completed by the employer, agency, or organization that issues the payment. Your signature on this form is needed to authorize release of information.

NAME __Linda D. Sekiya__        SSA No. __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__

I hereby authorize __DRMO-HAWAII / DLA / DFAS OPLOC-CHA__
                   (Name of employer, agency, organization)
to furnish necessary information to the Department of Labor and Industrial Relations concerning my receipt of retirement, pension, or similar payments.

__/s/ Linda D. Sekiya__          __10-17-01__
        Signature                    Date

NOTICE TO EMPLOYER, AGENCY, ORGANIZATION, ETC.: Please complete the following items and return this form to the address below.

1. TYPE OF PAYMENT _____
   (If receiving Social Security, old age, or disability retirement benefits, indicate if primary or secondary.)

2. AMOUNT OF PAYMENT (Gross) $_____ per week/month/year/other (specify)
                             (If estimate, please indicate)   (circle one)

3. Effective date of payments (month, day, year) _____

4. If this individual received or will receive lump sum or retroactive payment(s):
        Amount of such payment $_____
        Period payments cover
                              (From)          (To)
        Date of payment (month, day, year) _____

5. Please indicate the proportion, if any, the employer, agency, or the organization contributed to the cost of the pension plan as compared with the proportion, if any, the individual contributed:

   [ ] financed entire cost            [ ] more than one-half but less than 100%

   [ ] exactly one-half                [ ] less than one-half

6. Will this individual be receiving any future increase in his/her pension or retirement amount, such as a yearly cost-of-living adjustment?
   YES _____ NO _____
   If YES, Effective date(s) of increase(s) _____
   Date(s) increase will be received _____
   Amount of increase $_____ or Percentage _____ %

7. If this individual was employed by your company, organization, agency, etc. during the last 12 to 15 months, were his/her employment or wages during those months used to qualify him/her for his/her pension or retirement, or did such employment or wages increase the amount of pension the individual is receiving? YES _____ NO _____

SIGNATURE OF REPRESENTATIVE _____    DATE _____

                                                 Title _____
    HONOLULU CLAIMS OFFICE
    830 Punchbowl Street, Room 110              PHONE NUMBER _____
    P. O. Box 1730
    Honolulu, HI 96812-4090

001049                                          EXHIBIT W

UC-BP-1 (Rev. 2/01)   **APPLICATION FOR DETERMINATION OF INSURED STATUS**   FOR OFFICE USE ONLY

**Please Print**

1. SOCIAL SECURITY ACCOUNT NUMBER: 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

   NAME: SEKIYA, LINDA D.
   (LAST, FIRST, MIDDLE)

2. Other Name Worked Under: CASTILLANO

3. ADDRESS: 1517 MAKIKI ST. #1201
   CITY: HONOLULU   STATE: HI   ZIP CODE: 96822

4. TELEPHONE NUMBER: (808) 945-7864   SEX: Female ☒

5. MARITAL STATUS: Married ☒

6. NUMBER OF DEPENDENTS: 1   YEARS OF EDUCATION: 12   YOUR BIRTH DATE: 9-27-46

7. I certify, under penalty of perjury, that I am a citizen or national of the U.S. ☒ YES

8. Will you be referred to your next job by a labor union? ☒ NO

9. Did you work this week? ☒ NO

10. Are you required to make or do you owe child support payments? ☒ NO

**FOR OFFICE USE ONLY**

11. WORK RECORD:

    EMPLOYER NAME: DRMO-HI
    ADDRESS: BOX 75298, KAPOLEI, HI
    PLACE EMPLOYED: BARBERS POINT
    PH. NO.: 684-5980   EMPLOYMENT TYPE: FULL-TIME ☒
    From: 6/75   to: 10-1-01
    Type of work: ADMINISTRATIVE
    Reason for Separation: Other ☒   Explain: RETIRED

12. Were you a director, officer, owner or shareholder of a business or corporation within the past 15 months? ☒ NO

13. Are you receiving or have you applied for any type of pension or social security retirement benefits? ☒ YES
    If yes, amount you are receiving monthly: $1700

14. Have you claimed, received, or applied for unemployment benefits in the past year? ☒ NO

001041

001042

The following question is being asked in compliance with U.S. Department of Labor regulations. You are not required to answer this question.

ARE YOU HANDICAPPED AS DEFINED IN SECTION 504 OF THE REHABILITATION ACT OF 1973? _____ YES _____ NO

A PERSON IS HANDICAPPED IF HE OR SHE HAS A PHYSICAL OR MENTAL IMPAIRMENT WHICH SUBSTANTIALLY LIMITS ONE OR MORE MAJOR LIFE ACTIVITIES; HAS A RECORD OF IMPAIRMENT; OR IS REGARDED AS HAVING SUCH IMPAIRMENT.

