Uncovered 10/18/01
Referred _____

**STATE OF HAWAII**
**UNEMPLOYMENT INSURANCE DIVISION**

**SUMMARY OF FACT FINDING INTERVIEW**

SEKIYA, LINDA D                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        Claim type 01    Local Office 1000

ISSUE: VL,

CLAIMANT'S STATEMENT: See BP-123 attached
October 26, 2001, t/c w/clt (945-7864) advised of purpose of call: I was employed by the Department of Defense from 6/1/75-10/01/01, I retired voluntarily. I was eligible for retirement so I retired. I was informed that I should be receiving my retirement income in approximately 60 days. I am currently seeking employment
October 31, 2001, t/c w/ clt, advised of purpose of call: I did not want to take a medical retirement. I took a voluntary retirement, but it was partly due to my on going health problems. My health problems were related to the stress level of my job. I was the Demilitarization Section, Branch Administrator. I over saw the destruction of military equipment from airplanes to missiles to M16s. The demands were so great and there were so many specifications for destruction, the stress level was too much for me. My doctor said that because I was eligible for retirement I should retire because the stress level would shorten my life. I submitted my paperwork for retirement about a week and a half before the 9/11 attack. Although I am currently on crutches, but I am still able to work. I am looking for a position that is not as stressful.

See attached:
Medical Certificate from Mark Bernstein, MD dated 11/01/01.

CLAIMANT'S STATEMENT:
November 5, 2001, t/c w/clt: The time off that the doctor had recommended was in 09/01, the month before I retired. I was able to work after 9/01. I really didn't want to retire for three more years because I have a son in college so I tried to find something in the federal government that would allow me to work the three more years, but there was nothing. I was looking for some time before I decided to retire. Retirement was in a way a last resort
November 7, 2001, t/c w/ clt, advised of purpose of call: My immediate supervisor Godfrey Ching was aware that the job related stress was a problem and that it was part of my reason for retiring. You can reach him at 684-6911.

EMPLOYER'S STATEMENT:
November 7, 2001, t/c w/ Godfrey Ching, Property Management Branch Chief (684-6911) advised of purpose of call: Linda did not inform me that she was looking for something less stressful or that the job related stress was part of her reason for retiring. Had we known, we would have assisted her in finding another position. We could have put her in a temporary position until she was able to find something permanent or we could have reassigned some of her duties. We would have addressed the situation.

383-30(1):

I have read the foregoing statement and it is true and correct to the best of my knowledge. I have given the above information for the purpose of obtaining unemployment benefits, knowing that the law provides penalties for false statements or withholding material facts.

| 11/08/01 | N. Teramae | | EXHIBIT X |
|---|---|---|---|
| Date | Examiner's Signature | Claimant's Signature | |

___ No Disqualification        Section 383-_____        File date _____

001031