12/26/03

Spoke w/ Ron Camara

Asked if he would ascertain giving up slot for pre retirement seminar.

"Yes"

Mentioned GS-11 Denil position since I left

I retired as GS-7 than w/in 1 yr position upgraded to GS-11. Edwin Domdoma purposely kept that lower grade because I was in it.

EXHIBIT Z

000894