Informal EEO - Intake Information

Aggrieved Person's Name: **LINDA D. SEKIYA**

Job Title: **PROPERTY DISPOSAL TECHNICIAN**

Job Series: **1107**

Job Grade: **GS-7**

Place of Employment: **BARBERS POINT, HAWAII**

Address of Employment: **P.O. BOX 75298, KAPOLEI, HI 96707-0298**

Work DSN Phone No: **(808) 684-7680**

Home Phone No: **(808) 945-7864**

Home Address: **1517 MAKIKI ST #1201**

Home City & State: **HONOLULU, HI 96822**

Brief explanation of how you feel you were discriminated against. Meaning: what action or behavior took place that made you feel you were discriminated against.(add an another sheet of paper if more is space needed) ① DENIED ATTENDANCE FOR PRE-RETIREMENT SEMINAR WHEN ELIGIBLE. (4 PEOPLE INVOLVED). ② AFTER REQUESTING REASON FOR DENIAL IN WRITING - 2 WEEKS LATER I WAS SERVED "LETTER OF REQUIREMENT" STATING ABUSE OF LEAVE. ③ ALLOWED MANAGEMENT TO MAKE HUMILIATING REMARKS DUE TO MY PHYSICAL HANDICAP. I POSSESS A HANDICAP PLACARD

Date of alleged discrimination (mm/dd/yyyy) ① 7/30/01  ② 8/22/01  ③ 1/00 - 9/01
Basis for alleged discrimination:(select & specify)
Race ( )
Color ( )
National Origin ( )
Sex ( )
Age (X) (include date of birth) **9-27-46**
Disability (X) **PHYSICAL HANDICAP**
Religion ( )
Reprisal (X) (identify previous event or issue & give date of event or date of the issue) **IG COMPLAINT (MAY 1990)**
**RESPONSE FOR ERNIE CORREA (JAN 1993)**

EXHIBIT BB    000145

<u>What is your requested remedy?</u>
COMPENSATION - DOCTOR/HOSPITAL/MEDICATION/SUPPLIES/SICK LEAVE/ANNUAL LEAVE/LWOP/BACK PAY W/ INTEREST/LOST TIME - UNABLE TO WORK/INCONVENIENCE/PAIN + SUFFERING/ANXIETY/LOSS OF SLEEP/SEVERE DEPRESSION/EMOTIONAL STRESS/DISCOMFORT/NAUSEA/DIZZINESS/STRESS HEADACHES/EATING/DIGESTING/STOMACH PROBLEMS/LOSS OF VACATION/LOSS OF PLEASURE + OPPORTUNITIES/DECLINING HEALTH/LONGER TREATMENT/LONGER RECOVERY PERIOD/FUTURE RECOVERY COST. RETIRED 3 YRS EARLIER THAN ANTICIPATED DUE TO STRESS (MENTAL + PHYSICAL). CORRECTION TO PERSONNEL RECORDS. RELOCATE ZM/DRAO-HI CHIEF OFF ISLAND.

If you need additional space attached another sheet of paper.

I am hereby requesting a counselor be assigned to me, to address the issue(s) mentioned within this document regarding my feelings of discrimination.

Are you intrested in mediation? *(Please circle below)*
Yes   (No)   Need mor information about mediation

_____   12-9-01
Signature                                    Date

000147
2