June 24, 2003

Douglas P. Hagen, D.O.
Union Plaza
Suite 501
1136 Union Mall
Honolulu, HI 96813

Ph. 531-7966

Dear Dr. Hagen,

I am requesting a copy of my entire file to be mailed or faxed to my attorney (per his request) at the following:

    Mr. Elbridge W. Smith
    Smith Himmelmann
    Attorneys at Law
    Davies Pacific Center
    Suite 909
    841 Bishop Street
    Honolulu, HI 96813

    Ph. 523-5050
    Fax 538-1382

Also, I would appreciate one copy faxed to me at 945-7864.

Your cooperation on this matter would be sincerely appreciated.

LINDA D. SEKIYA
Ph/fax 945-7864

**EXHIBIT DD**

000274

PROGRESS NOTE - - - -Sekiya, Linda 10-30-00  H  dragon

Patient presents with a number of serious complaints. Patient notes that she has had pain in the right heel since December 1999.

Evaluation of the right foot and leg reveals that the pain to is in the anterior portion of the right plantar surface of the calcaneous worded shines with the plantar fascia. There is some pain along the anterior medial aspect of the calcaneous there is also a little anterior lateral calcaneal pain.
Palpation of the medial aspect of the distal thigh presents some tenderness. Good asleep wake-up the lateral aspect of the distal thigh presents a little tenderness. There is tenderness immediately posterior to the patella of the right leg. 1/4 to one-fifth of the way from the knee to the heel and there are two areas of miles to moderate discomfort the most discomfort being on the medial aspect of the proximal lower leg.
Patient notes tenderness at the distal aspect of the gastrocnemius muscle worded shines with this Soleus muscle. She states that the discomfort is minor.

Cool and stretch procedures were used to treat the distal thigh, the posterior calf and the plantar surface of the calcaneous hand the attached plantar aponeurosis. The entire mechanism was then treated using counterstrain procedures to the cruciate ligaments, the hamstring muscles primarily on the lateral aspect of the thigh and ultimately the entire calf and gastrocnemius muscle masses and distribution hand the plantar aponeurosis.
The above was followed by muscle energy procedures types I-II bilaterally to the gluteal area is, the pelvis and the thighs. This was followed by the scissors procedure to the lumbosacral sacro-iliac area with good mobilization bilaterally. After repeat of the cool and stretch mechanism I suggested that the patient walk. She was afraid to bear wait on her her right foot because of the pain that she has been having since December. She limits considerably less stated that she thought was guarding rather than pain. She use her crutches which have helped her to move since December and decided that she didn't hurt. Her pain was much reduced. Patient will be seen November2.

*COMPUTER COMMAND*
*TO SLEEP (VOICE*

11-2-2000 Pt states 60°-70° improved but still walks c guarding

Treated both Calcaneous + both feet for c cool + stretch. Some real help.
Then Ptd PU + 8 feet very difficult procedures — she Ptd both thighs using muscle energy by Stretch —
Then Ptd LS SI c Scissors procedures — then specific check c fine to find Rules
Then specific corr.
Pt took some time to develop confidence c feet would catches —
stated she felt confidence + walked c crutches c good Results.   out→

11-16-00 idem as 10-30 - 11-2

000275

2

11-17-2000 FURTHER Hx. Sore lat. foot pain. Did foot massage roller enthusiastically → plantar irritation → had pain; kept working it → got worse —

Onset 11 mo ago. Doesn't know of any insult if any (sit they or a rock) that caused it.

Saw Podiatrist who gave Vioxx.

Pt got 70% pain relief on day of last treatment
Today pt still has 50% of that improvement (50% relief — 20% return in 14 days)

Evaluation of pt showed the RT leg to appear thinner than the Lt. the Rt. leg 10⅛". Lt leg 10½" looks like more than that. Then evaluated feet + found the Lft foot to be tighter than the Rt. She had been pushing this foot Hard into a foot massager when the pain developed. This area is the area that is still tender. Treated using anatomical appendicular procedures ā a good deal of relief. Tarsal bones were quite painful B/4 treatment in dorsum. Prior to this Pt was fairly sorry could + start ch. again —

At this time there was Heel pain. Distal Calcaneus mid line, Proximal plantar fascial pain + plantar fascial medial + lateral pain
Flexor Halucis longer + Flexor Halucis larger.

When the foot + ankle treatment was completed pt was continually able to walk. She, over a period of ≈ 20 min confident + obviously quite a bit more comfortable walking

ont

11-20-00 Hours wk 11-17
12-2-00 Cancel