**U.S. Department of Labor**  Employment Standards Administration
Office of Federal Contract
Compliance Programs
Washington, D.C. 20210



NOV 5 2001

Ms. Linda D. Sekiya
1570 Makiki Street, Apt. 1201
Honolulu, Hawaii 96822

Re: Linda D. Sekiya v. Defense Reutilization and Marketing Office

Dear Ms. Sekiya:

This is in response to a copy of your correspondence addressed to Congressman Neil Abercrombie dated September 25, 2001, and also mailed to former Secretary Alexis M. Herman. In your letter, you alleged that you were discriminated against by the U.S. Defense Reutilization and Marketing Office based on you age. Your correspondence was referred to the Office of Federal Contract Compliance Programs (OFCCP) for a direct response.

The OFCCP administers and enforces three equal employment opportunity (EEO) laws: Executive Order 11246, as amended (EO); Section 503 of the Rehabilitation Act of 1973, as amended (Section 503); and the Vietnam Era Veterans' Readjustment Assistance Act of 1974, as amended, 38 U.S.C. 4212 (VEVRAA). These laws prohibit Federal contractors and subcontractors from discriminating on the bases of race, color, religion, sex, national origin, disability or veteran status. They also require affirmative action in employment by Federal contractors and subcontractors.

The OFCCP does not have authority over other Federal agencies. Complaints of discrimination are handled by that agency's EEO Office. Therefore, we have referred your correspondence to your agency's servicing EEO Office:

>   Dr. Velma Clay
>   EEO Manager
>   U.S. Defense Logistics Information Service
>   74 North Washington Ave.
>   Battlecreek, MI 49017

*Working to Improve the Lives of America's Workers*

EXHIBIT FF



001034

-2-

For additional information, you may contact the EEO Office at (616) 961-4002.

Sincerely,

*Heidi Dalzell-Finger*

for HAROLD M. BUSCH
Director
Division of Program Operations

001035