SF 71
Revised 3/79
OFFICE OF PERSONNEL MANAGEMENT
FPM Supp. 990-2, S 2-9

**APPLICATION FOR LEAVE**

71-112

INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. Name (Print or type—Last, First, M.I.)
   SEKIYA, L

2. Employee I.D. Number

3. Organizational Unit
   DRMO-H/

4-A FROM: Month 6  Day 4  Hour 0730  A.M.
4-B TO: Month 6  Day 4  Hour 0945  A.M.
4-C Total Number of Hours: 2.15

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):
- [ ] Annual leave.
- [x] Sick Leave. (Complete reverse side of form.)
- [ ] Leave Without Pay.
- [ ] Compensatory Time.
- [ ] Other. (Specify)

6. Remarks: DR APP'T

7. Employee's Signature: [signed]

**OFFICIAL ACTION ON APPLICATION**

- [x] Approved
- [ ] Disapproved

Signature: [signed]

8. Date: 6-4-01
Date: 6-6-01

NSN 7540-00-153-5067

---

RAMAKRISHNA R. KOSURI, M.D.
PORTNER ORTHOPEDIC REHABILITATION INCORPORATED
615 PIIKOI STREET, SUITE 1210
HONOLULU, HAWAII 96814
PHONE: (808) 596-7300

NAME: Sekiya, Linda
ADDRESS: _____  AGE: _____
DATE: 06-04-01

℞ She is under my care for chronic Rt foot pain due to Plantar fasciitis. She is making progress. She needs to continue some more physical therapy sessions, using night splint/heel cup.

☐ LABEL
REFILL _____ TIMES

[signed] Rama Kosuri, MD
DEA NO: BK 4587877

**EXHIBIT HH**