(16)

# Portner Orthopedic Rehabilitation

## Files for

## Linda D. Sekiya

EXHIBIT II

000217

November 12, 2001

Portner Orthopedic Rehabilitation
615 Piikoi Street
Suite 1210
Honolulu, Hi 96814

Dear Sir or Madam:

I am requesting a copy of my entire file from the first visit until present.

If there are any questions, please feel free to call/fax 945-7864.

Your cooperation on this matter would be sincerely appreciated.

LINDA D. SEKIYA

PATIENT FINANCIAL HISTORY BY DT SERVICE
PORTNER ORTHOPEDIC REHABILITATION
Accounts 188271 - 188271 All Dates

| Da[illegible] | Dep # | Name | Dr# | Procedure | | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 71 SEKIYA,LINDA | | | | | Previous Balance : | | | | 0.00 |
| 03/10/01 | 0 | SEKIYA,LINDA | 66 | 99203 | New patient | | 728.71 | 1.00 | 151.93 |
| 03/19/01 | 0 | SEKIYA,LINDA | 63 | 97001 | PHYSICAL THERAPY EVA | | 728.71 | 1.00 | 68.38 |
| 03/19/01 | 0 | SEKIYA,LINDA | 63 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 03/21/01 | 0 | SEKIYA,LINDA | 63 | 97110 | ther. exercise | | 728.71 | 2.00 | 102.96 |
| 03/23/01 | 0 | SEKIYA,LINDA | 63 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 03/23/01 | 0 | SEKIYA,LINDA | 63 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 03/27/01 | | Check Payment | ERS032401 | | Ins #1 | 03/27/01 | | | -76.94 |
| 03/27/01 | | Adjustment (12) | ERS032401 | | HMSA Adjustment | 03/27/01 | | | -48.65 |
| 03/27/01 | | Adjustment (12) | ERS032401 | | HMSA Adjustment | 03/27/01 | | | -2.18 |
| 04/01/01 | | Check Payment | ERS033101 | | Ins #1 | 04/01/01 | | | -107.94 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -5.31 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -0.34 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -25.59 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -1.11 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -46.28 |
| 04/01/01 | | Adjustment (12) | ERS033101 | | HMSA Adjustment | 04/01/01 | | | -1.98 |
| 04/09/01 | | Check Payment | ERS040701 | | Ins #1 | 04/09/01 | | | -41.41 |
| 04/09/01 | | Adjustment (12) | ERS040701 | | HMSA Adjustment | 04/09/01 | | | -25.59 |
| 04/09/01 | | Adjustment (12) | ERS040701 | | HMSA Adjustment | 04/09/01 | | | -1.11 |
| 04/09/01 | | Adjustment (12) | ERS040701 | | HMSA Adjustment | 04/09/01 | | | -15.83 |
| 04/09/01 | | Adjustment (12) | ERS040701 | | HMSA Adjustment | 04/09/01 | | | -0.70 |
| 05/15/01 | | Check Payment | 051501 | | Patient | 05/15/01 | | | -72.07 |
| 06/[illegible]/01 | 0 | SEKIYA,LINDA | 66 | 99212 | Establish patient | | 728.71 | 1.00 | 85.94 |
| 06[illegible]1 | 0 | SEKIYA,LINDA | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 06/06/01 | 0 | SEKIYA,LINDA | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 06/08/01 | 0 | SEKIYA,LINDA | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 06/08/01 | 0 | SEKIYA,LINDA | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 06/15/01 | 0 | SEKIYA,LINDA | 64 | 97032 | Manual E. Stim | | 728.71 | 1.00 | 49.03 |
| 06/15/01 | 0 | SEKIYA,LINDA | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 06/27/01 | 0 | SEKIYA,LINDA | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 06/27/01 | 0 | SEKIYA,LINDA | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 06/29/01 | 0 | SEKIYA,LINDA | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 06/29/01 | 0 | SEKIYA,LINDA | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 07/03/01 | | Check Payment | ERS063001 | | Ins #248 | 07/03/01 | | | -82.82 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -27.57 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -1.11 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -19.51 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -0.79 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -27.57 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -1.11 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -15.76 |
| 07/03/01 | | Adjustment (12) | ERS063001 | | HMSA Adjustment | 07/03/01 | | | -0.60 |
| 07/05/01 | 0 | SEKIYA,LINDA | 66 | 99212 | Establish patient | | 728.71 | 1.00 | 85.94 |
| 07/13/01 | | Check Payment | ERS070701 | | Ins #248 | 07/13/01 | | | -36.46 |
| 07/13/01 | | Adjustment (12) | ERS070701 | | HMSA Adjustment | 07/13/01 | | | -30.89 |
| 07/13/01 | | Adjustment (12) | ERS070701 | | HMSA Adjustment | 07/13/01 | | | -1.24 |
| 07/13/01 | | Adjustment (12) | ERS070701 | | HMSA Adjustment | 07/13/01 | | | -17.85 |
| 07/13/01 | | Adjustment (12) | ERS070701 | | HMSA Adjustment | 07/13/01 | | | -0.71 |
| 07 [illegible]01 | | Check Payment | ERS071401 | | Ins #248 | 07/18/01 | | | -41.41 |
| 07/[illegible]/01 | | Adjustment (12) | ERS071401 | | HMSA Adjustment | 07/18/01 | | | -27.57 |
| 07/18/01 | | Adjustment (12) | ERS071401 | | HMSA Adjustment | 07/18/01 | | | -1.11 |
| 07/18/01 | | Adjustment (12) | ERS071401 | | HMSA Adjustment | 07/18/01 | | | -17.63 |
| 07/18/01 | | Adjustment (12) | ERS071401 | | HMSA Adjustment | 07/18/01 | | | -0.70 |

