# MARTY & CHARLEY
## Rolfofl

Rec'd 7-8-03

TO WHOM IT MAY CONCERN:

THIS FORM SERVES TO VERIFY THAT

- NAME: Linda D. Sekiya
- ADDRESS: 1517 Makiki St. #1201 Hon., Hi. 96822
- SOCIAL SECURITY NUMBER: 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

HAS BEEN INTO OUR CLINIC FOR:

(AILMENT AS DESCRIBED BY PATIENT)
Rt. foot Plantar Fasitis, bone spurs
and crutches, problems walking, can't golf

AND RECEIVED THERAPEUTIC STRUCTURAL INTEGRATION TREATMENTS ON THE FOLLOWING DATES, PAYING THE SUBSEQUENT AMOUNTS:

| Date | Amount |
|---|---|
| 10/22/02 | $49.92 |
| 10/24/02 | $49.92 |
| 10/30/02 | $49.92 |
| 11/6/02 | $49.92 |
| 11/13/02 | $49.92 |
| 11/20/02 | $49.92 |
| 12/3/02 | $49.92 |
| 12/11/02 | $49.92 |
| 12/18/02 | $49.92 |
| 12/26/02 | $49.92 |
| 1/8/03 | $49.92 |
| 1/14/03 | $49.92 |

TOTAL PAID: $599.04

TODAY'S DATE: 7/3/03   SIGNATURE: _____ (Office Manager)

Continental Building, Suite 305 • 1521 South King Street • Honolulu, Hawaii 96826 • Phone (808) 942-4431

LIC #MAE 355

EXHIBIT JJ

000277



| LAST NAME | NAME YOU LIKE TO BE CALLED | WHO REFERRED YOU TO US? |
|---|---|---|
| SEKIYA, LINDA | GUSTY | ANITA HASEGAWA |

| BUSINESS PHONE | RESIDENCE PHONE | OCCUPATION | BIRTH DATE |
|---|---|---|---|
|  | 945-7804 | RETIRED | 9/27/46 |

| STREET ADDRESS & APT. NO. | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1517 MAKIKI ST. #1201 | HON., HI. |  | 96822 |

| EDUCATION — YRS. COMPLETED | EXERCISE PROGRAM/HOBBIES | HT. | WT. |
|---|---|---|---|
|  | STA. BICYCLE | 5'2" | 118 |

**FOR OFFICE USE ONLY** (DO NOT WRITE BELOW THIS AREA)

ATT    VIS 12    PP    Uni Warranty

| DATE | CONDITION | R/C | % | P | REMARKS |
|---|---|---|---|---|---|
| 10.22.02 | L R | ASAP | ① | G. Cert. | |
| 10.24.02 | L R | ASAP | ② | 44.92 | |
| 10.30.02 | L R | ASAP | ③ | 6x 300.00 Pd | |
| 11.6.02 | L R | ASAP | ④ | | |
| 11.13.02 | L R | ASAP | ⑤ | | |
| 11.20.02 | L R | | ⑥ | | |

| DATE | CONDITION | R/C | % | P | REMARKS |
|---|---|---|---|---|---|
| 12.3.02 | L R | ASAP | ⑦ | | |
| 12.11.02 | L R | | ⑧ | | in. 4 sitting j.b. |
| 12.18.02 | L R | ASAP | ⑨ | ✓ | 4x Pd 199.68 |
| 12.26.02 | L R | ASAP | ⑩ | ✓ | |
| 1.8.03 | L R | ASAP | ⑪ | ✓ | |
| 1.17.03 | L R | ink | ⑫ | ✓ | |
|  | L R | | | | |

12.99
1. r. plantar fascitis — bone spur
2. over crutch — was to golf
3. partner stretching
4. mar-2001 — some improvement
5. still back injury