LDP - HMO

# HAWAII ENDODONTICS, INC.
Beretania Medical-Dental Plaza / 848 S. Beretania Street / Suite 301 / Honolulu, Hawaii 96813 / Tel. (808) 536-3963

## PATIENT INFORMATION     * See Update

Patient's Name: Linda Sekiya    Phone: 487-7635
Social Security Number: 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    Date of Birth: 9-27-66
If A Child, Parent's Name: —
Address: 98-1620 Nahele St.
City: Aiea    State: HI    Zip Code: 96701
Patient Employed By: DRMO-HI    Phone: 684-7656
Business Address: Box 298, Barbers Pt, HI    Occupation: Branch Administrator
Name of Spouse/Parent or Emergency Contact: Lawrence Sekiya    Phone: 487-7035
Spouse Employed By: Pearl Harbor Naval Shipyard (x98)    Phone: 474-7693

## DENTAL INSURANCE COVERAGE

Primary: HMSA-FED    Social Security Number: _____
Membership I.D. or Group Number: XLAF 0000 7714 7742    FED    DEN HMO 117

Secondary: _____    Social Security Number: _____
Membership I.D. or Group Number: _____

I authorize release of any information concerning my (or my child's) health care, advice and treatment provided for the purpose of evaluating and administering claims for insurance benefits.

Signature: [signed]    Date: 5-29-97

EXHIBIT KK

000279

# HAWAII ENDODONTICS, INC.

Beretania Medical-Dental Plaza / 848 S. Beretania Street / Suite 301 / Honolulu, Hawaii 96813 / Tel. (808) 536-3963

## MEDICAL HEALTH HISTORY

Patient's Name: Linda Sekiya  S.S.N. 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
Name of Family Physician: Dr. Michael J. Inada  Phone 487-5115
Other Specialists: _____  Phone _____
Date of last visit: 5/97  Reason for visit: Earache
Are you currently under the care of a physician? If yes, what medication and for what reason or condition? Dr. Mark Bernstein   Xanax/Ambien   Anxiety/Insomnia
Are you currently taking any medication? If yes, what medication and for what reason or condition? (same as above)

Please circle your answer to the questions below. If you have any yes answers, please explain or describe in the space below.

## HAVE YOU EVER HAD OR BEEN TREATED FOR: ulcers

1. Rheumatic fever, rheumatic heart disease, heart murmur or congenital heart disease?  Yes **No**
2. Heart trouble, heart attack, angina, heart surgery, a pacemaker or irregular beats?  Yes **No**
3. Stomach or intestinal disease?  Yes **No**
4. Abnormal blood pressure, excessive bleeding, or anemia?  Vitamin  **Yes** No
5. Breathing problems, asthma, tuberculosis, or hay fever?  Anxiety  **Yes** No
6. Cancer, x-ray treatments, or chemotherapy?  Yes **No**
7. Diabetes?  Yes **No**
8. Hepatitis, jaundice, or liver disease?  Yes **No**
9. Kidney problems or renal dialysis?  Yes **No**
10. Venereal disease or AIDS or HIV+?  Yes **No**
11. A stroke, convulsions, or fainting spells?  OL new.  **Yes** No
12. Tumors or growths?  Yes **No**
13. Arthritis or rheumatism?  **Yes** No
14. Allergic reactions to medication?  **Yes** No
15. Have you ever had a serious injury to your head or neck?  Yes **No**
16. Have you ever had a major operation?  Yes **No**
17. Are you on a special diet? (reason)  Yes **No**
18. Do you smoke? (type and quantity)  Yes **No**
19. Have you consulted or been treated by a psychiatrist or psychologist?  **Yes** No
20. Are there any other problems about your health of which you are aware?  Yes **No**
21. For women: are you pregnant?  Yes **No**

NOTE: A change in your health status should be reported to the office at the earliest possible time.
Please explain or describe any yes answers to the above questions in the following space:
4. Anemia
5. Childsthma shortness of breath
11. Fainting - low blood pressure
13. Arthritis - joints (hands/hips)
14. Penicillin/codeine/compazine - internal med.

000280

2

# HAWAII ENDODONTICS, INC.

Beretania Medical-Dental Plaza / 848 S. Beretania Street / Suite 301 / Honolulu, Hawaii 96813 / Tel. (808) 536-3963

## DENTAL HEALTH HISTORY

Patient's Name: **LINDA SEKIYA**  S.S.N. **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**
Name of Family Dentist: **DR. EUGENE AZUMA**  Phone:
Referred by: **HMSA-FED**
Date of your last visit to a dentist: **4/97**
Reason for your last visit (or series of visits): **TEETH CAVITIES**
Do you have any of your x-rays or dental records? **NO — DR. AZUMA HAS**

Please circle your answer to the questions below. If you have any yes answers, please explain or describe in the space below.

