FROM : DR ROBERT CAVE    FAX NO. : 945 7864    v. 16 2005 12:54PM P2

(1/10)

**Name of Patient** Linda Sebinza    **Date** 1-20-03

## Progress Notes

prev tx w/ psychologist anxiety? 5 yrs ago for 3 mos.  DOB 9/27/46
currently in tx w/ Mark Bernstein — Xanax 0.5 1-2x daily, Ambien 10 mg nightly, Estrogen, Claritin, Prevacid
(for prevention of heart attacks)
tension headaches — takes Phrenilin Forte ? mg
no migraine headaches
married since 1967, 1 son 24
retired since 10-1-01 from Defense Logistics Agency as Property Disposal Technician GS 7 — served as branch administration clerk
11-2000 her [boss] dx w/ CA, recently divorced, L assisted him "w/ his needs"
L had been under stress previously place, health began to deteriorate (starting in winter of 2000-01). Fa in hospice 2-01, died 3-01
on crutches since 12-99: heel inflammation → walking on toes → frayed ligaments
6-01 offered pre-retirement seminar. 3-4 day long seminar L told by sup. she's not eligible to attend bc she'd attended one 5 yrs prior. Never got response to req. for written verification of basis for denial.
2 wks later told she'd gotten letter of requirements alleging abuse of SL & requiring her to provide doctor's note for all medically related leave, including headaches
was "terribly upset" by letter, developed tension headaches in response
34 yrs of gov't service, 26 w/ DLA, no hx of SL abuse
she'd been providing dr notes anyway, [?] not for tension headaches, which sometimes occurred weekly
began to dread going to work — she'd intended to retire in 2004, her health became overriding issue. Symptoms: "anger, humiliation anxiety, insomnia, morning acid stomach, mental anguish, a lot of depression, fatigue throughout day, difficulty getting out of bed, req. spent weekends in bed, social withdrawal, concentration + ST memory impaired, hopelessness, helplessness, frustration like no other time in my life, stopped doing prev enjoyable activities (anhedonia), total loss of libido
now in tx for depression (w/ MD dr.)
began seeing Bernstein in '92, had improved to pt of being "weaned off" Xanax, resumed use in face of work stress
originally saw Bernstein for anxiety, insomnia 2° to 1988 episode in which she [?] had heart attack — later tx evolved into consideration of work stress [?] including [?] JPRs after 1 mo. on job (original rating reinstated, was [?] upset w/ her reassignment) ~1990

Next Visit: Sched. for _____  Pt. will call ☐  Tx will call pt. ☐  Tx terminated ☐

Currently sees Bernstein every 3 mo.

**EXHIBIT LL**

"Linda Selinger" cont. 2-20-03                                    (2/10)

- retaliation claim (title 5 requires [illegible] 2° to request for written rationale for denial of [illegible] seminar)
- handicap discrimination for insulting remarks about her leg ("why don't you cut it off") — made by [illegible] sup. Godfrey Ching
- Edwin M. Arandona [illegible] boss (DRMO chief) — 2-3 witnesses (inc. L.) have heard him say "I don't like it when females stand up..."
- age discrimination based on 4 personnel denied attendance at ret. seminar all in range 54-70 y.o. Other 3 have filed EEO claims as well.
- she felt denial of seminar was "personal, since he'd never denied this letter from 1990." Other factors: Arandona denied awards put in by supervisors; delayed her promotion after HQ in Battle Creek authorized discretionary upgrade from GS6-7 (1998).

