SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, § 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. **Name** (Print or type—Last, First, M.I.)   *SEKIYA, L.*

2. **Employee I.D. Number**

3. **Organizational Unit**   *DRMO-HI*

4-A **FROM:** Month *9*  Day *14*  Hour *0730*  A.M. ☐ P.M. ☐
4-B **TO:** Month *9*  Day *14*  Hour *1000*  A.M. ☐ P.M. ☐
4-C **Total Number of Hours** *2.5*

5. **I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☐ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ **Sick Leave.** (Complete reverse side of form.)

☐ **Leave Without Pay.**

☐ **Compensatory Time.**

☐ **Other.** (Specify)

6. **Remarks**   *Dr App't*

7. **Employee's Signature**   *L Sekiya*

8. **Date** (Month, Day, Year)   *9-1-00*

### OFFICIAL ACTION ON APPLICATION

☑ **Approved**   ☐ **Disapproved** (If disapproved, give reason. If annual leave, initiate action to reschedule.)

**Signature** (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)   *9-11-00*

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, § 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. **Name** (Print or type—Last, First, M.I.)   *SEKIYA, L*

2. **Employee I.D. Number**

3. **Organizational Unit**   *DRMO-HI*

4-A **FROM:** Month *9*  Day *30*  Hour *1315*  A.M. ☐ P.M. ☑
4-B **TO:** Month *9*  Day *30*  Hour *1600*  A.M. ☐ P.M. ☑
4-C **Total Number of Hours** *2.45*

5. **I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☐ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ **Sick Leave.** (Complete reverse side of form.)

☐ **Leave Without Pay.**

☐ **Compensatory Time.**

☐ **Other.** (Specify)

6. **Remarks**   *HEADACHE*

7. **Employee's Signature**   *L Sekiya*

8. **Date** (Month, Day, Year)   *9/30/00*

### OFFICIAL ACTION ON APPLICATION

☑ **Approved**   ☐ **Disapproved** (If disapproved, give reason. If annual leave, initiate action to reschedule.)

**Signature** (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)   *9-28-00*

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, § 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

1. **Name** (Print or type—Last, First, M.I.)   *SEKIYA, L.*

2. **Employee I.D. Number**

3. **Organizational Unit**   *DRMO-HI*

4-A **FROM:** Month *9*  Day *21*  Hour *0730*  A.M. ☐ P.M. ☑
4-B **TO:** Month *9*  Day *21*  Hour *1600*  A.M. ☐ P.M. ☐
4-C **Total Number of Hours** *8*

5. **I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☐ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ **Sick Leave.** (Complete reverse side of form.)

☐ **Leave Without Pay.**

☐ **Compensatory Time.**

☐ **Other.** (Specify)

6. **Remarks**   *HEADACHE*

7. **Employee's Signature**   *L Sekiya*

8. **Date** (Month, Day, Year)   *9/22/00*

### OFFICIAL ACTION ON APPLICATION

☐ **Approved**   ☐ **Disapproved** (If disapproved, give reason. If annual leave, initiate action to reschedule.)

**Signature** (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)

NSN 7540-00-753-5067

**EXHIBIT** *MM*



L. Sekiya
EXHIBIT NO. 1
11/22/05
L. GROUX

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L | | 2. Employee I.D. Number |
|---|---|---|

| 3. Organizational Unit DRMO H1 | | | | | | |
|---|---|---|---|---|---|---|
| | 4-A FROM: | Month 9 | Day 22 | Hour 1100 | A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):* | 4-B TO: | Month 9 | Day 22 | Hour 1600 | A.M. / P.M. | 4.5 |
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks | | | DR APPT | | |
| ☑ Sick Leave. *(Complete reverse side of form.)* | | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature | | | | | |
| ☐ Compensatory Time. | | | | | | |
| ☐ Other. *(Specify)* | | | | | | 8. Date *(Month Day Year)* 9/21/0 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month Day Year)* 9 20 00 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA L | | 2. Employee I.D. Number |
|---|---|---|

| 3. Organizational Unit DRMO-H1 | | | | | | |
|---|---|---|---|---|---|---|
| | 4-A FROM: | Month 10 | Day 11 | Hour 073o | A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):* | 4-B TO: | Month 10 | Day 13 | Hour 1600 | A.M. / P.M. | 24 |
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks HEADACHE | | | | | |
| ☑ Sick Leave. *(Complete reverse side of form.)* | | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature | | | | | |
| ☐ Compensatory Time. | | | | | | |
| ☐ Other. *(Specify)* | | | | | | 8. Date *(Month Day Year)* 10-16-00 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month Day Year)* 10-20-00 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L | | 2. Employee I.D. Number |
|---|---|---|

| 3. Organizational Unit DRMO-H1 | | | | | | |
|---|---|---|---|---|---|---|
| | 4-A FROM: | Month 10 | Day 16 | Hour 073o | A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):* | 4-B TO: | Month 10 | Day 16 | Hour 083o | A.M. / P.M. | 1 |
| ☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks | | | | | |
| ☐ Sick Leave. *(Complete reverse side of form.)* | | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature | | | | | |
| ☐ Compensatory Time. | | | | | | |
| ☐ Other. *(Specify)* | | | | | | 8. Date *(Month Day Year)* 10-16-00 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month Day Year)* 10-20-00 |
|---|---|---|---|

NSN 7540-00-753-5067

## Form 1

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

**1. Name** (Print or type—Last, First, M.I.)
SEKIYA, L

**2. Employee I.D. Number**

**3. Organizational Unit**
DRMO-HI

**4-A** Month 11  Day 9  Hour 0730  A.M. / P.M.
FROM:

**4-B** Month 11  Day 9  Hour 1030  A.M. / P.M.
TO:

**4-C** Total Number of Hours  3

**5. I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☑ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☐ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

**6. Remarks**
APPT

**7. Employee's Signature**
Sekiy

**8. Date** (Month, Day, Year)
11-8-00

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)
11-9-00

NSN 7540-00-663-5067

## Form 2

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

**1. Name** (Print or type—Last, First, M.I.)
SEKIYA, L.

**2. Employee I.D. Number**

**3. Organizational Unit**
DRMO-HI

**4-A** Month 11  Day 22  Hour 0730  A.M. / P.M.
FROM:

**4-B** Month 11  Day 22  Hour 1600  A.M. / P.M.
TO:

**4-C** Total Number of Hours  X  8½

**5. I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

**6. Remarks**
DR / TREATMENT

**7. Employee's Signature**
Sekiy

**8. Date** (Month, Day, Year)
11-17-0

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)

