MAJOR DUTIES:                                                                    R

1. Serves as Demilitarization Monitor for DRMO. As such, is responsible for reviewing directives and procedures, including changes thereto, which are applicable to demilitarization policy and operations. Coordinates implementation and application of demilitarization policy with generating activites. Reviews property to verify the assigned demilitarization codes or instructions. Contacts local technically qualified military and civilian service representatives to obtain clarification/additional information with the objective of resolving questionable demil codes. Initiates demil code challenge actions to DRMS throught the DRMO Daisy Documentation function, as necessary. Obtains from generating activity the technical instructions for the proper and safe methods of accomplishing demil. Instructs DRMO personnel in these methods and resolves demil problems or conflicts which require further clarification by the appropriate DRMS Operation Division. (15%)

2. Serves as Precious Metals (PM) Monitor for DRMO. Responsibilities include the identification and control of PM items turned-in to the DRMO and the reclamation of economically recoverable quantities of PM for further government use. Maintains liaison with civilian and military generating activities in the precious metals recovery program and coordinates actions of mutual interest. Instructs DRMO personnel and resolves PMR problems or conflicts which require further clarification by the appropriate DRMS Operation Division. (30%)

    a. Promotes the Precious Metals Recovery Program. Conducts periodic visits to the generating activities to ensure overall operational efficiency through survey updates. Provides technical guidance and assistance in the segregation of items and material to ensure maximum recovery of all precious metals. Explain DoD regulations governing PMRP with consideration to individual agency/service regulations, economic implications, environmental and various recovery procedures. Required to technically and theoretically discuss the program with functional personnel and management.

    b. Reviews statistical analysis reports and uses Daisy listings as management tools for such factors as existing backlogs awaiting special processing and disposition, expenses, and the status of property requiring demilitarization that contains precious metals. Prepares statistical reports and briefing to the Property Management Branch Chief, and present information regarding the progress, success, or deficiencies in achievement of the PMRP.

    c. Prepares precious metals for shipment and process shipping documentation. Monitors shipment of precious metals between DRMO and CONUS. Responsible for the security, storage and records accountability of all PM.

3. Incumbent serves as Vehicle/MHE Control Officer for DRMO. Maintains records of all assigned vehicles and MHE, and monitors mileage and usage. Responsible for reporting trouble calls. Maintains liaison with Naval Supply

EXHIBIT NN

Center MHE Shop to schedule MHE for maintenance repairs and/or periodic inspection. Request MHE licenses and renewals for operators. Prepares reports stating miles driven and/or hours used, total repair costs and other pertinent data.

4. Serves as administrator for the Property Management Branch. Reviews timekeeping for accuracy and corrective action. Responsible for inputting time into DBMS for payroll purposes. Receives telephone calls from Inventory Managers, GSA, Documentation and Marketing Specialists requesting information concerning stock locations, inventory quantity, weight, cube, condition and packing. Initiates reports on a monthly basis. Types correspondence, reports, etc. for the Branch. Maintains the stock list and microfiche libraries. Orders additional copies of required publications for the branch. Keeps regulations current by deleting obsolete portions and inserting current ones as directed by the publication change, amendment or supplement. Request office supplies, blank forms and other equipment required for the operation of the branch. Requests are received from branch supervisory personnel and reviewed by the Property Management Branch Chief. (30%)

5. Performs research for branch personnel to determine correct item location or status within the disposal single cycle process. During research process, contact may be made with anyone or all of the following: Documentation Branch, Receiving Section, Warehouse Section, Distribution Branch. After all research is completed, initiates appropriate corrective action and forwards to supervisors for review. Assists in processing various Daisy management listing. (10%)

6. Performs other duties as assigned.


Factor 1 - Knowledge Required by the Position    FL 1-4    550 pts

Work requires a knowledge of specific instructions, rules, regulations, and procedures pertaining to property receipt and storage, precious metals, MLI and demil property  Also must know the goals, policies and procedures of the DRMO to perform analysis of regulations, directives, plans and policies. A basic knowledge of and ability to type and have knowledge of grammar, spelling and to identify obvious errors. Must be able to use numerous computer listings.

Factor 2 - Supervisory Controls                  FL 2-3    275 pts

Receives general supervision from Chief, Property Management Branch, who assigns work and assists with difficult work problems. Work is reviewed for accuracy, timeliness and compliance with instructions.