MEMORANDUM FOR THE RECORD

TO:     SHIRLEY SAKI

FROM: GODFREY CHING

DATE: 5/25/01

SUBJECT: LINDA "CUSTY" SEKIYA SICK/ANNUAL LEAVE

I advised Ms. Sekiya that she has a zero (0) balance on both her sick and annual leave. She acknowledged that I was correct. Ms. Sekiya has a migraine headache and a foot problem and has been on crutches for over a year and a half. She has recently changed doctor's for her foot and there has been progress in the healing process.

I told Ms. Sekiya that these are chronic medical conditions, and that as her supervisor, I will need a statement from her doctors with the following information:
1. What is the diagnosis.
2. What, if any, limitations does she has that affects her ability to do her job.
3. What is the recovery plan.

I also advised Ms. Sekiya that only the DRMO Chief can approve LWOP. So when requesting leave, she must correctly indicate what type of leave she is taking on her leave chit. She knows what her leave balance is and can determine if she has sufficient sick and annual leave.

Ms. Sekiya indicated that she understood and will obtain statements from both her doctors.

EXHIBIT "OO"