## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was or will be duly served upon the following counsel at their last known address via hand delivery or U.S. Mail, postage pre-paid, as follows:

TO: THOMAS A. HELPER, ESQ.
U.S. Attorney's Office
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Attorney for Defendant
DONALD H. RUMSFELD,
officially as secretary of Defense

DATED: Honolulu, Hawaii, February 21, 2006.



VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
LINDA D. SEKIYA