**TABLE OF CONTENTS**

                                                          **PAGE(S)**

Table of Authorities  . . . . . . . . . . . . . . . . . . . .  i-ii

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . . .    1

ARGUMENT  . . . . . . . . . . . . . . . . . . . . . . . . . .    3

I.    PLAINTIFF'S CONSTRUCTIVE DISCHARGE CLAIM IS UNTIMELY . .    3

II.   PLAINTIFF WAS NOT DISABLED . . . . . . . . . . . . . . .    5

      A.   In Determining Whether Plaintiff Was
           Disabled, The Court Should Consider Only the
           Evidence She Provided to Her Employer Before
           Her Retirement  . . . . . . . . . . . . . . . . . .    5

      B.   Plaintiff Fails to Show a Disability Under  . . . .    8

           1.   Walking  . . . . . . . . . . . . . . . . . . .    8

           2.   Working  . . . . . . . . . . . . . . . . . . .   12

III.  PLAINTIFF WAS NOT PERCEIVED AS DISABLED  . . . . . . . .   14

IV.   PLAINTIFF HAS FAILED TO SHOW AN ADVERSE PERSONNEL ACTION   15

V.    PLAINTIFF WAS NOT SUBJECTED TO A HOSTILE WORK
      ENVIRONMENT  . . . . . . . . . . . . . . . . . . . . . .   16

      A.   Most of the Actions Alleged to Be Harassment
           Were Perfectly Appropriate  . . . . . . . . . . . .   16

      B.   Objective Standard  . . . . . . . . . . . . . . . .   17

      C.   Subjective Standard . . . . . . . . . . . . . . . .   18

VI.   PLAINTIFF FAILS TO SHOW THAT SHE SUFFERED ANY HARM OR
      DAMAGES DUE TO THE ALLEGED MISCHARACTERIZATION OF HER
      LEAVE  . . . . . . . . . . . . . . . . . . . . . . . . .   20

CONCLUSION  . . . . . . . . . . . . . . . . . . . . . . . . .   21