## TABLE OF AUTHORITIES

### FEDERAL CASES

*Allen v. Pacific Bell*, 348 F.3d 1113 (9th Cir. 2003) .... 7

*Bochenek v. Walgreen Co.*, 18 F.Supp.2d 965
(N.D. Ind. 1998) ........................................ 9

*Broussard v. University of California*,
192 F.3d 1252 (9th Cir. 1999) ........................... 13

*Brower v. Continental Airlines, Inc.*,
62 F.Supp.2d 896 (E.D.N.Y. 1999) ........................ 9

*Ingles v. Neiman Marcus Group*,
974 F.Supp. at 1002 (N.D. Tex. 1999) .................... 9

*Kortan v. California Youth Authority*,
217 F.3d 1104 (9th Cir. 2000) ........................... 17

*Maes v. Henderson*, 33 F.Supp.2d 1281 (D. Nev. 1999) ..... 6

*Oncale v. Sundowner Offshore Services, Inc.*,
523 U.S. 75 (1998) ...................................... 17

*Penny v. United Parcel Service*, 128 F.3d 408
(6th Cir. 1997) ......................................... 9

*Sanchez v. City of Santa Ana*,
936 F.2d 1027 (9th Cir. 1990) ........................... 18

*Sutton v. United Air Lines Inc.*, 527 U.S. 471 (1999) ... 13

*Thompson v. Holy Family Hospital*,
121 F.3d 537 (9th Cir. 1997) ............................ 14

*Thornton v. McClatchy Newspapers, Inc.*,
261 F.3d 789 (9th Cir. 2001) ............................ 14

*Toyota Motor Manufacturing, Kentucky, Inc. v. Williams*,
534 U.S. 184 (2002) ..................................... 13

### DOCKETED CASES

*Graver v. National Engineering Co.*, No. 94-C-1228, 1995 WL
    443944 (N.D. Ill. 1995) ............................. 9

*Miller v. Airborne Express*, 1999 WL 47242
 (N.D. Tex. 1999) ........................................ 9

*Richardson v. William Powell Co.*, 1994 WL 760695
 (S.D. Ohio 1994) ........................................ 9

### **FEDERAL STATUTES**

42 U.S.C. § 12102 ......................................... 14

42 U.S.C. § 12112(b) ....................................... 6

29 C.F.R. § 1614.105(a) .................................... 4

29 C.F.R. § 1630.2 ......................................... 7

29 C.F.R. § 1630.2(j)(3)(I), ............................. 13

29 C.F.R. § 1630.2(ii)(A)(B) ............................. 12

  29 C.F.R. § 1630.2(j) .................................. 7

  29 C.F.R. § 1630.9 ..................................... 6

29 U.S.C. § 2613 ......................................... 20