NEGOTIATED AGREEMENT

BETWEEN

DEFENSE PROPERTY DISPOSAL OFFICE

AND

SERVICE EMPLOYEES INTERNATIONAL UNION

LOCAL 556, AFL-CIO

APPROVED BY DPDS ON 28 JULY 1981

EFFECTIVE

28 JULY 1981

EXHIBIT "H"

ARTICLE XI

SICK LEAVE

SECTION 1. Employees will accrue sick leave in accordance with applicable regulations.

SECTION 2. Employees shall be granted sick leave when they are absent from work because of bona fide illness or injury or in other circumstances outlined by regulation permitting the granting of sick leave.

    a. Employees will be required to furnish reasonably acceptable evidence, normally a medical certificate, to substantiate a request for sick leave if the sick leave exceeds three (3) consecutive workdays.

    b. Employees will not be required to furnish a doctor's certificate to substantiate a request for sick leave for periods of three (3) consecutive days or less unless the Employer has given written notice to an employee that for a stated period, not to exceed six (6) months, he must furnish a doctor's certificate for each absence on sick leave. It is agreed that written notice will not be given to an employee unless there is an established pattern of absences which indicates sick leave abuse.

SECTION 3. Notice of unanticipated sick leave will be given by the employee to the supervisor within the first two (2) hours of the start of an employee's work shift. If an employee fails to notify his supervisor within the first two (2) hours, the supervisor will consider the employee's reason for his failure to comply. When an absence due to illness extends from one work week into another, the employee shall notify the supervisor on the first day of the second week and of each week thereafter until the employee returns to duty. As an exception, an employee who has notified the supervisor in advance of the predictable length of illness will not be required to telephone the supervisor on the first work day of each work week. However, if the employee is unable to return to work on the predicted date, the employee must so advise his supervisor on the first work day of each work week thereafter until the employee returns to duty.

SECTION 4. It is agreed that employees desiring medical, dental, or optical examinations or treatment, should make every effort to schedule such appointments after working hours or on non-workdays. Where this is impractical, request for sick leave to cover such examination or treatment shall be submitted as far in advance as possible and shall specify the date and time of the appointment.

SECTION 5. If an employee becomes ill during this scheduled vacation, the employee shall be entitled to recoup vacation time lost during the illness provided the illness is such that it would have prevented the employee from performing his regular duties. The employee will be required to submit a doctor's certificate which states the nature and duration of the illness.