EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile: (808) 541-3752
E-mail:tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA D. SEKIYA, | ) | CIVIL NO. 04-00297 DAE KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR LEAVE |
| | ) | TO FILE OVERSIZE BRIEF; |
| vs. | ) | MEMORANDUM IN SUPPORT OF |
| | ) | DEFENDANT'S MOTION FOR LEAVE |
| DONALD H. RUMSFELD, | ) | TO FILE OVERSIZE BRIEF; |
| Secretary, Department of | ) | CERTIFICATE OF SERVICE |
| Defense, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE OVERSIZE BRIEF

Pursuant to Local Rule 7.5, defendant hereby moves this court for leave to file a reply brief of 5,024 words, 524 in excess of the 450—word limitation for reply briefs.  The grounds for this motion are set forth in the attached Memorandum in Support.

DATED: March 3, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        /s/ Thomas A. Helper

By_____
  THOMAS A. HELPER
  Assistant U.S. Attorney

Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served by First-Class Mail

Venetia K. Carpenter-Asui, Esq.   March 3, 2006
Haseko Center
820 Mililani Street, Suite 812
Honolulu, HI 96813

Attorney for Plaintiff
Linda D. Sekiya

DATED: March 3, 2006, at Honolulu, Hawaii.

/s/ Myra Peterson
_____