EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

THOMAS A. HELPER   5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile: (808) 541-3752
E-mail:tom.helper@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA D. SEKIYA, | ) | CIVIL NO. 04-00297 DAE KSC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| DONALD H. RUMSFELD, Secretary, Department of Defense, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

This matter having come before the Court on Defendant's Motion for Leave to File Oversize Brief,

IT IS HEREBY GRANTED.

DATED: Honolulu, Hawaii, March 7, 2006.



_____
David Alan Ezra
United States District Judge

Linda D. Sekiya vs. Donald H. Rumsfeld, Civil No. 04-00297 DAE-KSC; ORDER