**ORIGINAL**

VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI    6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone:  (808) 523-6446
Facsimile    (808) 523-6727

Attorney for Plaintiff
LINDA D. SEKIYA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. SEKIYA,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD H. RUMSFELD,<br>officially as secretary of Defense,<br><br>    Defendant. | Civ No. 04-00297 DAE/KSC<br><br>PLAINTIFF'S FIRST SUPPLEMENT TO PLAINTIFF'S CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S CONCISE STATEMENTS OF FACTS FILED ON FEBRUARY 21, 2006; DECLARATION OF PLAINTIFF; DECLARATION OF DR. MARK BERNSTEIN CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: March 14, 2006<br>Time: 9:00 a.m.<br>Judge: Hon David A. Ezra<br><br>Trial: 5/2/06 |

## PLAINTIFF'S SUPPLEMENT PLAINTIFF'S CONCISE STATEMENTS OF FACTS IN OPPOSITION TO DEFENDANT'S CONCISE STATEMENT FILED ON FEBRUARY 21, 2006

LINDA D. SEKIYA ("Plaintiff"), by and through her attorney, files Plaintiff's First Supplement to Memorandum in Opposition to Defendant's Motion to Dismiss, For Summary Judgment and in the Alternative to Strike Jury Demand on Plaintiff's Family and Medical Leave Act Claim filed on February 21, 2006, Declaration of Plaintiff and Declaration of Dr. Mark Bernstein.

DATED:   Honolulu, Hawaii, March 7, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
LINDA D. SEKIYA