## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was or will be duly served upon the following by hand-delivery and/or U.S. Mail, postage prepaid as follows:

TO:  THOMAS A. HELPER
     Office of the U.S. Attorney
     PJKK Federal Building
     300 Ala Moana Boulevard, Room 6-100
     Honolulu, Hawaii 96850

     Attorney for Defendant
     DONALD H. RUMSFELD
     officially as secretary of defense

DATED:  Honolulu, Hawaii, March 7, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
LINDA D. SEKIYA