


VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI   6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone: (808) 523-6446
Facsimile   (808) 523-6727

Attorney for Plaintiff
LINDA D. SEKIYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. SEKIYA, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD H. RUMSFELD, <br> officially as secretary of Defense, <br><br> Defendant. | Civ No. 04-00297 DAE/KSC <br><br> PLAINTIFF'S SECOND SUPPLEMENT TO PLAINTIFF'S CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S CONCISE STATEMENTS OF FACTS FILED ON FEBRUARY 21, 2006; DECLARATION OF DR. BERNARD PORTNER; CERTIFICATE OF SERVICE <br><br> Hearing: <br> Date: March 14, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon David A. Ezra <br><br> Trial: 5/2/06 |

## PLAINTIFF'S SECOND SUPPLEMENT TO PLAINTIFF'S CONCISE STATEMENTS OF FACTS IN OPPOSITION TO DEFENDANT'S CONCISE STATEMENT FILED ON FEBRUARY 21, 2006

LINDA D. SEKIYA ("Plaintiff"), by and through her attorney, files Plaintiff's Second Supplement to Memorandum in Opposition to Defendant's Motion to Dismiss, For Summary Judgment and in the Alternative to Strike Jury Demand on Plaintiff's Family and Medical Leave Act Claim filed on February 21, 2006, Declaration of Dr. Bernard Portner.

DATED:   Honolulu, Hawaii, March 10, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
LINDA D. SEKIYA