## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was or will be duly served upon the following by hand-delivery and/or U.S. Mail, postage prepaid as follows:

TO: THOMAS A. HELPER
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850

Attorney for Defendant
DONALD H. RUMSFELD
officially as secretary of defense

DATED: Honolulu, Hawaii, March 10, 2006.

VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff
LINDA D. SEKIYA