# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 14, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV. 04-00297DAE-KSC |
| CASE NAME: | LINDA D. SEKIYA vs. DONALD H. RUSMFELD, Secretary of the Department of Defense |
| ATTYS FOR PLA: | Venetia Carpenter-Asui<br>Plaintiff Linda D. Sekiya, present |
| ATTYS FOR DEFT: | Thomas A. Helper |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | March 14, 2006 | TIME: | 9:45 - 10:25 |

COURT ACTION:  DEFENDANT'S MOTION TO DISMISS, FOR SUMMARY JUDGMENT AND IN THE ALTERNATIVE TO STRIKE JURY DEMAND ON PLAINTIFF'S FAMILY AND MEDICAL LEAVE ACT CLAIM -

Arguments held.

The motion is taken under advisement.

Submitted by: David H. Hisashima, Courtroom Manager