**ORIGINAL**

VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI    6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone:  (808) 523-6446
Facsimile    (808) 523-6727

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Plaintiff-Appellant
LINDA D. SEKIYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LINDA D. SEKIYA, | ) | Civ. No. 04-00297 DAE/KSC |
| | ) | |
| Plaintiff-Appellant, | ) | PLAINTIFF'S NOTICE OF |
| | ) | APPEAL; EXHIBIT "A"; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| DONALD H. RUMSFELD, | ) | |
| officially as secretary of Defense, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff LINDA D. SEKIYA ("Plaintiff-Appellant"), in the above-entitled case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 24h day of March, 2006, attached hereto as Exhibit "A."

DATED:   Honolulu, Hawaii, April 21, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff-Appellant
LINDA D. SEKIYA