AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

Linda D. Sekiya

    Plaintiff(s),

V.

Donald H. Rumsfeld, Secretary, Department of Defense

    Defendant(s).

JUDGMENT IN A CIVIL CASE

Case: CV 04-00297DAE-KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 24, 2006

SUE BEITIA, CLERK

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant's Motion to Dismiss, for Summary Judgment and in the Alternative to Strike Jury Demand on Plaintiff's Family and Medical Leave Act Claim pursuant to the "Order Granting Defendant's Motion to Dismiss, for Summary Judgment, and in the Alternative to Strike Jury Demand on Plaintiff's Family and Medical Leave Act Claim" issued by District Judge David A. Ezra filed on March 20, 2006.

| March 24, 2006 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |



EXHIBIT A