## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was or will be duly served upon the following by hand-delivery and/or U.S. Mail, postage prepaid as follows:

TO: THOMAS HELPER, ESQ.
Office of the U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorney for Defendant-Appellee
Donald H. Rumsfeld, Secretary,
Dept. of Defense

DATED: Honolulu, Hawaii, April 24, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff-Appellant
LINDA D. SEKIYA