**ORIGINAL**

VENETIA K. CARPENTER-ASUI
A Law Corporation

VENETIA K. CARPENTER-ASUI   6901
Haseko Center
820 Mililani Street, Suite 812
Honolulu, Hawaii 96813
Telephone: (808) 523-6446
Facsimile:  (808) 523-6727

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 4 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

Attorney for Plaintiff-Appellant
LINDA D. SEKIYA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LINDA D. SEKIYA, ) | Civ. No. 04-00297 DAE/KSC |
| ) | |
| Plaintiff-Appellant, ) | PLAINTIFF'S |
| ) | REPRESENTATION |
| vs. ) | STATEMENT; CERTIFICATE |
| ) | OF SERVICE |
| DONALD H. RUMSFELD, ) | |
| officially as secretary of Defense, ) | |
| ) | |
| Defendant-Appellee. ) | |
| _____ ) | |

PLAINTIFF'S REPRESENTATION STATEMENT

Plaintiff LINDA D. SEKIYA ("Plaintiff-Appellant"), in the above-entitled case, hereby gives notification that she is represented by:

       VENETIA K. CARPENTER-ASUI, ESQ.
       Haseko Center
       820 Mililani Street, Suite 812
       Honolulu, Hawaii 96813
       Telephone:  (808) 523-6446
       Facsimile    (808) 523-6727

Defendant-Appellee is represented by:

       THOMAS HELPER, ESQ.
       Office of the U.S. Attorney
       PJKK Federal Building, Room 6-100
       300 Ala Moana Blvd.
       Honolulu, Hawaii 96850
       Telephone:  (808) 541-2850
       Facsimile:   (808) 541-2958

DATED:    Honolulu, Hawaii, April 21, 2006.

                                 /s/
                              VENETIA K. CARPENTER-ASUI
                              Attorney for Plaintiff-Appellant
                              LINDA D. SEKIYA

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was or will be duly served upon the following by hand-delivery and/or U.S. Mail, postage prepaid as follows:

TO: THOMAS HELPER, ESQ.
Office of the U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

Attorney for Defendant-Appellee
Donald H. Rumsfeld, Secretary,
Dept. of Defense

DATED: Honolulu, Hawaii, April 24, 2006.

_____
VENETIA K. CARPENTER-ASUI
Attorney for Plaintiff-Appellant
LINDA D. SEKIYA