# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Sekiya vs. Rumsfeld, etc.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15887

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 04-00297DAE-KSC

II. **DATE NOTICE OF APPEAL FILED:** 04/24/2006

   RECEIVED
   CLERK, U.S. DISTRICT COURT
   MAY 12 2006
   DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 04/24/2006   **AMOUNT:** $255.00

   **NOT PAID YET:**   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Bernadette Aurio

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)