# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: December 13, 2006

To: United States Court of Appeals    Attn: (✓) Civil
       For the Ninth Circuit
       Office of the Clerk                        ( ) Criminal
       95 Seventh Street
       San Francisco, California 94103    ( ) Judge

From: United States District Court
         300 Ala Moana Blvd. Room C-338
         Honolulu, Hawaii 96813

DC No:     CV 04-00297DAE       Appeal No:    06-15887

Short Title:    SEKIYA vs. RUMSFELD

Clerk's Files in    1    volumes   (✓) original   ( ) certified copy

Bulky docs    _____    volumes (folders)   docket #

Reporter's Transcripts    _____    volumes   ( ) original   ( ) certified copy

Exhibits    _____    volumes ( ) under seal

                  boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____

cc: all parties of record

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
DEC 18 2006

FILED _____
DOCKETED _____ DATE _____ INITIAL _____

J. Rosenthal