UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LINDA D. SEKIYA,<br><br>　　　Plaintiff - Appellant,<br><br>V.<br><br>DONALD H. RUMSFELD, officially as secretary of Defense,<br><br>　　　Defendant - Appellee. | No.  06-15887<br>D.C. No.  CV-04-00297-DAE<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 25 2008
at \_\_ o'clock and \_\_ min. \_\_ M.
SUE BEITIA, CLERK

　　　Appeal from the United States District Court for the District of Hawaii (Honolulu).

　　　On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 11/29/07

A TRUE COPY  1/22/08
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
　　　Deputy Clerk
This certification does constitute the mandate of the court.