


Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Cathy A. Catterson
Clerk of Court

(415) 355-8000

January 22, 2008

RECEIVED
CLERK U.S. DISTRICT COURT
JAN 25 2008
DISTRICT OF HAWAII

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-15887 | Sekiya v. Gates | CV-04-00297-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Kwok K. Wong
Deputy Clerk

Enclosure(s)
cc: All Counsel

```
                                                     MOATT    INVATT
                                                                   i
```

INTERNAL USE ONLY: Proceedings include all events.
06-15887 Sekiya v. Rumsfeld

| | |
|---|---|
| LINDA D. SEKIYA<br>    Plaintiff - Appellant | Venetia K. Carpenter-Asui, Esq.<br>FAX 808/523-6727<br>808/523-6446<br>Ste. 812<br>[COR LD NTC ret]<br>V.K. CARPENTER-ASUI, LC<br>Haseko Center<br>820 Mililani St.<br>Honolulu, HI 96813 |

  v.

| | |
|---|---|
| DONALD H. RUMSFELD, officially<br>as secretary of Defense<br>    Defendant - Appellee | Thomas A. Helper, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC gov]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |