# District Court Record Return Form

## U.S. Court of Appeals For the Ninth Circuit

RECEIVED
CLERK U.S. DISTRICT COURT

JAN 25 2008
2:30 pm
DISTRICT OF HAWAII

| | |
|---|---|
| FROM:<br>**Chambers of** Judge:<br>Address: | Judge Milan D. Smith, Jr.<br>222 N. Sepulveda Blvd., Suite 2325<br>El Segundo, CA 90245 |
| TO:<br>**CLERK OF COURT**<br>Address: | United States District Court<br>**U.S. District Court**<br>300 Ala Moana Blvd., Room C-338<br>Honolulu, HA 96850-0001<br>**808-541-1178** |
| DATE: | January 24, 2008 |
| Lower Court No:<br>Agency/CV/CR | CV04-00297DAE |
| 9th Circ. Appeal No: | 06-15887 |
| Short Title: | Sekiya v. Rumsfeld |
| Total Volumes: | |

| | Clerk Files: 1 | Transcripts: |
|---|---|---|
| | Sealed Docs: | Expando Files: |
| | Lodged Docs: | |
| Other: | | |

**Note:** The following items are missing. A search has been placed, and all missing items will be returned as soon as they are located:

_____
_____

Please make two copies:
    Copy 1: District Court
    Copy 2: File copy
**\*Please be sure to send an e-mail message to CA09Records.**