ELIGIBILITY REVIEW QUESTIONNAIRE

UC-BP-24 (Rev. 5/97)

Name: _Linda D Sekiya_    Social Security Number: _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_

1. Have you ever filed for unemployment insurance previously?   YES ( )   NO (X)
   If "Yes," when and where: _____
2. Was there any reason why you could not have accepted full-time work since you have been unemployed?   YES ( )   NO (X)
   If "Yes," please explain: _____
3. What kind of work did you perform on your last job? _Administrative_
   a. How long did you work at your last job? _26 yrs_
   b. What days did you work? _Mon-Fri_
   c. What were your hours? _40/week 7:30-4_
   d. What was your rate of pay? _$15.00/hr_ an hour; _____ a month.
4. What other kind(s) of work experience have you had? _Sales_
   a. How long did you work in this capacity? _13 yrs_
5. What kind of work are you looking for now? _Administrative_
   a. What is the lowest pay you will accept? _$15.00_ an hour; _____ a month.
   b. Circle the days of the week that you are willing and able to work:
      Sunday  (Monday)  Tuesday  Wednesday  Thursday  (Friday)  Saturday
   c. During what hours of the above days are you willing and able to work? _Days - 8-5pm_
   d. In what geographical areas are you willing and able to work? _Honolulu_
   e. What means of transportation do you have to get to work? _Car_
      (Specify: own car, bus, taxi, or other means.)
6. Do you expect to obtain work through a Labor Union?   YES ( )   NO (X)
   a. If "Yes," give name of union and local number: _____
   b. If "Yes," are you registered and in good standing?   YES ( )   NO ( )
   c. Would you accept nonunion work:   YES ( )   NO ( )
7. Has any employer offered you work since you became unemployed?   YES ( )   NO (X)
   If "Yes," please give name and address of employer: _____
8. Has the State Workforce Developement Division offered you a referral to work since you became unemployed?   YES ( )   NO (X)
   If "Yes," what was the result: _____
9. Do you
   a. Work for anyone now? ............................... YES ( )  NO (X)
   b. Spend any time in self-employment or in business of any kind? ........... YES ( )  NO (X)
   c. Attend or plan to attend school or vocational training? ............... YES ( )  NO (X)
   If "Yes," give name of employer, or kind of self-employment, or name of school and hours spent working or attending school or vocational training:
10. Are you claiming, receiving, applied for or do you plan to apply for:
    a. Social Security ..................................... YES ( )  NO (X)
    b. Pension ........................................... YES (X)  NO ( )
    c. Worker's Compensation (industrial injury) .......... YES ( )  NO (X)
    d. Educational assistance ............................. YES ( )  NO (X)
    e. Disability benefits ................................ YES ( )  NO (X)
    If you answered "yes" to any of the above, explain: _Retirement - Federal Pension_
11. Do you have minor children, aged or sick members in your family living with you?   YES ( )   NO (X)
    If "Yes," who will care for them if you should go to work?
    Name: _____   Phone: _____
12. What do you feel have been your major problems in finding a job? _____

13. To be answered by ex-servicepersons only:
    a. Were you employed by a civilian or governmental employer at the time you entered, voluntarily or involuntarily, U.S. military service for active duty, active duty for training, or inactive duty training?  YES (  )  NO (  )
    b. If you answered "yes" to the above question, have you applied with your pre-service employer for re-employment, as provided under federal law (50 U.S.C. App. Sec. 459)?  YES (  )  NO (  )
    If "Yes," what were the results _____
    _____
    If "No," why not _____

    c. Are you receiving or have you applied for:
       Subsistence allowance for vocational rehabilitation training (38 U.S.C. Chapter 31)   YES (  )  NO (  )
       War orphans' or widows' educational assistance allowance (38 U.S.C. Chapter 35)  YES (  )  NO (  )

## CLAIMANT: DO NOT WRITE BELOW THIS LINE

The Law provides that to be eligible for benefits, an individual must be able to work and available for work.

Re-employment and availability statement:

I am advised the following conditions are barriers to my re-employment and may adversely affect my eligibility for benefits.

| | |
|---|---|
| _____ Pay | _____ Work Search |
| _____ Hours, days, shifts | _____ Child care |
| _____ Labor market area | _____ School |
| _____ Transportation | _____ Self-employment |
| _____ Type of work (qualification/skills) | _____ Other _____ |
| _____ Highly unionized market | |

In order to improve my prospects of re-employment and continue eligibility I am advised:

_____
_____
_____
_____
_____
_____

CERTIFICATION: I am unemployed, ready, willing and able to work. I understand that the law provides penalties for false statements made for the purpose of obtaining benefits. I acknowledge receipt of the Eligibility Review Questionnaire and I certify to the truth of the statements entered herein.

_____                    _____
Claimant's Signature                                                              Date
(Sign in presence of interviewer)

INTERVIEWER'S COMMENTS:
_____
_____

_____    _____    _____
Interviewer's Signature                    Date                Date of Next Interview

FOR OFFICE USE ONLY:
IDENTIFICATION:

001044