| Date | Dep # | Name | | Dr# | Procedure | | Ref Dt | Diag | Units | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/1[illegible]/01 | 0 | SEKIYA,LINDA | | 64 | 97110 | ther. exercise | | 728.71 | 2.00 | 102.96 |
| 7/26/01 | | Check Payment | ERS072101 | | | Ins #248 | 07/26/01 | | | -41.41 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -27.57 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -1.11 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -17.63 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -0.70 |
| 7/26/01 | | Check Payment | ERS072101 | | | Ins #248 | 07/26/01 | | | -39.23 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -35.93 |
| 7/26/01 | | Adjustment (12) | ERS072101 | | | HMSA Adjustment | 07/26/01 | | | -1.44 |
| 8/03/01 | 0 | SEKIYA,LINDA | | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 8/03/01 | 0 | SEKIYA,LINDA | | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 8/06/01 | 0 | SEKIYA,LINDA | | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 8/06/01 | 0 | SEKIYA,LINDA | | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 8/07/01 | | Check Payment | ERS080401 | | | Ins #248 | 08/07/01 | | | -38.30 |
| 8/07/01 | | Adjustment (12) | ERS080401 | | | HMSA Adjustment | 08/07/01 | | | -53.40 |
| 8/07/01 | | Adjustment (12) | ERS080401 | | | HMSA Adjustment | 08/07/01 | | | -2.14 |
| 8/08/01 | 0 | SEKIYA,LINDA | | 64 | 97110 | ther. exercise | | 728.71 | 1.00 | 51.48 |
| 8/08/01 | 0 | SEKIYA,LINDA | | 64 | 97140 | MANUAL THERAPY (INCL | | 728.71 | 1.00 | 46.80 |
| 8/10/01 | | Check Payment | 081001 | | | Ins #248 | 08/10/01 | | | -19.72 |
| 8/11/01 | 0 | SEKIYA,LINDA | | 66 | 99212 | Establish patient | | 728.71 | 1.00 | 85.94 |
| 8/20/01 | | Check Payment | ERS081801 | | | Ins #248 | 08/20/01 | | | -41.41 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -27.57 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -1.11 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -17.63 |
| 8/[illegible]1 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -0.70 |
| 8/[illegible]1 | | Check Payment | ERS081801 | | | Ins #248 | 08/20/01 | | | -41.41 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -27.57 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -1.11 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -17.63 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -0.70 |
| 8/20/01 | | Check Payment | ERS081801 | | | Ins #248 | 08/20/01 | | | -39.23 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -35.93 |
| 8/20/01 | | Adjustment (12) | ERS081801 | | | HMSA Adjustment | 08/20/01 | | | -1.44 |
| 9/18/01 | | Check Payment | ERS091501 | | | Ins #248 | 09/18/01 | | | -39.23 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -35.93 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -1.44 |
| 9/18/01 | | Check Payment | ERS091501 | | | Ins #248 | 09/18/01 | | | -41.41 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -27.57 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -1.11 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -17.63 |
| 9/18/01 | | Adjustment (12) | ERS091501 | | | HMSA Adjustment | 09/18/01 | | | -0.70 |
| 0/02/01 | 0 | SEKIYA,LINDA | | 66 | 99212 | Establish patient | | 728.71 | 1.00 | 85.94 |
| 0/10/01 | | Check Payment | 101001 | | | Patient | 10/10/01 | | | -75.92 |
| 0/15/01 | | Check Payment | ERS101301 | | | Ins #248 | 10/15/01 | | | -39.23 |
| 0/15/01 | | Adjustment (12) | ERS101301 | | | HMSA Adjustment | 10/15/01 | | | -35.93 |
| 0/15/01 | | Adjustment (12) | ERS101301 | | | HMSA Adjustment | 10/15/01 | | | -1.44 |