### In respect to any previous dental treatment have you:

1. Had an allergic reaction? — Yes **No**
2. Had abnormal bleeding? — Yes **No**
3. Any other complications during or following dental treatment? — **Yes** No
4. Do your gums bleed on brushing or eating? — Yes **No**
5. Does food catch between your teeth? — **Yes** No
6. Are any of your teeth sensitive to heat, cold, or pressure? — **Yes** No
7. Do you grind your teeth or clench your jaws? — **Yes** No
8. Do you have pain or clicking in the jaw joint? — Yes **No**
9. Have your jaw muscles ever been sore? — Yes **No**
10. Are there any sores or growths in your mouth? — Yes **No**
11. Do any of your teeth ache? — **Yes** No
12. Do you have any other dental complaint? — **Yes** No

Please explain or describe any yes answers to the above questions in the following space
3. **AFTER ORAL SURGERY - PAIN MEDICATION MADE ME ILL.**
12. **DON'T LIKE DENTISTS**

To the best of my knowledge, the foregoing questions have been accurately answered.

PERMISSION TO RELEASE HEALTH INFORMATION:

I grant the right to the dentist to release health information obtained from me, and information about my dental treatment to third party payors, and/or health practitioners.

Person completing the form:

Signature: *Linda Sekiya*
Print Name: **LINDA SEKIYA**
(If other than Patient, indicate relationship)
Date: **5-29-97**

000281

# HAWAII ENDODONTICS, INC.

Beretania Medical-Dental Plaza / 848 S. Beretania Street / Suite 301 / Honolulu, Hawaii 96813 / Tel. (808) 536-3963

## AUTHORIZATION AND INFORMED CONSENT FOR ENDODONTIC THERAPY

Patient's Name _LINDA SEKIYA_

I hereby authorize the endodontist and whomever he may designate as his assistant(s) to perform the following endodontic procedure on tooth or teeth # _31_ to treat my dental problem or condition. I understand that there is a consultation fee that can be credited to my account in the event that I do decide to have the root canal treatment.

I understand the following:

(1) As a rule, 90-95% of routine cases are successful. Endodontics as with any branch of medicine or dentistry, is not an exact science. Therefore, no guarantee of treatment success can be given or implied. If the case is not successful, the treatment may have to be redone, a surgical procedure required or the tooth extracted.
(2) Cases started in other offices or retreatment cases are usually more difficult and may have a different outcome than expected under optimal conditions.
(3) Proper post-treatment restoration (filling, onlay, crown, etc.) is a necessity. I must contact my referring dentist soon after completion of the endodontics to arrange this.
(4) Periodic recall examination is recommended to evaluate the healing after treatment and no further charges are made for it. However, compliance is the responsibility of the patient.
(5) It may be necessary to alter the tooth structure or remove the restoration of the tooth being treated.
(6) Possible complications of treatment include, but are not limited to the following:
   a. procedural difficulties in the course of treatment.
   b. swelling, soreness, infection, trismus, or discoloration of the adjacent soft or hard tissues.
   c. fractures of the crown or root of the tooth or restoration.
   d. fragmentation of root canal instruments during treatment.
   e. perforation of the root with instruments.
   f. complications following anesthesia (hematoma, paresthesia, allergy, increased heart rate, etc.)
   g. additional unknown or unspecified problems, the explanation for and the responsibility of which cannot be given or assumed.

Treatment will be performed in accordance with accepted methods of clinical practice. Included in the therapy will be the taking of a minimal number of x-rays as dictated by the courses of treatment.

I certify that I have read fully and understand the above authorization and informed consent and that all of my questions were answered in a satisfactory manner.

Signature of patient or legal guardian: _[signature]_

Date: _5-29-97_

000282

4





December 9, 2002

Terry S. Matsumoto, DMD
848 S. Beretania Street, Suite 301
Honolulu, HI 96813

Regarding: Linda D. Sekiya

Dear Dr. Matsumoto:

Thank you for your referral of Mrs. Linda Sekiya. I had the pleasure of seeing her on December 9, 2002. The following procedure was performed:

    Removal of tooth #31

Linda was a very nervous, but cooperative patient who did very well with local anesthesia and nitrous oxide/ oxygen inhalation sedation. She will be in touch with us for normal post-operative care.

Thank you again, Terry, for the opportunity to participate in Linda Sekiya's care. My staff and I consider it a privilege to care for your patients, and we appreciate your confidence.

Sincerely,

Todd K. Haruki, DDS, MD

Enc.: 1 PA

000283

# hawaii endodontics inc

Beretania Medical-Dental Plaza
848 S Beretania Street
Suite 301
Honolulu, Hawaii 96813
Telephone (808) 536-3963

WE ARE PLEASED THAT YOU HAVE DENTAL INSURANCE !