- Hx [?] of visits w/ Berstein since 1992: 2-3x/yr
- saw another psychiatrist in 1988 w/in 1 mo. after hospitalization. (Not sure how long she saw him / can't remember his name.)
- told Ching she didn't appreciate his insulting remarks, but he persisted — witnesses to this

- felt she was being denied a "right after 34 yrs of loyal govt service" re: seminar. Activity was shut down for day, 44/48 employees allowed to go to seminar, all 4 denied had attended one 5 yrs prior, 1 of the 44 had attended seminar 5 yrs prev.
- 2 of the 3 others denied were part of 1990 complaints; lowering of PRs

Name of Patient: Linda Sebzuja   Date: 3-4-03

## Progress Notes

rec'd ROI — tone fairly neutral, no apparent conclusions
pt's also motivated by "principle," wants "justice served" —
started EEO process shortly after returning; filed formal complaint
in Jan. 2002 (Congressional, w/ Rep. Abercrombie)
Sept 2002 Battle Creek HQ said they'd have her file this week, ready
to proceed. Investigator came out Jan 2003 (when she also rec'd her
official personnel folder)
met w/ atty EW Smith for 1st x in Dec 2002, decided to hire him 2-10.
"By & have I know I've tried my best." Wants to make a "difference for the
better."
says about 30 people have left her agency in past 5-6 yrs
psychologist she saw 5 yrs ago: Nancy Hughes for about 6 mos. (about
every 2 wks or so)
MMPI-2 — agrees she tends to report+to stress w/ phys symptoms —
denies any delusional or hallucinatory exp.
currently seeing Dr. Bernstein every 3 mos.

Next Visit: Sched. for _____  Pt. will call ☐  Tx will call pt. ☐  Tx terminated ☐

Dr. Bernstein re: L. Setzer
5-8-03

Gen. Anxiety Disorder - relatively on tenor & andren
309.0   constantly complained at work stress
        unfairness ("all different kinds of reasons")
        discriminatory harassment
        nothing clinical leads him to doubt veracity of claims
        found him genly good historian & reliable

some outside stressors in terms of aging parents, son not
living up to expectations

→ meds didn't help this due to work stress constant
+ unyielding
initially severe sleep probs.
toward end of tx he became rigid & unflexible

Name of Patient: Linda Sobrinya    Date: 6-24-03

## Psychotherapy Notes

UMSA Med 087 XLPF00575482664
DOB 9/27/46
1517 Makiki St. Apt 1201 HNL 96822
945-7864

seeing Dr. Bernstein every 3 mos — saw him last mo., feeling "more depression"

prescribed Zoloft 37.5 mg (3/4 of 50 mg pill), Xanax 0.5 PRN, Ambien nightly

last wk had EEO deadline to submit documents in case — felt overwhelm got tension headaches (and prescription from PCP for them)

felt stressed by the time pressure + attempts to produce "petty" req. chose for atty

Often tears of stress — asks her task difficult — "bangs head on wall"

action time pressure more overwhelming than it should be — feels atop the existing anxiety

Prior to 1988 hospitalization "I didn't know what anxiety was." — once she put more pressure on myself than I should."

"work stress carried over into fam. life" — "I've become more distant fr husband"

does / has little to nurture herself — used to play golf passionately has none since '99 foot injury

needs to actively cultivate outlets to replace golf (uses pool)

agrees w/ assessment

Next Visit: Sched. for _____    Pt. will call ☑  Tx will call pt. ☐  Tx terminated ☐

**Robert Davé, Ph.D., Inc.**
Hawaii Licensed Clinical Psychologist

April 22, 2003

Re: Linda Sekiya

Hospitalized at Straub 7-11 to 7-12, 1988. Admitting diagnosis: chest pain, rule out myocardial infarction. Discharge diagnosis: chest pain, no myocardial infarction found.

Treated 8-18-1988 by J.T. Berthiaume at Straub for fear of driving, light-headedness subsequent to hospitalization. Diagnosis: Probable Anxiety Disorder by History. Prescribed Xanax 0.25 mg tid (3x/day). Followed up on 8-23-88 and 9-6-88. Continued on Xanax, decreasing in frequency to bid (2x/day). Off work from 8-18 to 9-6-88. Followed up on 9-20-88, Xanax increased from bid to tid.

Seeks 2nd opinion from W.P. Jones at Straub 9-29-88. Jones notes at time of hospitalization she was worried about what would happen to her 10 yr old son if she died. "She is under some stress both at home and at work." Impression: Hyperventilation Syndrome. Continued Xanax prn (as needed).