NSN 7540-00-753-5067

## Form 3

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

**1. Name** (Print or type—Last, First, M.I.)
SEKIYA, L.

**2. Employee I.D. Number**

**3. Organizational Unit**
DRMO-HI

**4-A** Month 12  Day 6  Hour 0730  A.M. / P.M.
FROM:

**4-B** Month 12  Day 6  Hour 1600  A.M. / P.M.
TO:

**4-C** Total Number of Hours  8

**5. I hereby request** (If more than one box is checked, explain in Item 6. Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

**6. Remarks**
DR APPT / TEST

**7. Employee's Signature**
Sekiy

**8. Date** (Month, Day, Year)
12/1/00

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year)

**Date** (Month, Day, Year)
12-4-00

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number |
|---|---|---|
| SEKIYA, L. | | |

| 3. Organizational Unit | 4–A FROM: | Month | Day | Hour | A.M. | 4–C |
|---|---|---|---|---|---|---|
| DRMO-HI | | 12 | 7 | 1130 | P.M. | Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6.)* Remarks: | 4–B TO: | Month 12 | Day 8 | Hour 1600 | A.M. P.M. | 4 |

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks

D.R. APP'T

☑ Sick Leave. *(Complete reverse side of form.)*
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other. *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| Sekiya | 12-7-00 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approval may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* |
|---|---|
| Godfrey Ching | 12-7-00 |

NSN 7540–00–753–5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number |
|---|---|---|
| SEKIYA, L. | | |

| 3. Organizational Unit | 4–A FROM: | Month | Day | Hour | A.M. | 4–C |
|---|---|---|---|---|---|---|
| DRMO-HI | | 12 | 11 | 0730 | P.M. | Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6.)* Remarks: | 4–B TO: | Month 12 | Day 13 | Hour 0730 | A.M. P.M. | 17 |

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks

☑ Sick Leave. *(Complete reverse side of form.)*
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other. *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| Sekiya | 12-13-00 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approval may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* |
|---|---|
| Godfrey Ching | 12-14-0 |

NSN 7540–00–753–5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number |
|---|---|---|
| SEKIYA, L. | | |

| 3. Organizational Unit | 4–A FROM: | Month | Day | Hour | A.M. | 4–C |
|---|---|---|---|---|---|---|
| DRMO-HI | | 12 | 27 | 0730 | P.M. | Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6.)* Remarks: | 4–B TO: | Month 12 | Day 27 | Hour 1600 | A.M. P.M. | 8 |

☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks

URGENT FAMILY SITUATION

☐ Sick Leave. *(Complete reverse side of form.)*
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other. *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| Sekiya | 12-28-00 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approval may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* |
|---|---|
| Godfrey Ching | 12-28-00 |

NSN 7540–00–753–5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, & 2–9

71–112

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | | 4-C |
|---|---|---|---|---|---|---|
| DRMO–HI | FROM: | 1 | 4 | 1515 | A.M. P.M. | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6, Remarks): | 4-B | Month | Day | Hour | A.M. | .45 |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | TO: | 1 | 4 | 1600 | P.M. | |

| ☑ Sick Leave. (Complete reverse side of form.) | 6. Remarks DR. APP'T |
|---|---|
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature [signature] |
| ☐ Other. (Specify) | 8. Date (Month, Day, Year) 1-3-04 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) [signature] | Date (Month, Day, Year) 1-3-04 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, & 2–9

71–112

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | | 4-C |
|---|---|---|---|---|---|---|
| DRMO–HI | FROM: | 1 | 10 | 1530 | A.M. P.M. | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6, Remarks): | 4-B | Month | Day | Hour | A.M. | .30 |
| ☑ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | TO: | 1 | 10 | 1600 | P.M. | |

| ☐ Sick Leave. (Complete reverse side of form.) | 6. Remarks |
|---|---|
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature [signature] |
| ☐ Other. (Specify) | 8. Date (Month, Day, Year) 1-18-01 |

### OFFICIAL ACTION ON APPLICATION

| ☐ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) [signature] | Date (Month, Day, Year) 1-10-01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990–2, & 2–9

71–112

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | | 4-C |
|---|---|---|---|---|---|---|
| DRMO–HI | FROM: | 1 | 11 | 1300 | A.M. P.M. | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6, Remarks): | 4-B | Month | Day | Hour | A.M. | 3 |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | TO: | 1 | 11 | 1600 | P.M. | |

| ☑ Sick Leave. (Complete reverse side of form.) | 6. Remarks DR APP'T |
|---|---|
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature [signature] |
| ☐ Other. (Specify) | 8. Date (Month, Day, Year) 1-5-01 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) [signature] Chung | Date (Month, Day, Year) 1/8/01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.)  SEKIYA, L | | | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|---|---|
| 3. Organizational Unit  DRMO — HI | | | 4-A  FROM: | Month  1 | Day  12 | Hour  0730 | A.M.  P.M. | 4-C  Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | | 4-B  TO: | Month  1 | Day  12 | Hour  1600 | A.M.  P.M. | 8 |

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other, (Specify)

6. Remarks  HEADACHE

7. Employee's Signature

8. Date (Month, Day, Year)  1-16-0

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year.)

Date (Month, Day, Year)  1-17-0

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.)  SEKIYA, L | | | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|---|---|
| 3. Organizational Unit  DRMO | | | 4-A  FROM: | Month  1 | Day  29 | Hour  1315 | A.M.  P.M. | 4-C  Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | | 4-B  TO: | Month  1 | Day  29 | Hour  1600 | A.M.  P.M. | 2,45 |

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other, (Specify)

6. Remarks  SICK

7. Employee's Signature

8. Date (Month, Day, Year)  1/29/01

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year.)

Date (Month, Day, Year)  1/30/01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.)  SEKIYA, L. | | | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|---|---|
| 3. Organizational Unit  DRMO-HI | | | 4-A  FROM: | Month  2 | Day  15 | Hour  1130 | A.M.  P.M. | 4-C  Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | | 4-B  TO: | Month  2 | Day  15 | Hour  1600 | A.M.  P.M. | 4 |

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other, (Specify)

6. Remarks  DR

7. Employee's Signature

8. Date (Month, Day, Year)  2/15/01

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year.)