| | PAYMENTS | ADJUSTS | CHARGES | Units | Amount |
|---|---|---|---|---|---|
| TOTALS FOR ACCOUNT 188271 | 915.55 | 759.45 | 1703.54 | 29.00 | 28.54 |
| REFUNDS: | 0.00 | | | | |
| | 915.55 | 759.45 | 1703.54 | | 28.54 |

000220

October 2, 2001

Sekiya, Linda
188 271

Today patient returns continues to feel better. She is walking in the hall without using crutch. She is using the crutch primarily for long-distance walking. She is still having a little discomfort taking the first step in the morning. She is doing home exercises on a regular basis.

On exam, there is little soreness over the right plantar fascia area. Right ankle range of motion is full in all planes and painless.

IMPRESSION:
CHRONIC RIGHT PLANTAR FASCIITIS WITH CONTINUED IMPROVEMENT.

PLAN:
1. She will continue current home exercises, use the splint and heel cushion. I will see her back in two months.


Ramakrishna Kosuri, M.D./Bernard M. Portner, M.D.

jb

August 11, 2001


Sekiya, Linda
188 271


Today patient returns continues to feel well. She had finished physical therapy sessions and was instructed on home program. She reports that she has been using crutch less frequently. Overall she reports 70% better. Now she is able to walk about 20 minutes without using a crutch.

On examination there is little sensitiveness slightly over the right plantar fascia area.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS CONTINUED TO IMPROVE SLOWLY (70% IMPROVEMENT).

PLAN:

1. She is encouraged to do the home exercises on a regular basis.
2. She will gradually increase walking without using crutch.
3. Follow up in six weeks.


Ramakrishna Kosuri, M.D./Bernard Portner, M.D.


lp

July 5, 2001

Sekiya, Linda
188 271

Today patient returns continues to feel well. She had six physical therapy sessions since the previous visit one month ago. Yesterday for the first time she was able to walk about 15 minutes in the house without using crutches. Overall she reports 60% improvement of symptoms of the right foot. She is still having right heel pain first thing in the morning however this is improved considerably. She is feeling weak in the right lower extremity and had strengthening exercises in physical therapy which are helping her. She feels like she is getting stronger in the right lower extremity.

On clinical exam there is no swelling over the right plantar fascia area. On palpation there is sensitiveness slightly medial to the longitudinal arch of the foot.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS IMPROVING (60% IMPROVEMENT).

PLAN:

1. I feel she will benefit from a few more physical therapy sessions especially for strengthening exercises and instruction on home program. She can have physical therapy twice a week for 4-6 sessions.
2. Follow up in a month.

Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp

June 4, 2001

Sekiya, Linda
188 271

Today patient returns feeling a little better. She had three physical therapy sessions with about 30% improvement of symptoms. She has been using two crutches for the past 1.5 years due to the pain and for the past few weeks she's been using just one crutch due to some improvement of this pain. She has been using the night splint, heel cup and doing exercises on a regular basis.

Celebrex does not seem to be of any help hence, we will discontinue this.

We had reviewed the previously obtained bone scan which showed slightly asymmetric uptake noted in the heels with decreased uptake in the right calcaneus when compared to the left of uncertain clinical significance. There was no acute right calcaneal fracture. She is having right heel pain first thing in the morning and also with prolonged standing and walking. This is somewhat improved.

On clinical exam there is no swelling noted over the right foot on the plantar aspect. There is tenderness slightly medial and also at the mid point of right calcaneus area.

IMPRESSION: 1. CHRONIC Right PLANTAR FASCIITIS FEELING 30% BETTER.

PLAN

1. In light of 30% improvement with three physical therapy sessions we had recommended her to continue some more physical therapy sessions.
2. She will continue to wear the night splint and right heel cup and home exercises.
3. Follow up in three weeks.

Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp

March 10, 2001

Sekiya, Linda
188 271

CC: Right foot pain since December of 1999. "I did massage the foot on a wooden roller and inflamed the fascia and the foot."

HPI: This is a 54-year-old female, office administrator, self referred with above complaints. She did massage of the foot on a wooden roller and had gradually noticed right heel pain. Due to this pain she walked on the tip toes for quite a while and this had caused the pain in the mid foot to hind foot area. She saw podiatrist, Dr. Michael Chun and had x-rays taken and was told she had mild bone spur and plantar fasciitis. She was given heel pad, arch support and was instructed on stretching exercises with some help. She continued to have the pain. She has been using the crutches since December of 1999. She had a bone scan in December of 2000 at Kapiolani Pali Momi and was told this was negative for any fractures. She was given a cortisone injection (first injection in December of 2000 and second injection was about 3 weeks ago). She had little relief from these injections. She has been using the night splint with some help.

She is having right heel pain first thing in the morning with walking. This pain is intermittent. She describes this pain as dull ache and rates this pain as "6" in a pain scale of 1 to 10. Prolonged standing and walking activities aggravates this pain. She had denied any sleep disturbance. She denied any radiation of this pain. Overall she reports this pain is neither improving nor worsening. She has missed some work because of this episode. She had denied any similar symptoms in the past.

Past Medical History: Nasal allergies. Arthritis of the right hip and hand. Anxiety and depression.

Past Surgical History: None.

Allergies: Penicillin. Codeine, and Combid.

Family History: She is unsure of any serious medical or musculoskeletal problems in the family.

Past Surgical History: None.

Personal History: She does not smoke cigarettes. She does not drink alcohol. She denies any history of cancer.

Review of Systems:  She has been recovering from the flu.  She reports fever, chills, shortness of breath, dizziness, nausea, heart burn, acidy stomach and headaches.  She had denied any associated night sweats, weight loss, chest pain, hoarseness, cough, eye problems, ringing in the ears, rash, abdominal pain.  She had denied any associated bowel or bladder incontinence.

On clinical examination she is a very pleasant female alert, cooperative. She is not in any acute distress.

On inspection she had small bruise slightly medial to the longitudinal arch of the foot from recent steroid injection.

She has mild erythema over the right plantar fascia area.

Right ankle plantar flexion, dorsiflexion, inversion, eversion are full and painless. Resisted range of motion of right ankle plantar flexion, dorsiflexion, inversion, eversion are painless.

On palpation there is marked tenderness slightly medial to the longitudinal arch of the foot and around the plantar fascia area.  Her gait is antalgic on the right.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCITIS.