Your dental benefit program can assist you in obtaining and maintaining a superlative level of oral care. Our office staff "understands" Dental Insurance, and we will be glad to assist you in obtaining the maximum benefits specified in your contract.

YOU MUST REALIZE HOWEVER, THAT:

1. Your dental benefit program is a contract between you, your employer and the insurance company. WE ARE NOT A PARTY TO THAT CONTRACT.

2. THE PERCENTAGE OF INSURANCE COVERAGE FOR EACH DENTAL SERVICE CAN VARY GREATLY, due to the arbitary allowances determined by your carrier

3. NOT ALL DENTAL SERVICES ARE A COVERED BENEFIT IN ALL CONTACTS.

4. YOU ARE RESPONSIBLE FOR ALL OUR FEES FOR SERVICES RENDERED TO YOU.

5. For our patients with HDS/HMSA plans, YOUR CO-PAYMENT IS DUE THE DAY OF SERVICE.

6. To accommodate our patients with other insurance benefits plans, we will gladly assist you in filling out your insurance forms expeditiousl so that you receive reimbursement as quickly as possible. PAYMENT IS DUE THE DAY OF SERVICE.

Please read carefully the insurance benefit booklet you received from your employer before starting your dental treatment. Your benefit booklet will help to outline for you the out-of-pocket costs for your dental treatment. If you are uncertain about covered benefits, non-covered benefits, exclusions, or other items in your benefit program, please inquire prior to starting treatment. Any of us will gladly discuss your proposed dental treatment and answer any questions we are able to about the involvement of your dental benefit program in receiving this care

I HAVE READ AND UNDERSTAND THAT ABOVE INFORMATION CONCERNING INSURANCE COVERAGE FOR MY DENTAL TREATMENT.

_____
Patient signature

5-29-97
_____
Date

000284

6

TERRY MATSUMOTO           PATIENT: Linda Sekiya

| TOOTH # | DATE  | YEAR: 2002 | DESCRIPTION | HEALTH: |
|---------|-------|------------|-------------|---------|
|         |       |            |             | ALLERGIES: |
| #31     | 10.04 | per Dr. Matsumoto if pain persists will refer pt to O.S. | | |
|         |       |            |             | *schedule ✓ Mon 10/14* |
| #31     | 10.14 | per 2 wk ✓ pt tooth still feels the same, sensitivity to hot. | | |
|         |       | "pt points to #31" | | |

|    | 29  | 30 | 31 | 32      | 2   | 3  | 4  | 5   |
|----|-----|----|----|---------|-----|----|----|-----|
| per| —   | —  | +  | missing | —   | —  | —  | —   |
| pulp| —  | —  | —  |         | —   | —  | —  | —   |
| cold| see | NR see | NR | ↓   | see | NR | NR | see |
| chew| —  | —  | —  | missing | —   | —  | —  | —   |
| ppt | —  | —  | —  |         | —   | —  | —  | —   |

(Dx) #31 non-healing
#32 ROT 1947
Expl tx alternatives
pt- prefers extraction

refer to OS
pt does not have GD now
referral Dr. Hiroshi for ext #31

see referral copy. TM

000285
7

**TERRY S. MATSUMOTO, DMD**   PATIENT: Linda Sekiya

HEALTH: Anemia, Asthma, Low BP
ALLERGIES: pen VK, Codeine

| TH # | DATE | YEAR: 2001 | DESCRIPTION |
|---|---|---|---|
| 31 | 1-11 | | RC Sent. (gp) |
| | | 2002 | |
| | 09-27 | | pt. called to sche. / appt. per pt: her tooth bothered her yesterday - when she drank hot/cold liquids, she felt a sensation. |
| #31 | 09-30 | | RC 6 yrs 1mo. pt said tooth has sensitivity to temperature. |

pt noticed sensitivity on Friday.

| CE | 29 | 30 | 31 | 32 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|
| PERC | — | SL | — | SL | | | |
| PALP | — | — | — | — | | — | NR NR |
| MOB | SEC | SEC | NR | ↓ | SEC | SEC SEC |
| PROBE | — | — | — | | — | | |
| XRAY | OO and PIN (2) | | RCT | missing | | | |

moderately
focal
v. loose     PIN #
             composite one

Dx #31 (RC 6 yrs 1mo)

Tests inconclusive
Rx) Darvocet N100 15 tabs 1 tab 4h prn pain   / Tmax / Brady

| #31 | 10-04 | per v-pt tooth still feels sensitive to cold temps. it feels like it's coming from that. It took 3 of the Darvocet. |

| CE | 29 | 30 | 31 | 32 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|---|
| PERC | — | — | SL | missing | — | — | — |
| PALP | | | | | | | |
| MOB | SEC | SEC | NR | ↓ | SEC | NR | NR |
| PROBE | — | — | SL (DL) | | — | | |
| HOT | — | | ↑ | | 3↑ 3↑ 3↑ | | |