Calls for Xanax 10-7-88, 12-23-89 (use down to 1x/day prn). Given prescription. Returns next on 8-8-91 for more Xanax. Has used only 30 in previous 18 months. Impression: Hyperventilation Syndrome, Stable. Refills Xanax 11-12-91.

Returns to Dr. Jones 9-2-92 for dizziness. He notes her sparing use of Xanax for "stress and anxiety." "Looks slightly depressed." Impression: Vertigo, subsiding; and "Situational Reaction."

5-29-93 (Dr. Jones): "Patient comes in because of a rash which is now resolved and shortness of breath. She attributes both of these to stress at work. There are a lot of problems there because of down-sizing and uncertainty about the future." Impression: Hyperventilation Syndrome. Refilled Xanax, 1x/day "for tension."

9-7-93: Psychiatric consultation w/Dr. Bernstein. "Anxiety disorder." Notes she is on Xanax and prescribes Paxil 10 mg hs (at night). Sees Bernstein again on 9-27-93; Paxil made her nauseous. Trial of Trazadone initiated. Cancels 11-15-93 appt. w/Bernstein.

1-26-94: Appt. w/Bernstein. Trazadone not helpful. Prescribed something illegible plus Xanax 0.25 mg prn. Bernstein notes "work problems, feels insecure."

9-23-94: Appt. w/Bernstein. Trial of Ambien. Continues Xanax daily. "Work stress—harassment." Ambien continued on 10-4-94.

2-16-95: Appt. w/Bernstein. Meds continued. Notes "work stress resolving. Possible retirement of supervisor."

Sees Bernstein 8-15-95, 12-16-95, 1-26-96. Meds continued, no other notes. 4-2-96 appt. notes

1188 Bishop Street • Suite 1011 • Honolulu, Hawaii 96813
Phone: (808) 524-4662 • Fax: (808) 674-8849 • E-Mail: maianai@aol.com

"stress w/stepfather's death." Meds continued.

10-15-96: Appt. w/Bernstein notes, simply, "work stresses." Meds continued (still on Ambien for sleep disturbance).

4-29-97: Appt. w/Bernstein. "May need to retire...Stressed." Ambien/Xanax continued.

8-27-97: Bernstein appt. Notes "stress at work."

3-25-98: Bernstein notes "Discussed work stress and need to keep to meds as ordered. Hoping for early retirement." Prescribes Prozac, if I'm reading his scrawl correctly.

5-19-98: Prozac refilled.

7-29-98: Bernstein appt. "Prozac helpful...Work going ????" (indecipherable)

5-14-99: Neurology consult (Dr. James Pearce) for headaches, stiffness in neck/shoulders, eye twitching. Diagnostic impression: Recurrent muscle contraction headache. Pearce notes history of "occasional stress headaches" and treatment for anxiety by Bernstein. Notes, "In regard to the twitching of the eye, this undoubtedly stress related in the typical tarsal plate fasciculation seen with stress."

7-1-99: Appt. w/Bernstein. Notes, "Continue meds...Trying for early retirement...anxious."

2-3-00: Appt. w/Bernstein. "Ligament tear of ankle (on crutches). Discussed sleeping agents. Finds Ambien helpful." Bernstein continues Ambien (10 mg HS; i.e. at night).

5-10-00: Bernstein refills Xanax prescription (0.25 mg, 90 tablets, prescribed for daily use).

8-29-00: Appt. w/Bernstein. "Discussed retirement." Continued Xanax and Ambien.

11-?-00: Father diagnosed w/cancer.

1-23-01: Bernstein refills Ambien prescription.

3-6-01: Appt. w/Bernstein. "Stressed w/father in hospital...Considering retiring this year. Continue meds."

3-?-01: Father dies.

8-21-01: Appt. w/Bernstein. "Very upset over work situation. Feels she has been harassed...Feels unable to perform properly at work since placed on absence control. Taking more Xanax to help..." Increases dosage of Xanax to 0.5 mg PRN (as needed), 180 tablets, with an option to refill. "Side effects discussed & __?__ of dependence."