Date (Month, Day, Year)  2-15-01

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, S 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | | | 2. Employee I.D. Number | | |
|---|---|---|---|---|---|---|
| SEKIYA, L. | | | | | | |

| 3. Organizational Unit | 4–A | Month | Day | Hour | A.M. | 4–C |
|---|---|---|---|---|---|---|
| DRMO-HI | FROM: | 1 | 30 | 0730 | P.M. | Total Number of Hours |

| 5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):* | 4–B | Month | Day | Hour | A.M. | |
|---|---|---|---|---|---|---|
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | TO: | 2 | 2 | 1600 | P.M. | 32 |

| 6. Remarks |
|---|
| FLU |

☑ Sick Leave. *(Complete reverse side of form.)*
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| *Sekiya* | 2-5-01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* |
|---|---|---|---|
| | | | 2-6-01 |

NSN 7540-00-753-5067

---

## DISABILITY CERTIFICATE

### MICHAEL J. INADA, M.D.
98-1079 Moanalua Road, Suite 440
Aiea, Hawaii 96701

Telephone: (808) 487-5115

Date 2/1/01

This is to certify that _Sekiya, Linda_

has been under my professional care and was:

☑ Totally Incapacitated          ☐ Partially Incapacitated

from _1/30/01_          to _2/2/01_

Remarks: _return to work 2/5/01_

Dr. _M____

#13101 — Medical Arts Press  1-800-328-2179

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990—2, 6 2-9

## APPLICATION FOR LEAVE

71—112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | | | 2. Employee I.D. Number | |
| --- | --- | --- | --- | --- | --- |

1. Name *(Print or type—Last, First, M.I.)*
SEKIYA, L.

2. Employee I.D. Number

3. Organizational Unit
DRMO-HI

| | Month | Day | Hour | | A.M. | 4-C |
| --- | --- | --- | --- | --- | --- | --- |
| 4-A FROM: | 2 | 16 | 0730 | | P.M. | Total Number of Hours |
| 4-B TO: | 2 | 16 | 1600 | | A.M. / P.M. | 8 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

6. Remarks
DR'S ORDERS

7. Employee's Signature
Sekiya

8. Date *(Month, Day, Year)*
2-20-0

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*
Godfrey Chung

Date *(Month, Day, Year)*
2/20/01

NSN 7540-00-753-5067

---

## RETURN TO WORK OR SCHOOL

### DR. MICHAEL K. Y. CHUN
Aiea Medical Building
99-128 Aiea Heights Dr., Ste. 502
Aiea, HI 96701

Telephone: (808) 488-8101

Date 2·15·01

This is to certify that

Linda Sekiya

has been under my care for the following:

Foot Condition

_____

_____

and is able to return to (work) / school on Feb. 20, 2001

Remarks:_____

_____

_____

_____
(SIGNATURE)

#13107 — Medical Arts Press   1-800-328-2179

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | 2. Employee I.D. Number |
|---|---|
| SEKIYA, L | |

| 3. Organizational Unit | | | | | 2. Employee I.D. Number |
|---|---|---|---|---|---|

3. Organizational Unit  DRMO-HI

| | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| | FROM: | 2 | 21 | 1130 | P.M. | Total Number of Hours |
| | 4-B | Month | Day | Hour | A.M. | |
| | TO: | 2 | 21 | 1600 | P.M. | 4 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks  HEADACHE

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other (Specify):

| 7. Employee's Signature | 8. Date (Month, Day, Year) |
|---|---|
| | 2-21-0 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
|---|---|---|---|
| | | Godfrey Ching | 2-21-01 |

NSN 7540-00-763-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | 2. Employee I.D. Number |
|---|---|
| SEKIYA, L. | |

3. Organizational Unit  DRMO-HI

| | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| | FROM: | 2 | 21 | 1400 | P.M. | Total Number of Hours |
| | 4-B | Month | Day | Hour | A.M. | |
| | TO: | 2 | 21 | 1600 | P.M. | 2 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☑ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks

☐ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other (Specify):

| 7. Employee's Signature | 8. Date (Month, Day, Year) |
|---|---|
| | 2-20-01 |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
|---|---|---|---|
| | | Godfrey Ching | 2/20/01 |

NSN 7540-00-763-5067

---

**Murashige, Sandra**

| | |
|---|---|
| **From:** | Domdoma, Edwin |
| **Sent:** | Thursday, March 01, 2001 6:40 PM |
| **To:** | Murashige, Sandra |
| **Subject:** | FW: Time and Attendance |

-----Original Message-----

| | |
|---|---|
| **From:** | Saki, Shirley |
| **Sent:** | Thursday, March 01, 2001 2:31 PM |
| **To:** | Ching, Godfrey |
| **Subject:** | Time and Attendance |

Just a reminder:  Sick Leave (SF 71) still outstanding for Custy on 2/22, 2/23, 2/26, and 2/27, including doctor's note. Then on 2/28, what time did she report for work?

Shirley

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990- 2, 6 2-9

71–112

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

1. Name *(Print or type—Last, First, M.I.)*
SEKIYA, L

2. Employee I.D. Number

3. Organizational Unit
DEMO-HI

| 4-A | Month | Day | Hour | A.M. | 4-C |
|-----|-------|-----|------|------|-----|
| FROM: | 2 | 22 | 0730 | P.M. | Total Number of Hours |
| 4-B | Month | Day | Hour | A.M. | |
| TO: | 2 | 23 | 1600 | P.M. | 16 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

6. Remarks
FCU

7. Employee's Signature

8. Date *(Month, Day, Year)*
2-28-01

### OFFICIAL ACTION ON APPLICATION

☑ Approved     ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*
2-28-01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

71–112

## APPLICATION FOR LEAVE

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

1. Name *(Print or type—Last, First, M.I.)*
SEKIYA, L

2. Employee I.D. Number

3. Organizational Unit
DEMO-HI

| 4-A | Month | Day | Hour | A.M. | 4-C |
|-----|-------|-----|------|------|-----|
| FROM: | 2 | 26 | 0730 | P.M. | Total Number of Hours |
| 4-B | Month | Day | Hour | A.M. | |
| TO: | 2 | 28 | 0915 | P.M. | 17.45 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

6. Remarks
FCU

7. Employee's Signature

8. Date *(Month, Day, Year)*
2-28-01

### OFFICIAL ACTION ON APPLICATION

☑ Approved     ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*
3-1-01

NSN 7540-00-753-5067

---

## DISABILITY CERTIFICATE

### MICHAEL J. INADA, M.D.

98-1079 Moanalua Road, Suite 440
Aiea, Hawaii 96701

Telephone: (808) 487-5115

Date 2/26/01

This is to certify that Sekiya, Linda

has been under my professional care and was:

☑ Totally Incapacitated          ☐ Partially Incapacitated

from 2/21/01          to 2/27/01

Remarks: _____

_____

_____

Dr. _____

#13101 — Medical Arts Press   1-800-328-2179

SP 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
7M Supple. 990–2, G 2–9

## APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|---|---|
| SEKIYA, L. | | | | | | | |

| 3. Organizational Unit | | | | | | | |
|---|---|---|---|---|---|---|---|
| DRMO–HI | | | | | | | |

| | | 4–A FROM: | Month 3 | Day 19 | Hour 0730 | A.M. / P.M. | 4–C Total Number of Hours |
|---|---|---|---|---|---|---|---|
| | | 4–B TO: | Month 3 | Day 19 | Hour 0915 | A.M. / P.M. | 1.45 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

| 6. Remarks | |
|---|---|
| DR. APP'T | |

| 7. Employee's Signature | 8. Date (Month, Day, Year) |
|---|---|
| L Sekiya | 3–16–01 |

### OFFICIAL ACTION ON APPLICATION

☑ Approved    ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

| Signature (Annual leave approved may not exceed the amount available for use during the leave year) | Date (Month, Day, Year) |
|---|---|
| | 3–19–01 |

NSN 7540–00–75Ø–5067

---

### RETURN TO WORK OR SCHOOL

### DR. MICHAEL K. Y. CHUN
Aiea Medical Building
99-128 Aiea Heights Dr., Ste. 502
Aiea, HI 96701

Telephone: (808) 488-8101

Date_ 3/19/01

This is to certify that

_Linda D. Sekiya_

has been under my care for the following:

_Foot Condition_

and is able to return to  work / school  on_____

Remarks:_____

_____ (SIGNATURE)

#13107 — Medical Arts Press  1-800-328-2179

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L. | | | | | 2. Employee I.D. Number | | |
|---|---|---|---|---|---|---|---|
| 3. Organizational Unit   DRMO-HI | 4-A FROM: | Month 3 | Day 23 | Hour 0736 | A.M. P.M. | 4-C Total Number of Hours | |
| 5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):* | 4-B TO: | Month 3 | Day 23 | Hour 1600 | A.M. P.M. | 8 | |
| ☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks | | | | | | |
| ☐ Sick Leave. *(Complete reverse side of form.)* | 7. Employee's Signature | | | | | 8. Date *(Month, Day, Year)* 3/26/0 | |
| ☐ Leave Without Pay. | | | | | | | |
| ☐ Compensatory Time. | | | | | | | |
| ☐ Other. *(Specify)* | | | | | | | |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* 3/26/01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L. | | | | | 2. Employee I.D. Number | | |
|---|---|---|---|---|---|---|---|
| 3. Organizational Unit   DRMO-HI | 4-A FROM: | Month 3 | Day 27 | Hour 0736 | A.M. P.M. | 4-C Total Number of Hours | |
| 5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):* | 4-B TO: | Month 3 | Day 30 | Hour 1600 | A.M. P.M. | 32 | |
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks   FLU | | | | | | |
| ☑ Sick Leave. *(Complete reverse side of form.)* | 7. Employee's Signature | | | | | 8. Date *(Month, Day, Year)* 4-2-01 | |
| ☐ Leave Without Pay. | | | | | | | |
| ☐ Compensatory Time. | | | | | | | |
| ☐ Other. *(Specify)* | | | | | | | |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* 4-2-01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

## Certificate to return to work

Name   Linda Sekiya

Has been under my care from   3/27/01   to   4/2/01

and is able to return to work on   4/2/01

Nature of illness or injury   Influenza

☐ restrictions        ☐ no restrictions

comments

Dr.   Lloyd T. Kobayashi M.D.   Phone   488-7747

98 - 1079 Moanalua Rd., #450
Aiea, HI 96701

Address ___   Date   3/27/01

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | 2. Employee I.D. Number |
|---|---|
| SEKIYA, L | |

**3. Organizational Unit**
DRMO-HI

| 4-A FROM: | Month 4 | Day 9 | Hour 0730 | A.M. P.M. | 4-C Total Number of Hours |
| 4-B TO: | Month 4 | Day 9 | Hour 1600 | A.M. P.M. | 8 |

**5. I hereby request** (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

**6. Remarks**
HEADACHE

**7. Employee's Signature**
_L Sekiy_

**8. Date** (Month, Day, Year)
4/13/01

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year)

Date (Month, Day, Year)

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | 2. Employee I.D. Number |
|---|---|
| SEKIYA, L | |

**3. Organizational Unit**
DRMO-HI

| 4-A FROM: | Month 4 | Day 24 | Hour 0730 | A.M. P.M. | 4-C Total Number of Hours |
| 4-B TO: | Month 4 | Day 27 | Hour 1600 | A.M. P.M. | 32 |

**5. I hereby request** (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

**6. Remarks**
FLU

**7. Employee's Signature**
_L Sekiy_

**8. Date** (Month, Day, Year)
4-30-01

## OFFICIAL ACTION ON APPLICATION

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year)

Date (Month, Day, Year)
4-30-01

NSN 7540-00-753-5067

---

## DISABILITY CERTIFICATE

### MICHAEL J. INADA, M.D.
98-1079 Moanalua Road, Suite 440
Aiea, HI 96701

Telephone: (808) 487-5115

Date 4/24/01

This is to certify that _Sekiya, Linda_

has been under my professional care and was:

☑ Totally Incapacitated     ☐ Partially Incapacitated

from _4/24/01_ to _4/27/01_

Remarks:

Dr. _M Inada_

#13101 — Medical Arts Press   1-800-328-2179

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supps. 990-2, 6 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) SEKIYA, L | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit DRMO-HI | 4-A FROM: Month 5 | Day 10 | Hour 1500 | A.M. P.M. | 4-C Total Number of Hours |
|---|---|---|---|---|---|
| | 4-B TO: Month 5 | Day 10 | Hour 1600 | A.M. P.M. | 1 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks HEADACHE

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

| 7. Employee's Signature | 8. Date (Month, Day, Year) 5/10/01 |
|---|---|

**OFFICIAL ACTION ON APPLICATION**

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) Chung | Date (Month, Day, Year) 5-10-01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supps. 990-2, 6 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) SEKIYA, L. | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit DRMO-HI | 4-A FROM: Month 5 | Day 11 | Hour 0730 | A.M. P.M. | 4-C Total Number of Hours |
|---|---|---|---|---|---|
| | 4-B TO: Month 5 | Day 11 | Hour 1600 | A.M. P.M. | 8 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks HEADACHE

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

| 7. Employee's Signature | 8. Date (Month, Day, Year) 5-11-01 |
|---|---|

**OFFICIAL ACTION ON APPLICATION**

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) 5/17/01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supps. 990-2, 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) SEKIYA, L | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit DRMO-HI | 4-A FROM: Month 5 | Day 17 | Hour 1500 | A.M. P.M. | 4-C Total Number of Hours |
|---|---|---|---|---|---|
| | 4-B TO: Month 5 | Day 17 | Hour 1600 | A.M. P.M. | 1 |

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.)