PLAN:

1. We will obtain right foot x-rays and bone scan results.
2.  She hasn't had any trial of physical therapy. I think it is reasonable to have a few physical therapy sessions to see if this may relieve her symptoms.  I recommended her to have physical therapy for four to five sessions with friction massage, therapeutic modalities and active exercises.
3.  She will continue to use the heel pad, arch support and night splint.
4.  Also I recommended ice massage and take Celebrex on a regular basis rather than on a prn basis for a weeks.
5.  Follow up after five physical therapy sessions.  If the symptoms do not improve significantly we may consider referring her to an orthopedic foot specialist Dr. Stuart Wakatsuki.


Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp

Sekiya, Linda
PATIENT:

3/12/01 Cx [illegible]
[illegible]

3.19.01 Initially LBP + tried to relieve it c̄ home reflexology / foot massage ... [illegible]

(1) S: (R) felt pain under heel for 15 mos, seen podiatrist + caused a bone spur.
Pain in heel.
PMHx Dec 2000 - + Feb 2001 → x2 cortisone shots. Better - Not now
14 months using bilat crutches axillary.
X-rays [illegible]:
@ Rest 0/10 . 4/10 . using 60% wt on foot + crutches.
O/E // Stiff calcaneo navicular jt [illegible] > [illegible] > [illegible]

A: Resp well to relocation taping (costa)
Mob into DF.
HEP x 3 x 10 reps [illegible]
P. Wgt off crutches FNB
Strengthen gastroc

Evd 15
TCX 15'

[signature] APT

3.21.01
(2) S: Tolerated wb c̄ 1 crutch. ½ block @ work 1x day.
O: Three session sub talar DF/PF/INV/EV.
Strengthening of gastroc c̄ green T-band PF c̄ across PF c̄ inv.
Bilat heel raise
Sub talar mobs
A: Improving (R) gastroc stiffness of subtalar jt.
P. Mobilise HEP + strengthen.
Ambulate FNB no crutches.

TCX 15'
MOB 15'

[signature] APT

3.23.01
(3) S: My Father passed away this am @ 2am - very tired. "foot is stiff."
O: Tol Amb. on 1 axillary crutch c̄ min antalgic. Wide gastroc/soleus 4' 15
A: Progressing well.
P: Cont strength, mob, [illegible], flexibility.

Mob 15'
TCX 15'

[signature] APT

Linda Schlieger
PATIENT:

6/8/01 O: (Con't) [illegible] x20
MOB TMT joints I, II, III
DTXF plantar fascia.
A: tol well, balance improved c TEX
P: Cont

MOB - 15
TEX - 15
(30)

6/13/01 PT C

6/15/01 S: Sore 3-4 days p last Tx. Been using IP 2x day
[illegible] "looser"
O: DTXF (mild) plantar fascia
[illegible] EMS c IP.
Taped arch
A: tol, [illegible] inflamm, red, swollen
P: Con't as tol. Add Squats

MOB - 15
EMS - 15
(30)

6/27/01 S: "Seems to be better... 10-15% difference". She ambulates c crutch. Does all [illegible] except for step [illegible]. [illegible] ambulating ≈ 15 minutes c 1 crutch, [illegible] crutch & [illegible] ≈ 5 min.

O: Bike x15'
(B) calf stretch 4x30
Stair [illegible] x10
Squats x10
Sideways walk x 4:00
T-band balance
MOB [illegible] p. [illegible] nav/cub
TMT: I
A: tol. [illegible] improving calf stretch.
P: add stairs as tol

TEX - 15
MOB - 15
(30')

10 + 6 = 16 8/10/01 auth. till

#012010045

PATIENT: Linda Sakiya

8/3/01 S: Pt reports calf + (R) hip extremely sore p̄ Rx + bottom of foot. for 6 days? (P) in bottom of foot persists 5/10 VAS. Pt needed to walk on (B) crutches.

O: slideboard (4)
(U) toe raise 2x10.
(U) squat 2x10.
(B) hamstring stretch 2x30s.
Mob MTP II, III
DTXF (R) plantar fascia
GHS c̄ / IP

TEX-15
MOB-15 (2)

A: Pt fair. Overdid TEX last Rx. Slow progression to [illegible]
P: Slow progress to [illegible] [signature]

8/6/01 S: Pt reports she feels much better since last Rx. 4/10 VAS. Pt reports sick, cold, took tranquilizer

O: slideboard (4)
toe raise 2x20
(2) squat 2x10
(B) hamstring stretch
DTXF plantar fascia
talocalcaneal / naviculocalcaneal mobs.