Dx B 31 mesiobuccal
Tx 1) Infection (tooth)
   2) RCT
   ??  2) ReX + RC
      3) apicoectomy / retropreps
 *    4) Extraction if not w/ consent

Possible extraction #31 →

000286   implant / Nmm  (8)

Dr. Maigueriç          LINDA SHIKIYA          Allergies: PEN, VK, Codeine, Combi

| TOOTH | DATE | 1997 | DESCRIPTION | Health: Anemia, Asthma, LOW B.P. |
|---|---|---|---|---|
| 31 | 8 | | CC) no sens. to hot & cold, sens. to touch | |

pt. leaving for mainland in Sun for 1 week
pt. staying away from that side
per pt. GV said tooth couldn't saved, ref. to us for RCT
Dx) 6 mos. since pain started

(c)    3    30    29
perc  sl.   —    —
palp  sl.   —    —
ict   sec  sec  sec
chew   +   —    —
x-ray

pt going on trip to mainland
postpone tx for after
Dx) #31 nec. RCT
★ sched RCT after 8·16·97 ★

| 31 | 8/27 | pt feels fine tooth is okay didn't bother pt. while on trip |

-RCT-

| 31 | 8/27 | X-Ray AN C (2) RD - O-1 (PN)   C shaped canal |

Used: 1:100,000 L (1)  used Kerr-M4, Perio #3 P.S. mm MB —        M   17 | 18.5 | 19
19mm files #10 - #25  short BGs 1-4, .55 Maspital ML —            D - 18 | 17.5 | 17.5 | 19
P.S. at 19mm on Distal
Fill completed ē G.P. and Ruth Sealer 2 cotton, cav.+
(Rx) DARVOCET N100 12 Tabs Q6H - No refill
O.K. to restore ē G.P. in 1 to 2 wks.

| | 8-27 | SENT PC/TX | | ✓ in 1 year |

PC
2000   2001

| 31 | 4/01 | RCT Completed (8/27/97) 3yrs 3 months. |

pt says no discomfort, just feel odd—
biting, hot, & cold okay—
started 3-4 wks ago — after biting hard candy

(cc)    #31    #30    #29
perc     sl    NR     NR
palp     NR
cold     NR    sec s   sec s.
chew     NR

(Rx) RCT   PIN amal

Dx #31 Test inconclusive  suspect ?
                         ?   ?

000287  (9)

DR. MATSUMOTO        LINDA SEKIYA        Allergic Pen. K, Codiene Combix

| TOOTH | DATE 1997 | DESCRIPTION |
|---|---|---|
| 31 | 5/29 | (CC) pt. feels fine as of right now, points to #31 sens. to hot & cold, also biting — pt. took some tranquilizer at 1pm for anxiety |
| | M.S. | (Hx) Started 2 wks ago, #32 extracted Mid. of March 1997 pt. was prescribe Motrin (Ibue) 800mg for extraction — pt. just used Took 1 Tab for tooth ache #31 — pt. quieter down — pt. remember biting down on something before tooth hurted |

| (OE) | 32 | 31 | 30 | 29 |
|---|---|---|---|---|
| per. | extracted | + | sl | — |
| palp. | " | — | — | — |
| X-ray | " | PINS composite filling | PINS Large Amalgam filling | DO amalgam filling |
| Ice (cold) | " | see. | see. | see. |
| chew (bite) | " | + | — | — |

(Dx) #31 Hx of trauma pulp seems vital Recommend observation and Re-evaluation in 2 wks

√ poss. working #31 in 2 wks

| 31 | 5/29 | Sent Thank you. |
| 31 | 6/11 | (CC) Pt say tooth is doing good no problems. |

| (E) | #31 | #30 | #29 | # 2 | #3 | #4 |
|---|---|---|---|---|---|---|
| per. | lingual sl | — | — | — | — | — |
| palp | | | | | | |
| cold | lingual sec | sec | | | | |
| Bite (chew) | sl | — | — | | | |

(Dx) #31 poss traumatic injury

OBS

Pt will call if pain persists

Dr. Terry Matsumoto            Linda Sekiya

| TOOTH | DATE 1997 | DESCRIPTION | CHARGES | PAYMENT | ADJ | BALANCE |
|---|---|---|---|---|---|---|
| #31 | 5-29 | Cons. | | | | |
| #31 | 5-29 | per Dr. Mats. no charge for pts. INS only | | | | |
| 31 | 6-13 | Filed IDP consult, x-ray | | | | |
| 31 | 6-16 | IDP INS PD cons | | 71.76 | (16.12) | 0 |
| 31 | 8-27 | RCT | | | | |
| 31 | 8-27 | Filed IDP RCT XRAY | | | | |
| 31 | 9-15 | IDP PD RCT | | 511.68 | (3.44) | 0 |

000289