2



9-10-01: Appt. w/Bernstein. "Off work until end of month and then retiring. Concerns about mother's health. Continue meds. Affect OK but stressed and facing health issues." Bernstein holds her out from work 9-10-01 to 9-30-01. His medical certificate says, "Anxiety and depression."

10-1-01: Linda retires from Defense Logistics Agency.

8-27-02: Medical certificate from Bernstein. "Not recommended for jury duty due to anxiety disorder."

3

Patient ledger: Linda Sekiya

Patient ledger: Linda Sekiya

| Date | Descrip | Charge | Pt pay | 1° ins | 2° ins | Adj | Bal | Total |
|---|---|---|---|---|---|---|---|---|
| 06/ ance brought forward | | | | | | | | 0.00 |
| 02/14/03 | 90830 | 100.00 | | | | | 100.00 | 100.00 |
| 02/20/03 | Forensic | 416.00 | | | | | 416.00 | 516.00 |
| 02/21/03 | Attorney | 52.00 | | | | | 52.00 | 568.00 |
| 03/04/03 | Forensic | 208.00 | | | | | 208.00 | 776.00 |
| 03/04/03 | Statement rendered | | | | | | | |
| 03/13/03 | Attorney | 34.67 | | | | | 34.67 | 810.67 |
| 03/18/03 | Attorney | | 776.00 | | | | | 34.67 |
| 03/20/03 | 90889 | 312.00 | | | | | 312.00 | 346.67 |
| 04/03/03 | Attorney | 15.60 | | | | | 15.60 | 362.27 |
| 04/05/03 | Statement rendered | | | | | | | |
| 04/19/03 | Attorney | | 362.27 | | | | | 0.00 |
| 04/22/03 | 90889 | 208.00 | | | | | 208.00 | 208.00 |
| 05/01/03 | Statement rendered | | | | | | | |
| 05/08/03 | Collater | 52.00 | | | | | 52.00 | 260.00 |
| 05/08/03 | Attorney | 34.67 | | | | | 34.67 | 294.67 |
| 05/23/03 | Attorney | | 208.00 | | | | | 86.67 |
| 05/30/03 | Statement rendered | | | | | | | |
| 06/23/03 | Attorney | 34.66 | | | | | 34.66 | 121.33 |
| 06/24/03 | Attorney | | 86.67 | | | | | 34.66 |
| 06/30/03 | Statement rendered | | | | | | | |
| 07/29/03 | Attorney | | 34.66 | | | | | 0.00 |
| 02/19/04 | Attorney | 52.00 | | | | | 52.00 | 52.00 |
| 03/01/04 | Statement rendered | | | | | | | |
| 03/31/04 | Statement rendered | | | | | | | |
| 04/30/04 | Statement rendered | | | | | | | |
| /31/04 | Statement rendered | | | | | | | |
| ,03/04 | Attorney | | 52.00 | | | | | 0.00 |
| Column totals | | 1519.60 | 1519.60 | 0.00 | 0.00 | 0.00 | | |

10/12/04   Total outstanding balance                                             0.00

Printed Tuesday 10/12/04 09:53:55

FROM :                          FAX NO. :945 7864          ov. 16 2005 01:01PM P1

```
                    Patient ledger:  Linda Sekiya
Date       Descrip    Charge   Pt pay    1° ins   2° ins      Adj       Bal     Total
----       -------    ------   ------    ------   ------      ---       ---     -----

 ance brought forward                                                            0.00

06/24/03    90801     130.00                                            130.00  130.00
06/24/03   Insuranc                                           5.00              125.00
06/24/03   Insuranc                                         100.00               25.00
06/24/03   Insurance claim submitted
06/30/03   Statement rendered
07/09/03   Insuranc   100.00                                            100.00  125.00
07/09/03   Patient              25.00                                           100.00
07/09/03   Insuranc             100.00                                            0.00
                      ------   ------    ------   ------    ------
Column totals         230.00   125.00      0.00     0.00    105.00

10/12/04   Total outstanding balance                                              0.00


Printed Tuesday 10/12/04 09:54:23
```