6. Remarks DR. APPT

☑ Sick Leave. (Complete reverse side of form.)

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. (Specify)

| 7. Employee's Signature | 8. Date (Month, Day, Year) 5-16-01 |
|---|---|

**OFFICIAL ACTION ON APPLICATION**

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) Godfrey Chung | Date (Month, Day, Year) 5/17/01 |
|---|---|---|---|

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) *SEKIYA, L.* | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit *DRMO—HI* | 4-A FROM: | Month 5 | Day 21 | Hour 1500 | A.M. P.M. | 4-C Total Number of Hours 1 |
|---|---|---|---|---|---|---|

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☑ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

4-B TO: Month 5 Day 21 Hour 1600 A.M. P.M.

6. Remarks *APP'T*

☐ **Sick Leave.** (Complete reverse side of form.)
☐ **Leave Without Pay.**
☐ **Compensatory Time.**
☐ **Other.** (Specify)

7. Employee's Signature

8. Date (Month Day Year)

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year) *Godfrey Chung*

Date (Month Day Year) 5/22/01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) *SEKIYA, L.* | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit *DRMO—HI* | 4-A FROM: | Month 5 | Day 24 | Hour 1300 | A.M. P.M. | 4-C Total Number of Hours 3 |
|---|---|---|---|---|---|---|

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☑ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

4-B TO: Month 5 Day 24 Hour 1600 A.M. P.M.

6. Remarks *APP'T*

☐ **Sick Leave.** (Complete reverse side of form.)
☐ **Leave Without Pay.**
☐ **Compensatory Time.**
☐ **Other.** (Specify)

7. Employee's Signature

8. Date (Month Day Year) 5-21-01

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year) *Godfrey Chung*

Date (Month Day Year) 5/22/01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) *SEKIYA, L.* | | 2. Employee I.D. Number | |
|---|---|---|---|

| 3. Organizational Unit *DRMO—HI* | 4-A FROM: | Month 5 | Day 25 | Hour 1500 1400 | A.M. P.M. | 4-C Total Number of Hours 2 17 |
|---|---|---|---|---|---|---|

5. I hereby request (If more than one box is checked, explain in Item 6, Remarks):

☐ **Annual Leave.** (Annual leave requested may not exceed the amount available for use during the leave year.)

4-B TO: Month 5 Day 25 Hour 1600 A.M. P.M.

6. Remarks *HEADACHE*

☑ **Sick Leave.** (Complete reverse side of form.)
☐ **Leave Without Pay.**
☐ **Compensatory Time.**
☐ **Other.** (Specify)

7. Employee's Signature

8. Date (Month Day Year) 5-25-0

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.)

Signature (Annual leave approved may not exceed the amount available for use during the leave year) *Godfrey Chung*

Date (Month Day Year) 5/25/01

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | 2. Employee I.D. Number |
|---|---|

SEKIYA, L

**3. Organizational Unit** — DRMO-H

| | 4-A Month 6 Day 1 Hour 1130 | A.M. | 4-C Total Number of Hours |
|---|---|---|---|
| | FROM: | P.M. | |
| | 4-B Month 6 Day 1 Hour 1600 | A.M. | 4 |
| | TO: | P.M. | |

**5. I hereby request** *(If more than one box is checked, explain in Item 6. Remarks):*

☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☐ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

6. Remarks

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| *[signature]* | 6-1-01 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approved may not exceed the amount available for use during the leave year)* | Date *(Month, Day, Year)* |
|---|---|
| *[signature]* | 6/1/01 |

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | 2. Employee I.D. Number |
|---|---|

SEKIYA, L

**3. Organizational Unit** — DRMO-H

| | 4-A Month 6 Day 4 Hour 0730 | A.M. | 4-C Total Number of Hours |
|---|---|---|---|
| | FROM: | P.M. | |
| | 4-B Month 6 Day 4 Hour 0945 | A.M. | 2.15 |
| | TO: | P.M. | |

**5. I hereby request** *(If more than one box is checked, explain in Item 6. Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

6. Remarks — DR APPT

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| *[signature]* | 6-4-01 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approved may not exceed the amount available for use during the leave year)* | Date *(Month, Day, Year)* |
|---|---|
| *[signature]* | 6-6-01 |

NSN 7540-00-753-5067

---

**RAMAKRISHNA R. KOSURI, M.D.**
PORTNER ORTHOPEDIC REHABILITATION INCORPORATED
615 PIIKOI STREET, SUITE 1210
HONOLULU, HAWAII 96814
PHONE: (808) 596-7300

NAME   Sekiya, Linda                    AGE

ADDRESS                          DATE  06-04-01

℞     She is under my care for chronic
Rt foot pain due to plantar fasciitis. She is
making progress, she needs to continue
some more physical therapy sessions, using
night splint / heel cup.

☐ LABEL

REFILL _____ TIMES

*[signature]* Rama Kosuri MD                    M.D.