TEX-15
MOB-15 (3)

A: Pt cont.
P: ✓ to see if HMSA will approve lengthy Rx plan end date [signature]

8/8/01 S: Pt reports (B) not sore. Still using crutches 90% of time.

O: slide board (5)
(U) toe raise 2x10.
(U) squat 2x10
(B) squat x20
side step x 60yds.
grapevine 2x60m
side step c̄ hip x60m
(B) hamstrings
foot mobs, calc, navicular, talar, MTP II, III

TEX-15
MOB-15 (3)

000229

(13)

PATIENT: [illegible signature]

7/29/01 S: Pt reports a little sore [illegible] Lego sore 5-6/10 VAS. (P) standing & walking 15-20 min, 10 min [illegible] crutch.

O. bike x 5'
stairs (1/2 fl) x 10
[illegible] 2x15
(L) [illegible] 2x20
MOBS TMT [illegible] CN NC [illegible]
PNF [illegible] X 15
A: weak (B) c [illegible]
P: Cont to strengthen. ↑ Fx tol.

TEx 15
MOB - 15 (30)

7/11/01 Pt Cx

7/18/01 S: Trying to do more at home (HEP) [illegible] can walk B.
Walks 25 min [illegible] crutch in house.
Standing → 25 min.

O: Bike x 15'
[illegible] (4) X60
(L) balance = 55s
(L) balance on [illegible] x [illegible]
(L) squat - (balance)
MMT:
(L) (50% [illegible] x 20) 4-/5
(R) (3/4" [illegible] x 10) 3-/5
(B) calf stretch 2x30s.
Side steps x 50 [illegible]
" [illegible]
[illegible] x 50 [illegible]
A: stab, balance improved. Coordination poor.
P: Cont to ↑ strengthen, coordination.

TEx (30)

7/27/01 Pt N/S.

PATIENT: [illegible signature]

6/6/01 S: Been on crutch for 1½ years (dec '99)
overdid wooden massage roller, was tip toeing 2° ® in heel
Rx: meds, has 2 cortisone shots + No Δ; saw podiatrist, hasn't had tx.
X-rays: beginning bone spur
been getting back c̄ foot TEX given since 5/01
bone scan ⊖.
Stopped P.T. Rx 2° father passed away + then got sick.
4/10 VAS (R).
W: stand > 20 minutes
walk > 3 blocks.
getting OOB.
* has night split, heel cups + (B) arch supports.

HEP: inv/ever/plantar/dorsi OKC
(B) toe raises + donkey kick c̄ T-bar
Hx - LBP fell on tailbone, radiate to (R) thigh. Not anymore

O: (B) Valgus MTP I, visible Atrophy (R) calf.
ambulates c̄ crutch.
HEP: inv + toe curl. 4x15".
toe raises (sitting) x20.
calf stretch gastroc 2x30s soleus 2x30s.

MOB-15
TEX-15 (30)

MOB. TMT II, III + I
subt mob calcaneus
DTXF to plantar fascia
A: ↓ mobility, lack of tolerance, very atrophied (R) > (L) calves.
P: 1 treatment to 1 Hr. — [illegible signature]

6/8/01 S- Sore p̄ Rx when massage, but feet much looser.
Standing toe raises x10
stairs toe raise x10.
balance 10x 1sec → 90° to 10sec x 200m
(B) calf stretches 2x45sec.
CALF (R) 2/5 (L) 3/5
Hip Ad (R) 4/5 (L) 5/5

TEX-15
MOB-15 (30)

[illegible signature]

November 27, 2002

Portner Orthopedic Rehabilitation
615 Piikoi Street
Suite 1210
Honolulu, HI

Dear Sir or Madam:

I am requesting a copy of my files from October 3, 2001 until the present.

Please call me at 945-7864 when they are ready to be picked up.

Your cooperation on this matter would be sincerely appreciated.