DEA NO: BK 4697477

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
| SEKIYA, L | | | |

| 3. Organizational Unit | | 4–A | Month | Day | Hour | | 4–C |
| DRMO -HI | | FROM: | 6 | 13 | 0730 | A.M. ☐ P.M. ☐ | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | 4–B | Month | Day | Hour | A.M. ☐ P.M. ☐ | 3.15 |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | | TO: | 6 | 13 | 1045 | | |

| 6. Remarks | HEADACHE |
| ☑ Sick Leave. (Complete reverse side of form.) | |
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature |
| ☐ Other. (Specify) | Seki |

| | 8. Date (Month, Day, Year) |
| | 6-13-01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
| | | | 6/14/01 |

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
| SEKIYA, L. | | | |

| 3. Organizational Unit | | 4–A | Month | Day | Hour | | 4–C |
| DRMO-HI | | FROM: | 6 | 14 | 0730 | A.M. ☐ P.M. ☐ | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | 4–B | Month | Day | Hour | A.M. ☐ P.M. ☐ | 2.45 |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | | TO: | 6 | 14 | 1015 | | |

| 6. Remarks | HEADACHE |
| ☑ Sick Leave. (Complete reverse side of form.) | |
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature |
| ☐ Other. (Specify) | Seki |

| | 8. Date (Month, Day, Year) |
| | 6-14-01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
| | | | 6/15/01 |

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
| SEKIYA, L | | | |

| 3. Organizational Unit | | 4–A | Month | Day | Hour | | 4–C |
| DRMO + HI | | FROM: | 7 | 12 | 0730 | A.M. ☐ P.M. ☐ | Total Number of Hours |
| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | | 4–B | Month | Day | Hour | A.M. ☐ P.M. ☐ | 8 |
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | | TO: | 7 | 12 | 1600 | | |

| 6. Remarks | HEADACHE |
| ☑ Sick Leave. (Complete reverse side of form.) | |
| ☐ Leave Without Pay. | |
| ☐ Compensatory Time. | 7. Employee's Signature |
| ☐ Other. (Specify) | Seki |

| | 8. Date (Month, Day, Year) |
| | 7-13-01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year.) | Date (Month, Day, Year) |
| | | | 7/13/01 |

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.**

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L. | | | |

| 3. Organizational Unit | | 4-A | Month | Day | Hour | | 4-C |
|---|---|---|---|---|---|---|---|
| DRMO-HI | | FROM: | 7 | 5 | 0730 | A.M. P.M. | Total Number of Hours |

| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | 4-B | Month | Day | Hour | | |
|---|---|---|---|---|---|---|
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | TO: | 7 | 5 | 1000 | A.M. P.M. | 2.5 |

6. Remarks

DR. APP'T

☑ Sick Leave. (Complete reverse side of form.)
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other. (Specify)

| 7. Employee's Signature | 8. Date (Month, Day, Year) |
|---|---|
| *[signature]* | 7-5-01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year) | Date (Month, Day, Year) |
|---|---|---|---|
| | | *[signature]* | 07-5-01 |

NSN 7540-00-753-5067

---

# MEDICAL CERTIFICATE

Patient's Name: SEKiya, Linda

Off work from: _____ to _____

Return to Light Duty: _____ to _____

Limited to _____ hours per day for _____ weeks.

with the following restrictions:

RAMAKRISHNA R. KOSURI, M.D.
615 PIIKOI STREET, #1210
HONOLULU, HI 96814
(808) 596-7300

_____ No Excessive Bending

_____ No Prolonged Standing

_____ No Lifting or Carrying over _____ pounds.

_____ Other: She is seen in clinic this AM.
Rt heel pain is improving.

DX: Chronic Rt Plantar fasciitis

Date 07-05-01 Signed *[signature]* Rama Kosuri MD

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.**

| 1. Name (Print or type—Last, First, M.I.) | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | | 4-A | Month | Day | Hour | | 4-C |
|---|---|---|---|---|---|---|---|
| DRMO-HI | | FROM: | 7 | 13 | 0730 | A.M. P.M. | Total Number of Hours |

| 5. I hereby request (If more than one box is checked, explain in Item 6. Remarks): | 4-B | Month | Day | Hour | | |
|---|---|---|---|---|---|---|
| ☐ Annual Leave. (Annual leave requested may not exceed the amount available for use during the leave year.) | TO: | 7 | 13 | 0830 | A.M. P.M. | .75 |

6. Remarks

HEADACHE

☑ Sick Leave. (Complete reverse side of form.)
☐ Leave Without Pay.
☐ Compensatory Time.
☐ Other, (Specify)

| 7. Employee's Signature | 8. Date (Month, Day, Year) |
|---|---|
| *[signature]* | 7-13-0 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved (If disapproved, give reason. If annual leave, initiate action to reschedule.) | Signature (Annual leave approved may not exceed the amount available for use during the leave year) | Date (Month, Day, Year) |
|---|---|---|---|
| | | *[signature]* | 7/13/01 |

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| DRMO-HI | FROM: | 7 | 13 | 1130 | P.M. | Total Number of Hours |
| | 4-B | Month | Day | Hour | A.M. | 4 |
| | TO: | 7 | 13 | 1600 | P.M. | |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks)*:

☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks   RELATIVE FM MAINLAND

☐ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

7. Employee's Signature   *Sekiya*

8. Date *(Month, Day, Year)*   7-10-01

## OFFICIAL ACTION ON APPLICATION

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*   7/12/01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| DRMO-HI | FROM: | 7 | 17 | 0730 | P.M. | Total Number of Hours |
| | 4-B | Month | Day | Hour | A.M. | 2 |
| | TO: | 7 | 17 | 0930 | P.M. | |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks)*:

☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks   PERSONAL EMERGENCY

☐ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

7. Employee's Signature   *Sekiya*

8. Date *(Month, Day, Year)*   7-17-01

## OFFICIAL ACTION ON APPLICATION

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*   7/19/01

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | 4-A | Month | Day | Hour | A.M. | 4-C |
|---|---|---|---|---|---|---|
| DRMO-HI | FROM: | 7 | 23 | 0730 | P.M. | Total Number of Hours |
| | 4-B | Month | Day | Hour | A.M. | 8 |
| | TO: | 7 | 23 | 1600 | P.M. | |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks)*:

☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks   TRAINING

☐ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

7. Employee's Signature   *Sekiya*

8. Date *(Month, Day, Year)*   7-20-01

## OFFICIAL ACTION ON APPLICATION

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*   7-20-01

NSN 7540-00-753-5067

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L. | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|
| 3. Organizational Unit DRMO-HI | 4-A FROM: | Month 7 | Day 24 | Hour 0730  A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):* | 4-B TO: | Month 7 | Day 24 | Hour 1000  A.M. / P.M. | 2.5 |
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks  HEADACHE | | | | |
| ☑ Sick Leave. *(Complete reverse side of form.)* | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature  *Sey* | | | | 8. Date *(Month, Day, Year)*  7/3/01 |
| ☐ Compensatory Time. | | | | | |
| ☐ Other. *(Specify)* | | | | | |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *Annual leave approved may not exceed the amount available for use during the leave year.* | Date *(Month, Day, Year)*  7/25/01 |
|---|---|---|---|