LINDA SEKIYA

11/27/02: Notified patient of $1.24 a sheet. OK per patient, will pay & p/u on 11/29/02

000232

October 14, 2002


Sekiya, Linda
188 271


The patient returned today reporting that she is doing better. She says that she has been doing her home stretches and exercises daily as recommended by the therapist. She is not taking any anti inflammatories. Earlier on she has been taking Celebrex 200 mg tablet on a prn basis.

Today she reports that she is slowly getting better and can walk better. She said that some days she can walk normally. She said that she still has slight pain first thing in the morning when she wakes up and walks. She says that she is using her crutches sparingly at home but uses it most of the times when outside the house.

On examination of the right heel there is no tenderness at the medial calcaneal area to palpation. However, one spot at the bottom of the right heel is still mild to moderately tender.

The right ankle range of motion in dorsiflexion, flexion, eversion, and inversion passively is full and painless. Resisted movements are also painless.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS - GRADUALLY IMPROVING WITH ONE TENDER SPOT AT THE BASE OF THE HEEL.

PLAN:

1. We've discussed the patient's situation with her.
2. We have offered an injection for right plantar fasciitis. The patient however, says that she will call to schedule it and will think about it.
3. Patient in the meantime will continue her home routine. She has also requested superficial anesthesia prior to the injection (fluoromethane).


Zeeshan Ahmad, M.D./Bernard Portner, M.D.

lp

July 22, 2002

Sekiya, Linda
188 271

The patient states thta she is feels much better. Her right heel pain is gradually improving. Her walking tolerance has improved. She has been using a crutch. At present she is not using Celebrex.

On examination the right heel is slightly tender. The right ankle range of motion is full in all planes and painless.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS WITH CONTINUED IMPROVEMENT.

PLAN:

1. The patient's condition and her treatment options were discussed with her.
2. Patient will continue crutch use at this time.
3. She will continue Celebrex 200 mg daily on a prn basis.
4. She will continue use of the night splint, heel cushion, and home exercise program.
5. Patient will follow up in two to three months.

Bernard Portner, M.D.
(FA)

lp

April 23, 2002

Sekiya, Linda
188 271

Today the patient returns generally feeling better.  She reports slow but gradual improvement of right heel pain.  Her walking tolerance improved to about half an hour and with rest her walking tolerance is about 1.5 hours.  She has been using the crutch less frequently.  Overall she reports about 90% improvement of symptoms.

On exam right ankle range of motion is full in all planes and painless.  The resisted right ankle plantar flexion is painless.

On palpation mild tenderness slightly medial to the longitudinal arch of the right foot.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS WITH CONTINUED IMPROVEMENT SLOWLY.

PLAN:

1. She will continue to use the night splint, heel cushion and home exercises.
2. She will have follow up in three months.


Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp

January 28, 2002

Sekiya, Linda
188 271

Today patient returns continues to feel better. She is able to walk about 15 minutes at home with some rest break occasionally. She reports that she had retired a few months ago and has not been doing much driving and this has been helping her. She has been doing home exercises on a regular basis. Overall she is gradually making progress.

On palpation there is little tenderness over the right plantar fascia area.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS WITH SLOW AND STEADY IMPROVEMENT.

PLAN:

1. She will continue the current home program and I advised her to gradually wean off using the right crutch.
2. She continues to use the crutch for community ambulation.
3. She is given a medical certificate to extend the parking disability permit for another three months.
4. I will see her back in three months.

Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp

November 27, 2001

Sekiya, Linda
188 271

Today patient returns generally feeling well. She continues to make slow but steady progress. Her walking tolerance improved to about an hour. She has been doing home exercises, using the heel cushion and wearing the night splints.

Overall she reports 85% improvement of symptoms.

On exam there is very mild tenderness over the right plantar fascia area.

IMPRESSION: 1. CHRONIC RIGHT PLANTAR FASCIITIS WITH STEADY IMPROVEMENT.

PLAN:

1. She is encouraged to continue the home exercises and use the heel cushion.
2. I will see her back on a prn basis.

Ramakrishna Kosuri, M.D./Bernard Portner, M.D.

lp