NSN 7540-00-751-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L. | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|
| 3. Organizational Unit DRMO-HI | 4-A FROM: | Month 7 | Day 27 | Hour 0730  A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):* | 4-B TO: | Month 7 | Day 27 | Hour 1000  A.M. / P.M. | 8 |
| ☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks  HEADACHE | | | | |
| ☑ Sick Leave. *(Complete reverse side of form.)* | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature  *Sey* | | | | 8. Date *(Month, Day, Year)*  7-30-01 |
| ☐ Compensatory Time. | | | | | |
| ☐ Other. *(Specify)* | | | | | |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *Annual leave approved may not exceed the amount available for use during the leave year.* | Date *(Month, Day, Year)*  8/2/01 |
|---|---|---|---|

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

## APPLICATION FOR LEAVE

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* SEKIYA, L. | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|
| 3. Organizational Unit DRMO-HI | 4-A FROM: | Month 8 | Day 7 | Hour 0730  A.M. / P.M. | 4-C Total Number of Hours |
| 5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):* | 4-B TO: | Month 8 | Day 7 | Hour 1600  A.M. / P.M. | 8 |
| ☑ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)* | 6. Remarks | | | | |
| ☐ Sick Leave. *(Complete reverse side of form.)* | | | | | |
| ☐ Leave Without Pay. | 7. Employee's Signature  *Sey* | | | | 8. Date *(Month, Day, Year)*  8-8-01 |
| ☐ Compensatory Time. | | | | | |
| ☐ Other. *(Specify)* | | | | | |

### OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *Annual leave approved may not exceed the amount available for use during the leave year.*  Chung | Date *(Month, Day, Year)*  8-9-01 |
|---|---|---|---|

NSN 7540-00-753-5067

SP 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
| --- | --- | --- | --- |

SEKIYA, L.

| 3. Organizational Unit | | | | |
| --- | --- | --- | --- | --- |

DRMO-HI

| | Month | Day | Hour | A.M. | 4-C |
| --- | --- | --- | --- | --- | --- |
| 4-A FROM: | 8 | 13 | 0736 | ~~P.M.~~ | Total Number of Hours |
| 4-B TO: | 8 | 13 | 1600 | ~~A.M.~~ P.M. | 8 |

5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):*

☑ **Annual Leave.** *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks

☐ **Sick Leave.** *(Complete reverse side of form.)*

☐ **Leave Without Pay.**

☐ **Compensatory Time.**

☐ **Other.** *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
| --- | --- |
| *L. Sekiya* | 6-29-0 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year)* | Date *(Month, Day, Year)* |
| --- | --- | --- | --- |
| | | *Godfrey Ching* | 6/29/01 |

NSN 7540-00-753-5067

---

SP 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

# APPLICATION FOR LEAVE

71–112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
| --- | --- | --- | --- |

SEKIYA, L.

| 3. Organizational Unit | | | | |
| --- | --- | --- | --- | --- |

DRMO-HI

| | Month | Day | Hour | A.M. | 4-C |
| --- | --- | --- | --- | --- | --- |
| 4-A FROM: | 8 | 14 | 0730 | ~~P.M.~~ | Total Number of Hours |
| 4-B TO: | 8 | 17 | 1600 | ~~A.M.~~ P.M. | 32 |

5. I hereby request *(If more than one box is checked, explain in Item 6. Remarks):*

☐ **Annual Leave.** *(Annual leave requested may not exceed the amount available for use during the leave year.)*

6. Remarks

STOMACH FLU

☑ **Sick Leave.** *(Complete reverse side of form.)*

☐ **Leave Without Pay.**

☐ **Compensatory Time.**

☐ **Other.** *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
| --- | --- |
| *L. Sekiya* | 8/20/01 |

## OFFICIAL ACTION ON APPLICATION

| ☑ Approved | ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)* | Signature *(Annual leave approved may not exceed the amount available for use during the leave year)* | Date *(Month, Day, Year)* |
| --- | --- | --- | --- |
| | | *Godfrey* | 8/20/01 |

NSN 7540-00-753-5067

---

## DISABILITY CERTIFICATE

### MICHAEL J. INADA, M.D.
98-1079 Moanalua Road, Suite 440
Aiea, HI 96701

Telephone: (808) 487-5115

This is to certify that ___Sekiya, Linda___   Date 8/15/01

has been under my professional care and was:

☑ Totally Incapacitated    ☐ Partially Incapacitated

from ___8/14/01___    to ___8/17/01___

Remarks: ___Dx: gastroenteritis___

Dr. ___M. Inada___

#13101 — Medical Arts Press   1-800-328-2179

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | | | | | | | |
|---|---|---|---|---|---|---|---|
| DRNE-H1 | 4-A FROM: | Month 9 | Day 10 | Hour 1300 | A.M. P.M. | 4-C Total Number of Hours | 3 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

| 4-B TO: | Month 9 | Day 10 | Hour 1600 | A.M. P.M. |
|---|---|---|---|---|

6. Remarks

DR APPT

7. Employee's Signature    8. Date *(Month, Day, Year)* 9-10-0

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *Annual leave approval may not exceed the amount available for use during the leave year*    Date *(Month, Day, Year)* 9-10-0

NSN 7540-00-753-5067

---

F 71
Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, 6 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | | | | | | | |
|---|---|---|---|---|---|---|---|
| DRNE -H1 | 4-A FROM: | Month 9 | Day 11 | Hour 0730 | A.M. P.M. | 4-C Total Number of Hours | 90.5 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

| 4-B TO: | Month 9 | Day 26 | Hour 1000 | A.M. P.M. |
|---|---|---|---|---|

6. Remarks

SICK

7. Employee's Signature    8. Date *(Month, Day, Year)* 9-26-0

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *Annual leave approval may not exceed the amount available for use during the leave year*    Date *(Month, Day, Year)*

NSN 7540-00-753-5067

---

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Simple. 990-2, 6 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS:** Please complete Items 1-8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | 2. Employee I.D. Number | |
|---|---|---|---|
| SEKIYA, L | | | |

| 3. Organizational Unit | | | | | | | |
|---|---|---|---|---|---|---|---|
| DRNE-H1 | 4-A FROM: | Month 9 | Day 26 | Hour 1500 | A.M. P.M. | 4-C Total Number of Hours | 1 |

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

| 4-B TO: | Month 9 | Day 26 | Hour 1600 | A.M. P.M. |
|---|---|---|---|---|

6. Remarks

SICK

7. Employee's Signature    8. Date *(Month, Day, Year)* 9-26-01

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *Annual leave approval may not exceed the amount available for use during the leave year*    Date *(Month, Day, Year)*

NSN 7540-00-753-5067

SF 71
(Revised 1/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM Supple. 990-2, & 2-9

**APPLICATION FOR LEAVE**

71-112

**INSTRUCTIONS: Please complete Items 1-8 after reading the Privacy Act Statement shown below.**

| 1. Name *(Print or type—Last, First, M.I.)* | | | 2. Employee I.D. Number | |
|---|---|---|---|---|
| SEKIYA, L. | | | | |

| 3. Organizational Unit | | | | | | |
|---|---|---|---|---|---|---|
| DRMO-HI | | | | | | |

| | 4–A FROM: | Month 9 | Day 27 | Hour 0730 | A.M. / P.M. | 4–C Total Number of Hours |
|---|---|---|---|---|---|---|

5. I hereby request *(If more than one box is checked, explain in Item 6, Remarks):*

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

| 4–B TO: | Month 9 | Day 28 | Hour 1600 | A.M. / P.M. | 16 |
|---|---|---|---|---|---|

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other *(Specify)*

6. Remarks

Sick

7. Employee's Signature
L. Sekiya

8. Date *(Month, Day, Year)*
9/26/01

**OFFICIAL ACTION ON APPLICATION**

☑ Approved    ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)*

Date *(Month, Day, Year)*
9/26/01

NSN 7540-00-753-5067

---

Imprint

Linda Sekiya

**Straub**
CLINIC & HOSPITAL
888 South King Street • Honolulu, Hawaii 96813

**Medical Certificate**

This is to certify that the above patient ☑ is  ☐ has been under my professional care and

☑ was unable to perform his/her usual duties from 9/10/01 to 9/30/01

☑ may return to work/school on 10/1/01

☐ may continue to work/in school until _____

Remarks: Anxiety & Depression

Current Date 9/10/01

Physician M. Berousi , M.D.

73025 (01/00/95)

## MICHAEL J. INADA, M.D.

98-1079 Moanalua Road, Suite 440
Aiea, Hawaii 96701

Telephone: (808) 487-5115
Fax: (808) 488-8266

July 26, 2001

To: Whom It May Concern

Re: Linda D. Sekiya

Dear Sirs,

Mrs. Sekiya has asked me to comment on her health, since it has been noted that she has had several episodes of illness within a relatively short time span. I have seen her for upper respiratory illness, gastrointestinal problems and tension headache. I would also note that she has been under the care of appropriate specialists for ear and eye problems.

In general, she is in satisfactory health. I do not anticipate any deterioration in her health or prolonged disability. She continues to be able to work without restriction. I do not have any recommendations for treatment at this time.

Please call me if there are any questions.

Sincerely,

Michael Inada, M.D.



EXHIBIT NO. 2

SF 71
(Revised 3/79)
OFFICE OF PERSONNEL MANAGEMENT
FPM. Supple. 990–2, 6 2–9

**APPLICATION FOR LEAVE**

71–112

**INSTRUCTIONS:** Please complete Items 1–8 after reading the Privacy Act Statement shown below.

| 1. Name *(Print or type—Last, First, M.I.)* | | | | | | | | 2. Employee I.D. Number | |
|---|---|---|---|---|---|---|---|---|---|
| SEKIYA, L. | | | | | | | | | |

| 3. Organizational Unit | | 4–A | Month | Day | Hour | | A.M. | 4–C | |
|---|---|---|---|---|---|---|---|---|---|
| DRMO-HI | | FROM: | 7 | 5 | 0730 | | P.M. | Total Number of Hours | |

| 5. I hereby request *(If more than one box is checked, explain in Item 6.)* | 4–B | Month | Day | Hour | | A.M. | |
|---|---|---|---|---|---|---|---|
| Remarks: | TO: | 7 | 5 | 1000 | | P.M. | 2.5 |

☐ Annual Leave. *(Annual leave requested may not exceed the amount available for use during the leave year.)*

| 6. Remarks |
|---|
| DR. APP'T |

☑ Sick Leave. *(Complete reverse side of form.)*

☐ Leave Without Pay.

☐ Compensatory Time.

☐ Other. *(Specify)*

| 7. Employee's Signature | 8. Date *(Month, Day, Year)* |
|---|---|
| [signature] | 7-5-01 |

**OFFICIAL ACTION ON APPLICATION**

☑ Approved   ☐ Disapproved *(If disapproved, give reason. If annual leave, initiate action to reschedule.)*

| Signature *(Annual leave approved may not exceed the amount available for use during the leave year.)* | Date *(Month, Day, Year)* |
|---|---|
| [signature] | 07-5-01 |

NSN 7540-00-753-5067

---

**MEDICAL CERTIFICATE**

Patient's Name: Sekiya, Linda _____

Off work from: _____ to _____

Return to Light Duty: _____ to _____

Limited to _____ hours per day for _____ weeks.

with the following restrictions:

RAMAKRISHNA R. KOSURI, M.D.
615 PIIKOI STREET, #1210
HONOLULU, HI 96814
(808) 596-7300

_____ No Excessive Bending

_____ No Prolonged Standing

_____ No Lifting or Carrying over _____ pounds.

Other: She is seen in clinic this AM.
Rt heel pain is improving.

DX: Chronic Rt Plantar fasciitis

Date 07-05-01   Signed Rama Kosuri MD

L. Sekiya
EXHIBIT NO. 3
11/22/05
L. GROULX

# MEDICAL CERTIFICATE

Patient's Name: _Sekiya, Linda_

Off work from: _8/11/01_ to _8/12/01_

Return to Light Duty: _____ to _____

Limited to _____ hours per day for _____ weeks.

with the following restrictions:

_____ No Excessive Bending

_____ No Prolonged Standing

_____ No Lifting or Carrying over _____ pounds.

_____ Other: _She is advice not to walking more than 20-30 minutes without rest break and avoid climbing ladder. Pregnois is fair. She is making progress._

DX: _Chronic Rt plantar fasciitis_

Date _08-11-01_ Signed _Rama Kosuri_ _MD_

RAMAKRISHNA R. KOSURI, M.D.
615 PIIKOI STREET #1210
HONOLULU, HI 96814
(808) 596-7300



L. Sekiya

EXHIBIT NO. 4
11/22/05
L. GROULX